IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rels.* Scarlett Lutz and Kayla Webster, <br><br> Plaintiffs, <br><br> vs. <br><br> Health Diagnostic Laboratory, Inc., Singulex, Inc., Laboratory Corporation of America Holdings, Bluewave Healthcare Consultants, Inc., Latonya Mallory, Philippe J. Goix, PhD, Floyd Calhoun Dent, III and Robert Bradford Johnson, <br><br> Defendants. | CA No.: 9:14-cv-00230-RMG <br><br> **FILED *EX PARTE* AND <u>UNDER SEAL</u>** |

## ORDER

Having received, pursuant to Fed. R. Civ. P. 41(a), Relator's Notice of Voluntary Dismissal With Prejudice of Philippe J. Goix, and, pursuant to False Claims Act, 31 U.S.C. § 3730(b)(1), the United States' Consent to Dismissal, Without Prejudice to the United States, of Only Defendant Philippe J. Goix, with consent by the Plaintiff States, the Court rules as follows:

IT IS HEREBY ORDERED that

1. defendant Philippe J. Goix, be dismissed from this action and that such dismissal shall be with prejudice as to Relators and without prejudice to the United States and to the Plaintiff States, and

2. pursuant to the Court's Order dated January 30, 2015, this action – including all orders, notices and filings regarding defendant Goix – shall remain under seal until March 16, 2015 or further order of this Court.

SO ORDERED this 9th day of February, 2015.

Richard M. Gergel
United States District Court Judge for the
District of South Carolina