

**U.S. Department of Justice**

Civil Division

MDG:PLH:MCDobbie

---

| | | |
|---|---|---|
| *Mary Chris Dobbie* | *601 D Street, N.W.* | *P.O. Box 261* |
| *(202) 353-1750 phone* | *Room 9016* | *Ben Franklin Station* |
| *mary.chris.dobbie@usdoj.gov* | *Washington, D.C. 20579* | *Washington, D.C. 20044* |

The Honorable Richard M. Gergel
United States District Court
  for the District of South Carolina
Beaufort Federal Courthouse
1501 Bay Street
Beaufort, South Carolina 29902

Re: <u>U.S. ex rel. Dr. Michael Mayes vs. Berkeley Heartlab Inc., et. al.</u>, Case No. 9:14-cv-00230 (Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2485-RMG)

Dear Judge Gergel:

On February 5, 2016, the United States filed an Application for Prejudgment Remedies Against Defendants BlueWave Healthecare Consultants, Inc., Floyd Calhoun Dent, III, and Robert Bradford Johnson ("Application"). *See* ECF No. 174. The Application seeks relief pursuant to the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C. § 3001, *et seq.* In filing the Application, the United States selected the event – for ECF purposes – as a "motion," which resulted in an automatically-generated response deadline for the Application of February 22, 2016 on the docket.

As stated in the United States' Application, both the FDCPA and the relevant case law provide specific guidance concerning when, and if, a response is due. "Because of the quickness with which the debtor may dispose of property, the Court may issue the prejudgment relief requested, without waiting for a response from the debtor, so long as the United States has made its required showing. <u>NLRB v. E.D.P. Med. Comp. Sys., Inc.</u>, 6 F.3d 951, 955-56 (2d Cir. 1993)." Application at 2. The FDCPA outlines at 28 U.S.C. § 3101(d)(2) the mechanics by which debtors may seek to void writs and that they may request a hearing "at any time before judgment on the claim." <u>See also</u> 28 U.S.C. §§ 3104, 3205 (outlining when and how a debtor can object to an Answer filed pursuant to a Writ of Garnishment). Accordingly, the United States respectfully requests that the deadline for a response to the Application of February 22, 2016 be removed from the docket and that no deadline be entered.

By: _____
JAMES C. LEVENTIS, JR. (#9406)
Assistant United States Attorneys

MARY CHRIS DOBBIE
Trial Attorney