# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rel.* Scarlett Lutz, Kayla Webster, Dr. Michael Mayes and Chris Reidel,<br><br>Plaintiffs,<br><br>vs.<br><br>Berkeley Heartlab, Inc., BlueWave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III and Robert Bradford Johnson,<br><br>Defendants. | **CA No.: 9:14-cv-00230-RMG**<br>(Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2485-RMG ) |

## Order

IT IS HEREBY ORDERED that the United States' application for prejudgment remedies under the Federal Debt Collection Procedures Act ("the Act"), 28 U.S.C. § 3001 *et seq.*, is GRANTED.

IT IS HEREBY FURTHER ORDERED that the United States may seek discovery of the financial condition of defendants BlueWave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, and Robert Bradford Johnson pursuant to § 3015 of the Act.

WHEREAS, the United States has applied for and the Court has approved prejudgment writs of attachment and garnishment pursuant to the Act,

WHEREAS the United States has provided such writs, and the Court has approved the

writs,

IT IS HEREBY FURTHER ORDERED that the Clerk of Court shall issue the writs of attachment and garnishment submitted by the United States to this Court, as modified by removing the Royal Blue Medical, Inc. checking account ending in 1155 from Writ No. 67.

WHEREAS § 3101(d)(1) of the Act provides for the issuance by the Clerk of notices for service on the debtors prepared by counsel for the United States, and

WHEREAS the United States has provided such notices, and the Court has approved the notices,

IT IS HEREBY FURTHER ORDERED that the Clerk of Court shall issue the Clerk's notices of prejudgment attachment submitted by the United States to this Court.

IT IS HEREBY FURTHER ORDERED that a United States Marshal shall levy upon the following real properties specified for prejudgment attachment in accordance with § 3102 of the Act.

| |
|---|
| 1075 Lakemont Dr., Gadsden, AL 35907 |
| 1182 Cnty. Rd 702 Hanceville AL 35077 |
| 1503 Wilderness Lane, Birmingham, AL 35235 |
| 1712 Alabama St., SW, Attalla, AL 35954 |
| 1772 West Beach Blvd., # 302, Gulf Shores, AL 36542 |
| 1804 3rd St., SW, Gadsden, AL 35904 |
| 1924 Springlake Ct., Birmingham, AL 35215 |
| 2009 Wood Dale Rd., Fultondale, AL 35068 |
| 2229 Lynngate Dr., Birmingham, AL 35216 |
| 307 Commercial St., Hanceville, AL 35077 |
| 3417 Sudie Ave., Gadsden, AL 35904 |
| 377 St. John Rd., Birmingham, AL 35215 |
| 389 St. John Rd., Birmingham, AL 35215 |
| 394 St. John Rd., NW, Birmingham, AL 35215 |
| 509 Ridge Rd., Birmingham, AL 35206 |
| 5345 Tyler Loop Rd., Pinson, AL 35126 |
| 54 H. T. Greer Rd., Albertville, AL 35951 |
| 5866 Brenda Dr., Trussville, AL 35173 |
| 5881 Janet Dr., Trussville, AL 35173 |
| 5938 Stonebriar Terr., Birmingham, AL 35126 |

| |
|---|
| 600 6th Ave., NW, Attalla, AL 35954 |
| 628 15th Ct., NW, Birmingham, AL 35215 |
| 6500 Kathy Cir., Birmingham, AL 35126 |
| 6935 Heather Ln., Pinson, AL 35126 |
| 704 Hopewell Dr., Cullman, AL 35077 |
| 7322 Cavern Rd., Birmingham, AL 35173 |
| 74 Cnty. Rd. 460 Hanceville AL 35077 |
| 742 Eastern Manor Ln., Birmingham, AL 35215 |
| 747 E. Manor Ln., Birmingham, AL 35215 |
| 7542 Section Line Rd., Albertville, AL 35950 |
| 825 W. Beach Blvd., # 1201, Gulf Shores, AL 36542 |
| 916 Manor Dr., NE Cullman, AL 35055 |
| Blount Farm 18 acres, 09-03-05-0-000-014.000-O, PPIN 15406, Blount Cnty., AL |
| Blount Farm 44 acres, 09-03-05-0-000-014.000-I, PPIN 015399, Blount Cnty., AL |
| Blount Farm 640 acres, 28-05-16-0-000-001.000, PPIN 011981, Blount Cnty., AL |
| Blount Farm 640 acres, 28-02-03-0-000-001.000, PPIN 6098, Blount Cnty., AL |
| Blount Farm, 117 acres, 20-02-04-0-000-012.000, PPIN 027005, Blount Cnty., AL |
| Blount Farm, 120 acres, 10-06-23-0-000-012.000, PPIN 006271, Blount Cnty., AL |
| Blount Farm, 13 acres, 04-09-32-0-000-009.000, PPIN 031598, Blount Cnty., AL |
| Blount Farm, 15 acres, 10-06-24-000-012.000, PPIN 006279, Blount Cnty., AL |
| Blount Farm, 159 acres, 28-02-09-0-000-012.001, PPIN 055917, Blount Cnty., AL |
| Blount Farm, 160 acres, 28-05-15-0-000-003.000, PPIN 011975, Blount Cnty., AL |
| Blount Farm, 17 acres, 05-09-32-0-000-014.001, PPIN 057949, Blount Cnty., AL |
| Blount Farm, 40 acres. 20-03-05-0-000-009.001, PPIN 049046, Blount Cnty., AL |
| Blount Farm, 50 acres, 04-09-32-0-000-010.006, PPIN 057414, Blount Cnty., AL |
| Blount Farm, 59 acres, 21-08-34-0-000-010.000, PPIN 006102, Blount Cnty., AL |
| Blount Farm, 80 acres, 10-07-26-0-000-001.000, PPIN 006274, Blount Cnty., AL |
| Blount Farm, 93 acres, 05-09-32-0-000-002.001, PPIN 040956, Blount Cnty., AL |
| Blount Farm, 120 acres, 21-08-34-0-000-012.000, PPIN 006094, Blount Cnty., AL |
| 151 W Circle Drive, Lexington, SC 29072 |
| 3318 Blossom St., Columbia, SC, 29201 |
| 425 Dent Drive, Lexington, SC 29072 |
| 437 Dent Drive, Lexington, SC 29072 |
| 530 Lady Street, Suite 202, Columbia, SC 29201 |
| 615 Panorama Point, Lexington, SC 29072 |
| 619 Panorama Point, Lexington, SC 29072 |
| 623 Panorama Point, Lexington, SC 29072 |
| 627 Panorama Point, Lexington, SC 29072 |
| 631 Panorama Point, Lexington, SC 29072 |
| 640 Panorama Point, Lexington, SC 29072 |
| Island, Parcel J Island, Lexington, SC 29072 |

IT IS SO ORDERED this 10th day of February, 2016.

RICHARD MARK GERGEL
UNITED STATES DISTRICT JUDGE