IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rel.* Scarlett Lutz, Kayla Webster, Dr. Michael Mayes and Chris Reidel, <br><br>Plaintiffs,<br><br>vs.<br><br>Berkeley Heartlab, Inc., BlueWave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III and Robert Bradford Johnson,<br><br>Defendants. | CA No.: 9:14-cv-00230-RMG<br>(Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2485-RMG) |

## NOTICE OF LEVY

To: THE ABOVE NAMED DEFENDANTS AND ALL OTHER INTERESTED PERSONS

By virtue of a Writ of Attachment entered on February 10, 2016 in the above-referenced action, by the United States District Court for the District of South Carolina, I have levied on the property at 825 W. Beach Blvd., # 1201, Gulf Shores, Alabama 35642, by posting the Writ and this Notice in a conspicuous place.

Charles Andrews
United States Marshal

Dated: 03/01/16

BY: _____
Deputy U.S. Marshal
Southern District of Alabama