

**PRATT-THOMAS | WALKER**
ATTORNEYS AT LAW
PROFESSIONAL ASSOCIATION

16 CHARLOTTE STREET
CHARLESTON, SC 29403
PO DRAWER 22247
CHARLESTON, SC 29413-2247

PHONE: 843.727.2200
FAX: 843.727.2238
WWW.P-TW.COM

THOMAS P. GRESSETTE, JR.
Email: tpg@p-tw.com
Direct: (843) 727-2249

April 5, 2016

<u>Via Hand Delivery</u>
The Honorable Richard M. Gergel
United States District Judge
Charleston Federal Courthouse
85 Broad Street
Charleston, South Carolina 29401

RE:   *USA, et al. v. Bluewave Healthcare Consultants Inc., et al.*
      Civil Action 9:14-cv-00230-RMG
      [ECF-274] Courtesy Copy

Dear Judge Gergel:

Attached please find a courtesy copy of the Memorandum of Law in Support of Motion to Quash Prejudgment Writs [ECF-274] I recently filed on behalf of my clients. Copies of the exhibits are included, as indicated on the first page of the notebook, and a copy of the Motion to Quash is attached at Tab V.

If Your Honor requires any additional information or copies, please do not hesitate to call me directly at 843-727-2249.

As always, I remain

Yours very truly,

Thomas P. Gressette, Jr.

Enclosure (as stated)

cc:  Counsel of Record (via ECF w/out enclosure)

---

E. DOUGLAS PRATT-THOMAS | G. TRENHOLM WALKER | W. ANDREW GOWDER, JR. | JON L. AUSTEN | LINDSAY K. SMITH-YANCEY (SC, NC) | THOMAS H. HESSE (SC, GA)
IAN W. FREEMAN (SC, CA) | THOMAS P. GRESSETTE, JR. (SC, USVI) | KATHLEEN FOWLER MONOC | JOHN P. LINTON, JR.