# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, *et al.*, | Civil Action No. 9:14-cv-00230-RMG |
| Plaintiffs, | (Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2458-RMG) |
| *ex rel.* Scarlett Lutz, *et al.*, | |
| Plaintiffs-Relators, | **ORDER and OPINION** |
| v. | |
| Berkeley Heartlab, Inc., *et al.*, | |
| Defendants. | |

This matter is before the Court on the Government's motion to compel defendants BlueWave Healthcare Consultants, Inc. ("BlueWave"), Floyd Calhoun Dent, III, and Robert Bradford Johnson to answer the United States' Second Set of Interrogatories. (Dkt. No. 422.) The United States and the defendants previously agreed that Federal Rule of Civil Procedure 33 applies to interrogatories to parties. (Dkt. No. 123.) Rule 33 provides that a party may serve on any other party no more than twenty-five (25) written interrogatories. BlueWave, Dent, and Johnson have refused to answer the Government's second set of interrogatories, arguing that the Government has exceeded the twenty-five (25) interrogatories allowed by Rule 33.

Complex litigation matters such as this one often call for more than the twenty-five (25) interrogatories permitted under Rule 33. For this reason, the Court hereby imposes a limit of one-hundred (100) interrogatories which is more appropriate under the circumstances. BlueWave, Dent, and Johnson are therefore ordered to respond to the Government's second set of interrogatories.

**AND IT IS SO ORDERED.**

_/s/ Richard Mark Gergel_
Richard Mark Gergel
United States District Court Judge

April 28, 2017
Charleston, South Carolina