IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| United States of America, *et al.*, | Civil Action No. 9:14-cv-00230-RMG |
| Plaintiffs, | (Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2458-RMG) |
| *ex rel.* Scarlett Lutz, *et al.*, | |
| Plaintiffs-Relators, | **ORDER and OPINION** |
| v. | |
| Berkeley Heartlab, Inc., *et al.*, | |
| Defendants. | |

BlueWave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, and Robert Bradford Johnson have moved for an order under Rule 16 requiring the parties to eliminate from their witness disclosures any potential witness they do not intend to call at trial. (Dkt. No. 427.)

The Government has named 213 potential witnesses. In fairness to the parties, the Government is hereby ordered to provide a detailed and unique summary of each potential witness's expected testimony by May 9, 2017. The Government must notify defendants by May 9, 2017 of any witnesses it does not expect to call at trial, and the Government need not complete a summary for those witnesses. Defendants' motion (Dkt. No. 427) is **denied without prejudice**.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

April 2̶8̶, 2017
Charleston, South Carolina