# EXHIBIT C

**Rule 26(b) Expert Report**

**of**

**Eric Hines, CPA, CFF**

*The United States of America et al., ex rel. Scarlett Lutz, Kayla Webster, Dr. Michael Mayes and Chris Reidel vs. Berkeley Heartlab, Inc., BlueWave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III and Robert Bradford Johnson*, CA No.: 9:14-cv-00230-RMG

December 19, 2016

**Contents**

I.      Qualifications ................................................................................................................... 4

II.     Scope of Services ............................................................................................................. 4

III.    Compensations ................................................................................................................. 6

IV.     Summary of Findings ....................................................................................................... 6

V.      Background of Schemes and Flow of Funds Between Parties .......................................... 8

a.      Case Summary .................................................................................................................. 8

b.      Parties Involved ............................................................................................................... 8

c.      Contractual Relationship between HDL, Singulex and BlueWave ................................. 9

VI.     Illustration of the Scheme – Walk-through ................................................................... 11

a.      HDL and Physician Relationship .................................................................................. 11

b.      Singulex and Physician Relationship ............................................................................ 13

VII.    Waiver of Co-Pays for TRICARE Claims ................................................................... 14

VIII.   Analysis of Cash Flow Between HDL, Singulex and BlueWave .................................. 14

IX.     Analysis of P&H Payments ........................................................................................... 16

X.      Analysis of the Medicare and TRICARE Data Related to HDL and Singulex Patient Referrals .. 17

a.      Total Medicare and TRICARE Patient Referrals .......................................................... 17

b.      Medicare Patient Referral Data ..................................................................................... 19

c.      TRICARE Patient Referral Data ................................................................................... 20

XI.     Claims Paid by Medicare and TRICARE Associated with Kickbacks by HDL and Singulex to Physicians ......................................................................................................................... 21

XII.    Claims Associated with Commissions Received by BlueWave, Johnson, Dent and Related Entities from HDL and Singulex ..................................................................................... 24

XIII.   HDL and Singulex Claims Paid by TRICARE with Waived Co-Pays ......................... 24

XIV.    Calculation of Penalties ................................................................................................. 25

XV.     Reservations ................................................................................................................... 25

**List of Appendices**

| Appendix | Description | Page(s) |
|:---:|:---|:---:|
| 1 | Curriculum Vitae of Eric Hines | 4 |
| 2 | Prior Testimony Details of Eric Hines | 4 |
| 3 | Articles Authored by Eric Hines | 4 |
| 4 | Information and Documents Considered | 6 |
| 5 | Improper Claims from Kickbacks | 6, 24 |
| 6 | Improper Claims from Commissions | 6, 24 |
| 7 | Improper Claims from Waiver of Co-Pay | 6, 8, 25 |
| 8 | Calculation of Penalties | 7, 25 |
| 9 | Summary of Inflows to BlueWave Bank Account | 7, 15 |
| 10 | BlueWave Commission Overview | 14, 16 |
| 11 | Simplified Scheme Overview | 14 |
| 12 | Intercompany Transactions between BlueWave, Cobalt and Royal Blue | 14, 15 |
| 13 | Entities Owned by Brad Johnson and/or Cal Dent | 8, 16 |
| 14 | Summary of Outflows from BlueWave Bank Account | 16 |
| 15 | Summary of HDL P&H Payment Data | 7, 17 |
| 16 | Summary of Singulex P&H Payment Data | 7, 17 |
| 17 | Summary of CPT Codes Associated with Medicare Patient Referrals Submitted and Related Amounts Paid | 18<br>18 |
| 18 | Summary of CPT Codes Associated with TRICARE Patient Referrals Submitted and Related Amounts Paid | 18<br>18 |
| 19 | Summary of Medicare and TRICARE CPT Codes per Patient Referral | 18, 19 |
| 20 | HDL and Singulex Annual Patient Referral Claims Statistics (Medicare and TRICARE) | 18, 20 |

## I.    Qualifications

1.  I, Eric Hines, am a partner with StoneTurn Group LLP ("StoneTurn") in Boston, Massachusetts. StoneTurn provides forensic accounting, complex litigation consulting, including damages analyses, compliance control and monitoring, and forensic technology services, to companies, individuals, law firms and government regulators.

2.  I hold a bachelor's degree in business administration with a concentration in accounting from the University of Massachusetts at Amherst. I am a Certified Public Accountant ("CPA") licensed in the Commonwealth of Massachusetts and am Certified in Financial Forensics ("CFF") by the American Institute of Certified Public Accountants.

3.  Prior to joining StoneTurn, I was with the forensic accounting practice of Deloitte & Touche LLP, an auditor with Arthur Andersen LLP and part-time instructor of forensic accounting at Northeastern University in Boston. Additional information concerning my qualifications and experience is provided in my curriculum vitae at **Appendix [1]**.  **Appendix [2]** to this report is a listing of my deposition, arbitration and trial testimony over the preceding four years.  I have co-authored one article in the past ten years listed on **Appendix [3]**.

4.  I have over sixteen years of experience as a forensic accountant, auditor and consultant in dispute and investigation-related matters. My experience includes conducting internal investigations and litigation consulting matters in the life sciences, pharmaceutical and healthcare industries. These matters have involved, but were not limited to, performing analyses of financial statement irregularities, off-label marketing, kickback investigations, calculation of financial damages, False Claims Act violations involving Medicare and Medicaid, and contract compliance reviews. These engagements frequently involved the use of forensic data analytics and financial modeling to identify indicators of possible fraudulent, abusive or wasteful activities.

## II.    Scope of Services

5.  StoneTurn has been retained by the U.S. Department of Justice – Civil Division ("DOJ") in its representation of the Centers for Medicare & Medicaid Services ("CMS") and the Defense Health Agency ("DHA") on behalf of the people of the United States of America in this matter against BlueWave Healthcare Consultants, Inc. ("BlueWave"), Floyd Calhoun Dent, III ("Dent"), Robert Bradford Johnson ("Johnson"), and LaTonya Mallory ("Mallory") (collectively, "Defendants").

4

6.  I have been asked by the DOJ to track the flow of money between the Defendants and other related parties in connection with the following alleged schemes: (a) Defendants' payment of kickbacks to healthcare providers in the form of process and handling fees ("P&H Fees"); (b) BlueWave, Dent, and Johnson (collectively, the "BlueWave Defendants") receiving kickbacks in the form of commissions paid in exchange for arranging for and recommending that healthcare providers refer blood tests to Health Diagnostic Laboratory, Inc. ("HDL") and Singulex, Inc. ("Singulex"); and (c) Defendants', HDL's and Singulex's waiver of patient co-payments and deductibles for TRICARE patients.[1]

7.  In addition, I have been asked by the DOJ to evaluate damages suffered by the Medicare[2] and TRICARE programs and certain penalties resulting from Defendants causing the submission of fraudulent and false claims in violation of the federal False Claims Act, 31 U.S.C. §§ 3279 *et seq*. ("FCA") in connection with a scheme to defraud Medicare and TRICARE from 2010 through 2015. Specifically, I was asked to identify those claims paid by TRICARE and Medicare in connection with the aforementioned three schemes and causes of action, as follows:

    a.  Improper claims paid by the United States related to a scheme designed by Defendants, HDL and Singulex to pay physicians and physician groups in exchange for blood test referrals;

    b.  Improper claims paid by the United States related to inappropriate commissions paid to BlueWave, Dent, Johnson and entities related to and controlled by these parties; and

    c.  Improper claims paid by the United States related to the avoidance and waiver of collection of co-pays and deductibles for TRICARE by Defendants, HDL and Singulex.

8.  I have been asked to evaluate the damages incurred by Medicare and TRICARE assuming that the Defendants are liable, as discussed further in my report at sections XI, XII and XIII.

9.  My opinions in this matter are not intended to and do not represent legal opinions. The analyses included in this report have been prepared based upon information made available to me to date. In

---

[1] TRICARE is the health care program for uniformed service members and their families and it is managed by the Defense Health Agency under the leadership of the Assistance Secretary of Defense (Health Affairs).  (Source: www.tricare.mil/about, accessed November 14, 2016).
[2] Medicare is the federal health insurance program for people who are 65 or older, certain younger people with disabilities, and people with End-Stage Renal Diseases. Different parts of Medicare cover different services and specifically, Medicare Part B covers certain doctors' services, outpatient care, medical supplies, and preventive services. The Medicare program is administered through the Department of Health and Human Services, Centers and Medicaid Services ("CMS") (Source: www.medicare.gov and www.CMS.gov – accessed November 14, 2016).

the event additional information becomes available, I reserve the right to amend or supplement my opinions.

10. Additionally, in connection with my anticipated trial testimony in this action, I may create, from various documents produced in this litigation, demonstrative exhibits, which refer or relate to the matters discussed in this report or in my deposition testimony. I have not yet created such exhibits.

## III.    Compensation

11. StoneTurn is compensated at the hourly rate of $517.50 for my services in connection with this matter. I was assisted by additional StoneTurn professionals working under my direction whose hourly billing rates range between $180.00 and $517.50. StoneTurn's compensation is not based upon the conclusions reached in this matter or its outcome.

## IV.    Summary of Findings

12. Based on my experience, education, and training, I have conducted analyses using the information and materials considered in this matter,[3] certain relevant assumptions instructed by counsel (outlined below), and discussions with government personnel. I have determined that Medicare and TRICARE suffered damages during the period January 2010 through June 2014 in connection with claims that were submitted by HDL and Singulex and paid by the United States as a result of Defendants' actions, which I understand were in violation of the Anti-Kickback Statute and the FCA.

13. I have determined that TRICARE and Medicare suffered damages related to the payment of improper claims connected to Defendants' schemes, as outlined in Paragraph 6, of at least the following amounts:[4]

| Description | Total Amount | Report Section | Appendix |
|---|---|---|---|
| Improper Claims from Kickback Scheme | $ 181,144,994 | XI | Appendix 5 |
| Improper Claims from Commission Scheme | $ 176,543,901 | XII | Appendix 6 |
| Improper Claims from Co-Pay Waiver Scheme | $ 15,467,581 | XIII | Appendix 7 |

14. The penalties and fines under the FCA related to the aforementioned schemes have been calculated using the amounts Defendants are potentially liable for related to each false claim under the FCA

---

[3] See **Appendix [4]** for listing of information and documents considered.
[4] The improper claim amounts identified in connection with each scheme are not intended to be cumulative.

(See discussion at Section XIV, below). The penalty amounts associated with each scheme are as follows:[5]

| Description | Patient Referral Claims | FCA Penalty Rate | | Penalty Amount |
|---|---|---|---|---|
| Improper Claims from Kickback Scheme | 354,002 | Low | $ 5,500 | $ 1,947,011,000 |
| | | High | $ 11,000 | $ 3,894,022,000 |
| Improper Claims from Commission Scheme | 327,956 | Low | $ 5,500 | $ 1,803,758,000 |
| | | High | $ 11,000 | $ 3,607,516,000 |
| Improper Claims from Co-Pay Waiver Scheme | 41,993 | Low | $ 5,500 | $ 230,961,500 |
| | | High | $ 11,000 | $ 461,923,000 |

*Source: CMS and TRICARE Claims Data*

15. As discussed subsequently herein, data and information provided by HDL, Singulex, the Defendants and the United States, was incomplete as of the submission of this analyses.[6] This may have limited my ability to link additional payments to physicians to claims paid by TRICARE and Medicare. I reserve the right to amend my analyses should additional information or data provided in connection with this litigation warrant it.

16. My analyses identified that during the period 2010 through 2014, 3,536 physicians and physician groups received P&H Fees aggregating approximately $47.2 million from HDL, in exchange for the referral of patients for laboratory blood tests. Similarly, during the period 2010 through September 30, 2013, Singulex paid approximately $5.4 million in P&H fees to physicians and physician groups, in exchange for the referral of patients for laboratory blood tests.[7]

17. In addition, my analyses identified that during the period from January 2010 through April 2015, BlueWave received from HDL and Singulex, $220.3 million and $24.6 million,[8] respectively, in connection with two contractual arrangements that contemplated that BlueWave would receive commissions for a portion of revenue derived from these relationships. A large portion of these proceeds were then distributed to Dent, Johnson, and/or entities that they owned or controlled, for a total amount of $105.4 million from HDL and $12.1 million from Singulex. (*See* discussion at Section VIII).

18. Finally, my analysis of TRICARE claims data identified instances where no co-pay, deductible, or patient cost sharing was collected by HDL and Singulex. I understand that it was agreed that HDL,

---

[5] *See* **Appendix [8]** for calculation of penalties.
[6] Most notably, HDL has yet to provide its P&H payment data for January 2013 through August 2014.
[7] *See* **Appendix [15]** for summary of HDL P&H Payment data and **Appendix [16]** for summary of Singulex P&H payment data.
[8] *See* **Appendix [9]** for summary of cash inflows to BlueWave.

Singulex or physicians would not seek to collect co-pays and deductibles from patients, including from patients covered by TRICARE.[9]

## V.    Background of Schemes and Flow of Funds Between Parties

### a.    Case Summary

19. It is my understanding that from December 2009 through approximately January of 2015 Defendants paid, caused to be paid, and/or conspired to pay physicians and physicians practice groups kickbacks in order to cause or influence physicians to order expensive and medically unnecessary blood tests for their patients, which would benefit financially HDL, Singulex, Mallory, BlueWave, Johnson, Dent and other related entities.[10] Such payments were otherwise known as P&H Fees, "blood draw fees" or "drawing fees." I understand such payments are prohibited under the federal Anti-Kickback Statute. Under the FCA, claims paid by Medicare or TRICARE, resulting from these physicians' referrals and prescriptions are subject to damages and a civil penalty per claim. I understand that the FCA provides that "… any person who knowingly submits, or causes the submission of, a false or fraudulent claim to the Government for payment or approval is liable for civil penalties of $5,500-$11,000 for each such claim, plus three times the amount of the damages sustained by the Government. 31 U.S.C. §3729(a)(1)(G) (as adjusted by the Federal Civil Penalties Inflation Adjustment Act of 1990 [28 U.S.C. §2461 note; Public Law 104-410])."

### b.    Parties Involved

20. BlueWave was established on January 4, 2010 by Johnson and Dent who each owned 50% of the shares of the company.[11] Johnson and Dent operated or owned a percentage of a number of other companies including Cobalt Healthcare Consultants, Inc. ("Cobalt"), Royal Blue Medical, Inc. ("Royal Blue"), HISWay of South Carolina, Inc. ("HISWay"), and several other companies to a lesser extent.[12] I understand that the structure of the companies did not substantially change during the period January 2010 through June 2015.

21. I understand that Mallory established HDL, a specialty laboratory that offered blood testing services, in 2009. Shortly thereafter, acting on behalf of HDL, Mallory executed a contract wherein BlueWave would serve as HDL's outside sales force dedicated to arranging for and recommending that healthcare providers refer blood samples to HDL for testing.

---

[9] *See* **Appendix [7]**.
[10] I have received a list of such entities from the DOJ. I have attached the list as **Appendix [13].**
[11] *See*, BlueWave Financial Statement of Corporate Debtor, dated November 24, 2014 at BWFIN000005.
[12] *See*, **Appendix [13]**.

22. During the time period between January 2010 and June 2014, BlueWave provided sales consulting services throughout the United States, particularly in the southeast, and worked closely with Mallory, HDL and Singulex by promoting laboratory blood panels which combined multiple tests offered by those companies. As HDL and Singulex's outside sales force, BlueWave was responsible for arranging for and recommending tests included in the baseline and follow-up blood testing panels.[13]

### c.    Contractual Relationship between HDL, Singulex and BlueWave

23. I understand that, starting in 2010, BlueWave began approaching physicians to recommend that they order laboratory blood tests in exchange for P&H Fees to be paid to such physicians. BlueWave primarily utilized a network of consultants and independent contractors as its sales force to approach doctors. These consultants and independent contractors were paid commissions on sales by BlueWave. BlueWave's contractual relationships with HDL and Singulex commenced in January and June 2010, respectively.

24. The agreement between HDL and BlueWave provided that BlueWave would serve as HDL's exclusive independent contractor to perform certain services for HDL to sell testing panels to physicians and medical groups specializing in cardiology and other disease management specialties in Alabama, South Carolina, Mississippi, Tennessee, Georgia, Florida, North Carolina, Louisiana and Texas.[14]  I understand that, in actuality, BlueWave helped HDL expand its reach beyond these territories such that BlueWave controlled the sale of HDL services throughout the United States, with the exception of the Commonwealth of Virginia and the District of Columbia.[15] The agreement further noted that HDL would provide P&H Fees to physicians in the range of $18.00 to $21.00 per referral.[16]

25. BlueWave was compensated based on a commission rate of 13.8% of the net revenue collected by HDL from sales in the states noted above from April 1, 2010 through September 30, 2011. For the eighteen months after September 30, 2011, the commission rate was increased to 19.8%.  For all sales after March 30, 2013, the commission rate was set at 16.8%.  In addition, the agreement noted that during the first five years of the agreement, BlueWave would be paid a monthly base fee equal

---

[13] *See,* Gov't Compl. at ¶¶ 103-109.
[14] *See*, Sales Agreement between Health Diagnostic Laboratory, Inc. and BlueWave Healthcare Consultants, Inc. dated January 4, 2010 at USADOC001259. [HDL-DOJ000000361-373]]
[15] *See*, Corrected BlueWave Roster. [USADOC074958]
[16] *See*, Sales Agreement between Health Diagnostic Laboratory, Inc. and BlueWave Healthcare Consultants, Inc. dated January 4, 2010 at USADOC001259. [HDL-DOJ000000361-373]

to $53,750 in year one, $43,000 in year two, $32,250 in year three, $21,500 in year four and $10,750 in year five.[17]

26. The initial term of the agreement between BlueWave and HDL was ten years from the effective date, with automatic renewals for one year periods unless either party provided written notice of termination at least one hundred eighty days prior to the end of the term or any renewal term.[18]

27. Likewise, the agreement between BlueWave and Singulex provided that BlueWave would serve as Singulex's exclusive independent contractor to sell testing panels to physicians and medical groups specializing in cardiology and other disease management specialties in Alabama, South Carolina, Mississippi, Tennessee, Georgia, Florida, North Carolina, Louisiana and Texas.[19] The agreement further noted that Singulex would pay P&H Fees to physicians in the range of $18.00 to $21.00 per referral.[20]

28. Compensation to BlueWave was based on a commission rate of 24% of the net revenue collected by Singulex from sales in the states noted above. In addition, the agreement noted that Singulex would advance BlueWave commissions of $50,000 per month from June 1, 2010 through February 28, 2011.[21]

29. The initial term of the agreement between BlueWave and Singulex was seven years from the effective date, with automatic renewals for one year periods unless either party provided written notice of termination at least one hundred eighty days prior to the end of the term or any renewal term. [22]

30. Furthermore, the agreement between BlueWave and Singulex contained a provision requiring that Singulex engage an independent third party who specializes in the Anti-Kickback and Stark Laws to perform an annual compliance audit for the parties. BlueWave and Singulex agreed to use commercially reasonable efforts to keep complete, true, and accurate records in connection with the services performed under the agreement, which were to be available for inspection by an independent compliance audit firm appointed by Singulex, at Singulex's expense, for a period of twelve months after the date on which services were completed. [23]

---

[17] *Id.*
[18] *Id.*
[19] *See*, Sales Agreement between Singulex, Inc. and BlueWave Healthcare Consultants, Inc. dated June 1, 2010 at USADOC1440068. [Singulex-0375143-157]
[20] *Id.*
[21] *Id.*
[22] *Id.*
[23] *Id.*

## VI.    Illustration of the Scheme – Walk-through

31. I have reviewed information and records produced in this litigation which show how physicians were paid P&H Fees based on contracts with HDL and/or Singulex whereby the physicians would receive P&H fees on a monthly basis for referring blood samples to those labs. Key aspects of the arrangements between the laboratories and physicians are described hereafter.

### a.    HDL and Physician Relationship

32. I reviewed a sample of approximately 60 HDL P&H agreements, which take the form of a letter agreement addressed to the physician and/or physician group and have agreement dates ranging from 2010 through 2013.[24] The title of the contract is "Process and Handling Fee for Health Diagnostic Laboratory, Inc. Advanced Cardiovascular/Metabolic Testing" ("HDL Contract"). The terms of the contract generally appeared to be consistent between various providers.

33. According to the sample agreements, HDL was to pay physicians or physician groups $17.00 per specimen ("Process and Handling Fee") for processing and handling services.[25] These services could vary with each specimen, but were generally to include:

> "…apportioning the specimen into multiple vials specific to whole blood, serum, plasma and urine testing requirements; labeling the vials specific to the category of testing to be performed; loading, spinning and unloading the vials in a blood centrifuge machine; maintaining specimen integrity by cooling and packaging the vials in specially designed biohazard shipping containers in proper sleeves; obtaining patient demographic and insurance information; labeling shipping forms with proper disclosure; and coordinating shipment pickup."[26]

34. Additionally, HDL agreed to pay $3.00 per specimen for phlebotomist and related services (which HDL termed a "Collection Fee"). Accordingly, the typical total reimbursement paid to physicians under the HDL Contract was $20.00 per specimen.[27]

35. Under the HDL Contract, physicians provided HDL with a monthly list, invoice or statement that included the names of each patient and the date when each specimen was collected no later than the 15th of the following month in order to have a check processed on time. The contract contemplated

---

[24] See e.g., HDL Contract at USADOC217127-28; USADOC221770-71; and USADOC0985549-50.
[25] See e.g., HDL Contract (Section 1) at USADOC0985549-50.
[26] Id.
[27] See e.g., HDL Contract (Section 2 and 3) at USADOC0985549-50.

that HDL processed checks once a month on the last day of the month.[28] I observed that the contract correlated P&H payments to individual patient referrals and did not specify the testing required, other than to note more than one test would be required.[29]

36. I also noted that, at least during some periods, physicians used what was referred to as a draw log to record the necessary information (*i.e.* date and patient's name) and faxed the draw logs to HDL on a monthly basis as support for the requests for payment. In addition, some physicians included an invoice along with the draw log. These invoices were addressed to HDL and summarized (i) the total specimens collected and processed by the physician/group, (ii) P&H Fee per specimen (*i.e.* $20.00), and (iii) total amount due.[30] HDL would then receive a system-generated email from its fax system upon receipt of the documents sent from the physicians or physician groups.[31]

37. This reimbursement process was streamlined around the last quarter of 2010. Specifically, HDL sent new letter agreements to the physicians proposing to no longer require the draw logs in order to automate the reimbursement process, but would instead pay physicians monthly based on data generated by HDL.[32] This data was in the form of monthly reports that tracked each specimen HDL received ("HDL P&H Detail"). Each specimen was assigned a unique sample ID and key statistics that were reflected in the monthly report included: patient name, collection date, order location, provider information, and provider Unique Physician Identification Number ("UPIN") or National Provider Identification ("NPI") number.[33] I have located a discrete population of these reports in the documents provided relating to select time periods. These have been used in my analysis, as described subsequently.

38. I was also provided with an Excel spreadsheet summarizing the total annual payments HDL paid various physicians and physician practices for years 2010 through 2014 ("HDL P&H Payment Summary").[34] These schedules have been used in my analysis and described subsequently in this report.

39. The initial term of each HDL contract was for a twelve month period from the date of the agreement and was thereafter automatically renewed on each anniversary of the date for additional twelve

---

[28] *See e.g.,* HDL Contract (Section 4) at USADOC0985549-50.
[29] *See e.g.,* HDL Contract (Section 1) at USADOC0985549-50.
[30] *See e.g.,* Invoices at USADOC0985638 and USADOC0986223.
[31] *See e.g.,* Email Correspondence – Fax Receipt at USADOC0985634-40; USADOC0986219-27; USADOC0985541-48.
[32] *See e.g.,* Amended HDL Contract at USADOC221773.
[33] *See e.g.,* HDL P&H Detail at USADOC210118 and USADOC259826.
[34] *See* HDL P&H Payment Summary at USADOC685307.

month terms until the agreement was terminated. Either party could terminate the contract at any time for any reason upon receipt of written notification from the other party.[35]

### b. Singulex and Physician Relationship

40. Singulex appears to have used a P&H agreement with physicians with terms similar to the HDL agreements. I reviewed multiple examples of the contract Singulex used in 2010 and 2011, all titled: "Processing and Handling Fee for Singulex Clinical Laboratory Cardiovascular Testing" ("Singulex Contract").[36]

41. According to these agreements, Singulex was to pay physicians either $10.00, $17.00 or $20.00 per specimen ("Process and Handling Fee") for all appropriate processing and handling services. Additionally, the agreements listed a fee of either $3.00 or $0.00 per specimen ("Phlebotomy Draw Fee") for phlebotomy and related services. The total reimbursement paid to physicians/groups under the Singulex Contract ranged from $10.00 to $20.00 per specimen.[37]

42. Furthermore, I reviewed an Excel spreadsheet ("Singulex P&H Payment Summary") that summarized the fees for all the physicians that received a reimbursement payment from Singulex for the period January 2010 through September 2013. This Excel spreadsheet supported the language in the Singulex contracts and showed a range of reimbursement fees paid to the physicians and physician groups. Specifically, out of the total 605 physicians or physician groups, 431 (or 71%) were paid at $13.00 per specimen throughout the duration of the period. The remaining 174 physicians/groups (29%) were either paid (i) a different amount throughout the entire period or (ii) different amounts in earlier periods, but $13.00 per specimen in later periods.[38]

43. Singulex handled the reimbursement process in the same manner as HDL. Specifically, physicians/groups provided Singulex a monthly draw log and were reimbursed on a monthly basis.[39] It is unclear whether Singulex updated this reimbursement process to stop using the draw logs; however, it does appear that Singulex collected some internal data tracking the specimens received. This data was generated in the form of a CLIA Report ("Singulex P&H Detail"). Each specimen was assigned a unique accession number and key statistics reflected in the file included patient name,

---

[35] *See e.g.,* HDL Contract (Section 6) at USADOC0985549-50.
[36] *See e.g.,* Singulex Contract at USADOC1119694-95.
[37] *See e.g.,* Singulex Contract (Section A-D) at USADOC1119694-95; USADOC001846-47; Exhibit 5 to Dr. Fillingane's Deposition, dated November 15, 2016
[38] *See* Singulex P&H Payment Summary at USADOC1049396.
[39] *See e.g.,* Singulex Contract (Section F) at USADOC1119694-95.

sample received date, ordering physician, sales representative ID, and information relating to estimated insurance and patient payments.[40] I have located a small number of individual examples of these reports in the documents provided for my analysis relating to select time periods.

## VII.    Waiver of Co-Pays and Deductibles for TRICARE Claims

44. I understand that HDL and Singulex were waiving the patients' co-pays and deductibles required by TRICARE.  I understand that the Plaintiffs have alleged that HDL and Singulex waived co-pays and deductibles in order to avoid raising the suspicion of patients who may have otherwise been unwilling to agree to certain tests if they had to pay for a portion of the services out-of-pocket.[41]

## VIII.    Analysis of Cash Flows Between HDL, Singulex and BlueWave

45. I have prepared a summarized overview of how funds flowed between the various participants in the schemes to provide kickbacks to physicians and pay commissions to the BlueWave Defendants for arranging for and recommending blood tests. These analyses are based on the records provided by Defendants. These flows of funds have been illustrated in **Appendix [10]** and **Appendix [11]**.[42]

46. I compiled, aggregated, and analyzed activity in the BlueWave Defendants' cash accounts from bank statements provided by the BlueWave Defendants. These bank records covered the period January 2010 through April 2015 (the "Review Period") for BlueWave,[43] Cobalt[44] and Royal Blue.[45] These accounts were held with Cadence Bank.[46]

47. I examined additional available documentation from Cadence Bank including check images, deposit slips, support for incoming and outgoing wire transfers, and other information contained in the bank statements such as ACH transfers, phone or in-person transfers, DDA deposits and credits, and banking fees, in order to understand the sources of incoming funds, destinations of outgoing funds, and the timing of the fund movements to the extent that information was evident from the supporting documentation.  I assessed whether these bank records appeared reasonably complete and accurate

---

[40] *See e.g.,* Singulex P&H Detail at USADOC1273805.

[41] *See,* Gov't Compl. at ¶ 183.

[42] I also considered the effects of intercompany and interbank transfers in my analysis and documented them at **Appendix [12]**.

[43] Monthly Cadence Bank account number 5000524230, from January 2010 through February 2015. Bank statement covering period November 11-30, 2011 is not available.

[44] Monthly Cadence Bank account number 5001006450, from January 2013 through April 2015.

[45] Monthly Cadence Bank account number 5000421155, from January 2010 through April 2015. Bank statement covering period November 1-12, 2011 is not available.

[46] I am not aware of any other bank accounts that would reflect additional activity, at this time.

by determining whether the account activity each month, beginning and ending balances reconciled and no significant issues were noted.[47]

48. I also assessed the completeness and accuracy of the cash account information provided using BlueWave tax returns for the fiscal years 2011, 2012, and 2013.[48] I found that funds received by BlueWave from HDL and Singulex per the underlying activity detail examined reconciled to the "gross receipts or sales" line on BlueWave's U.S. Income Tax Returns.

49. Based on the results of my analysis, I found that BlueWave received approximately $220.3 million and $24.6 million from HDL and Singulex during the Review Period, respectively.[49] This reflects total incoming payments from HDL and Singulex to BlueWave of approximately $244.9 million (or approximately 96% of the cash received by BlueWave). Deposits into these Cadence accounts from other sources totaled approximately $11 million. The table below illustrates these incoming cash receipts by year from 2010 through the first quarter of 2015:

| Payor | 2010 | 2011 | 2012 | 2013 | 2014 | Q1 '15 | Grand Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Health Diagnostic Laboratory Inc | $ 6,898,661 | $ 21,191,383 | $ 71,974,994 | $ 66,294,464 | $ 53,976,744 | $ - | $ 220,336,248 | 86.0% |
| Singulex Inc | 534,358 | 3,084,935 | 7,347,354 | 7,658,831 | 5,737,822 | 237,416 | 24,600,716 | 9.6% |
| Intercompany | - | - | - | - | 4,932,093 | - | 4,932,093 | 1.9% |
| Johnson & Dent | 80,000 | - | - | 1,004,824 | 600 | 2,400,000 | 3,485,424 | 1.4% |
| Other Vendors | 1,500,210 | 116,457 | - | 17,226 | 77,512 | - | 1,711,405 | 0.7% |
| Sales Representatives & Contractors | - | - | - | - | 382 | 1,200,000 | 1,200,382 | 0.5% |
| Law Firm | 5,210 | - | - | - | - | 10,000 | 15,210 | 0.0% |
| Affiliated Entities | - | - | - | - | 850 | - | 850 | 0.0% |
| Local, State or Federal Taxes and Fees | - | - | - | 126 | - | - | 126 | 0.0% |
| Total | $ 9,018,440 | $ 24,392,774 | $ 79,322,348 | $ 74,975,471 | $ 64,726,004 | $ 3,847,416 | $ 256,282,453 | 100.0% |

*Source: Cadence Bank statements and related activity support for account #5000524230*

50. Furthermore, I found that BlueWave disbursed approximately $53.2 million and $52.2 million directly to Dent and Johnson, respectively, during the Review Period. In addition, approximately $12.1 million was disbursed to various organizations with whom Dent and/or Johnson were affiliated.[50] This reflects total outgoing payments to Dent and Johnson, or entities affiliated with Dent and Johnson, of approximately $117.5 million.[51]

---

[47] Royal Blue account number 5000421155 had a variance of $0.28 between the cumulative data compiled and the ending balance per the monthly bank statement as of August 31, 2011. This variance is corrected in November 2011 and appears to be related to three deposits received on August 23, 2011.
[48] All years available based on the documentation produced by Defendants.
[49] *See* **Appendix [9]** for summary of cash inflows to BlueWave and **Appendix [12]** for summary of intercompany transactions between BlueWave, Cobalt, and Royal Blue.
[50] Other organizations include HISWay of South Carolina, Inc., Royal Blue Medical, Inc., Cobalt Healthcare Consultants, Inc., and Forse Investments. *See* **Appendix [13]**.
[51] *See* **Appendix [14]** for summary of outflows from BlueWave.

51. I also noted other outgoing payments of approximately $63.0 million to various healthcare organizations, sales representatives, individuals, or other vendors, which I understand to primarily relate to the cost to BlueWave to pay its network of sales contractors and related expenses. Approximately $51 million were disbursements to pay state or federal taxes and fees.

52. In sum, of $244.9 million BlueWave received from HDL and Singulex, $105.4 million (43%) was retained directly by Dent and Johnson, $63.0 million (26%) was passed on to individuals and entities I understand were part of the sales network used to arrange for and recommend blood tests by doctors in exchange for P&H payments[52], and the remaining balance primarily related to taxes. The table below illustrates the outgoing payments by year from 2010 through the first quarter of 2015:

| Payee | 2010 | 2011 | 2012 | 2013 | 2014 | Q1 '15 | Grand Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Floyd Calhoun Dent | $ (1,202,861) | $ (4,855,048) | $ (19,746,354) | $ (12,730,748) | $ (13,405,689) | $ (1,221,576) | $ (53,162,277) | 20.8% |
| Brad Johnson | (1,326,249) | (5,338,233) | (19,282,678) | (15,432,547) | (10,800,461) | (18,996) | (52,199,163) | 20.4% |
| Sales Representatives & Contractors | (1,376,348) | (6,230,261) | (17,904,239) | (19,427,759) | (15,638,800) | (1,132,609) | (61,710,015) | 24.1% |
| Local, State or Federal Taxes and Fees | (957,586) | (3,422,928) | (13,857,484) | (13,579,491) | (16,214,012) | (3,312,188) | (51,343,689) | 20.1% |
| Affiliated Entities | (179,024) | (1,475,408) | (3,429,473) | (3,577,571) | (2,925,632) | (530,987) | (12,118,096) | 4.7% |
| Intercompany | (5,065) | (787,310) | (1,749,187) | (2,288,598) | (6,323,250) | (250,100) | (11,403,510) | 4.5% |
| Undetermined | (1,620,471) | (25,885) | (648) | (1,014,333) | (2,566,528) | (2,126,363) | (7,354,229) | 2.9% |
| Law Firm | (153,879) | (599,185) | (3,166,536) | (795,485) | (422,465) | (144,887) | (5,282,437) | 2.1% |
| Health & Medical Related Personnel/Companies | (19,476) | (22,041) | (5,110) | (91,121) | (544,451) | (6,239) | (688,438) | 0.3% |
| Other Vendors | (70,302) | (100,318) | (69,624) | (152,962) | (221,840) | (12,790) | (627,836) | 0.2% |
| **Total** | **$ (6,911,263)** | **$ (22,856,617)** | **$ (79,211,333)** | **$ (69,090,615)** | **$ (69,063,128)** | **$ (8,756,736)** | **$ (255,889,691)** | **100.0%** |

*Source: Cadence Bank statements and related activity support for account #5000524230*

53. Over the course of the Review Period, BlueWave had total cash inflows of approximately $256.3 million and total cash outflows of approximately $255.9 million, and thus had an overall net cash inflow of approximately $0.4 million. This is consistent with the notion that BlueWave was in essence a conduit through which funds flowed from HDL and Singulex to Dent, Johnson and the entities they controlled. I have included a graphic representation of the inflows and outflows into and out of the BlueWave bank account referred to above in **Appendix [10].**

IX.    **Analysis of P&H Payments**

54. I prepared a summary compilation of HDL P&H payments to physicians and practices organized by year for the period 2010 through 2014. These P&H records included physicians and practices

---

[52] *Id.*

16

located in 45 states.[53]  The total amount of P&H Fees paid by HDL was approximately $47.2 million.[54]  The table below summarizes the key data from my summary compilation:[55]

| | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| Amount of P&H Paid | $ 1,759,441 | $ 7,508,634 | $ 14,096,027 | $ 15,721,685 | $ 8,139,166 | $ 47,224,952 |
| Count of Physicians/Practices | 336 | 1,069 | 2,007 | 2,393 | 2,138 | |
| Average P&H Paid per Physician/Practice | $ 5,236 | $ 7,024 | $ 7,023 | $ 6,570 | 3,807 | |

*Source: HDL P&H Payment Summary at USADOC685307*

55. I also prepared a summary compilation of Singulex P&H payments to physicians and practices organized by year for the period January 1, 2010 through September 30, 2013.  The summary includes information on fees resulting from referrals sent to Singulex and the total annual amount paid to each physician/practice.  In addition, the summary includes the names of the ordering physician, UPIN/NPI number, and annual specimen count collected by each physician/practice.[56]  The total amount of P&H fees paid by Singulex was approximately $5.4 million.  The table below summarizes the key data from my summary compilation:[57]

| | 2010 | 2011 | 2012 | 1Q-3Q 2013 | Total |
|---|---|---|---|---|---|
| Amount of P&H Paid | $ 216,151 | $ 1,251,898 | $ 2,098,440 | $ 1,842,290 | $ 5,408,779 |
| Count of Physicians/Practices | 48 | 161 | 386 | 500 | |
| Average P&H Paid per Physician/Practice | $ 4,503 | $ 7,776 | $ 5,436 | $ 3,685 | |

*Source: Singulex P&H Payment Summary at USADOC1049396*

## X.    Analysis of the Medicare and TRICARE Data Related to HDL and Singulex Patient Referrals[58]
### a.    Total Medicare and TRICARE Patient Referrals

56. During the period from November 10, 2009 through August 7, 2015, HDL and Singulex received more than $585.7 million from TRICARE and Medicare combined, in connection with Patient Referrals for blood draws and testing panels referred by physicians. This corresponded to the

---

[53] *See* HDL P&H Payment Summary at USADOC685307.
[54] Reports provided by HDL and Singulex do not specifically identify what component of P&H Fees, if any, was attributed to draw fees that may have been typically allowed by Medicare and TRICARE. This analysis summarizes total P&H Fees as reported by HDL and Singulex.
[55] *See* **Appendix [15].**
[56] *See* Singulex P&H Payment Summary at USADOC1049396.
[57] *See* **Appendix [16].**
[58] I have defined "Patient Referral" as the aggregate claims records for each unique patient, per service date, testing lab and government insurer. For example, multiple claims for an individual patient on a given date for services provided by HDL and paid by Medicare would constitute a unique Patient Referral derived from the related Medicare claims data provided. Claims, in turn, may contain multiple line items ("Line") (representing multiple procedures or sequence of CPT codes).

payment of more than 16.7 million procedures (or CPT[59] Codes) and 1.26 million Patient Referrals submitted.[60]

57. The number of blood testing procedures paid per patient referral per year ranged from 10.1 in 2010 to 14.8 in 2014 for Medicare, and 10.7 in 2010 to 20.6 in 2015 for TRICARE. The multiple number of blood testing procedures per patient per year supports the notion that Defendants arranged for and recommended that physicians order panels of tests, often consisting of dozens of individual testing procedures, for each patient multiple times a year.[61] In fact, I have found that of the total claims paid by Medicare and TRICARE, approximately two-thirds of the patient referral dollar amounts paid were concentrated in the range of 21 to 40 CPT codes per patient referral, as depicted below:[62]

---

[59] A CPT Codes is a Current Procedural Terminology code. It is a medical code set by the American Medical Association which created the CPT data over 40 years ago to provide health care professionals with a uniform language for medical coding and medical billing. (www.ama-assn.org)

[60] *See* **Appendix [20]**

[61] *See* **Appendix [17]** and **Appendix [18]** for summaries of quantities of CPT codes associated with Medicare and TRICARE patient referrals submitted and related amounts paid.

[62] *See* **Appendix [19]**

Summary of CMS Tests per Panel

| Number of CPT Codes | Associated Number of Patient Referrals | Associated Number of Patient Referrals % | Associated Amounts Paid | Associated Amounts Paid % |
|---|---|---|---|---|
| 1 - 10 | 395,514 | 33.1% | $ 50,020,206 | 8.9% |
| 11 - 20 | 326,682 | 27.4% | 135,753,721 | 24.2% |
| 21 - 30 | 327,731 | 27.4% | 234,481,117 | 41.9% |
| 31 - 40 | 124,246 | 10.4% | 118,055,182 | 21.1% |
| 41 - 50 | 17,047 | 1.4% | 18,248,475 | 3.3% |
| 51 - 60 | 2,334 | 0.2% | 2,807,883 | 0.5% |
| 60 - 70 | 373 | 0.0% | 481,745 | 0.1% |
| 71 - 80 | 169 | 0.0% | 242,135 | 0.0% |
| 81 - 83 | 13 | 0.0% | 16,564 | 0.0% |
| **Total** | **1,194,109** | **100.0%** | **$ 560,107,027** | **100.0%** |

*Source: CMS claims data*

Summary of TRICARE Tests per Panel

| Number of CPT Codes | Associated Number of Patient Referrals | Associated Number of Patient Referrals % | Associated Amounts Paid | Associated Amounts Paid % |
|---|---|---|---|---|
| 1 - 10 | 17,602 | 26.7% | $ 1,625,061 | 6.4% |
| 11 - 20 | 18,821 | 28.5% | 5,757,397 | 22.5% |
| 21 - 30 | 19,414 | 29.4% | 10,355,304 | 40.5% |
| 31 - 40 | 7,649 | 11.6% | 5,506,520 | 21.5% |
| 41 - 50 | 2,051 | 3.1% | 1,728,837 | 6.8% |
| 51 - 60 | 261 | 0.4% | 275,868 | 1.1% |
| 60 - 70 | 147 | 0.2% | 189,092 | 0.7% |
| 71 - 80 | 78 | 0.1% | 105,210 | 0.4% |
| 81 - 85 | 13 | 0.0% | 21,791 | 0.1% |
| **Total** | **66,036** | **100.0%** | **$ 25,565,081** | **100.0%** |

*Source: TRICARE claims data*

58. The average amount paid per Patient Referral per year ranged from $316.08 in 2009 to $555.12 in 2012 for Medicare, and $285.10 in 2009 to $509.70 in 2012 for TRICARE.

## b. Medicare Patient Referral Data

59. Of the combined total amount paid by Medicare and TRICARE, Medicare paid $514.1 million to HDL and $46.0 million to Singulex, related to 929,521 and 264,588 Patient Referrals submitted which were paid during the period November 10, 2009 through August 7, 2015.[63]

---

[63] *See* **Appendix [20]**

60. During that period, approximately 19.4 million and 2.0 million individual procedures were submitted from HDL and Singulex, respectively.[64] These procedures were identified by the unique CPT codes corresponding to each line of data. The table below includes a breakdown of these figures by year:[65]

HDL and Singulex Annual Patient Referral Statistics - Medicare

| Entity | Year | Number of Patient Referrals | Lines Submitted | Lines Paid | Lines Not Paid | Total Amount Allowed on Patient Referrals | Total Amount Paid on Patient Referrals |
|---|---|---|---|---|---|---|---|
| HDL | 2009 | 97 | 2,340 | 1,194 | 1,146 | $ 29,940 | $ 29,712 |
| | 2010 | 42,002 | 608,818 | 447,673 | 161,145 | $ 17,022,003 | $ 17,010,784 |
| | 2011 | 120,017 | 2,465,518 | 1,547,082 | 918,436 | $ 57,281,939 | $ 57,281,476 |
| | 2012 | 218,805 | 4,631,073 | 3,393,154 | 1,237,919 | $ 139,731,700 | $ 139,713,562 |
| | 2013 | 257,116 | 5,364,667 | 4,134,984 | 1,229,683 | $ 154,907,980 | $ 152,569,930 |
| | 2014 | 214,268 | 4,834,888 | 3,512,191 | 1,322,697 | $ 117,214,785 | $ 114,829,886 |
| | 2015 | 77,216 | 1,495,384 | 1,208,849 | 286,535 | $ 33,333,106 | $ 32,657,164 |
| HDL Total | | 929,521 | 19,402,688 | 14,245,127 | 5,157,561 | $ 519,521,453 | $ 514,092,514 |
| Singulex | 2010 | 5,985 | 21,715 | 18,583 | 3,132 | $ 427,318 | $ 427,318 |
| | 2011 | 32,117 | 178,712 | 141,213 | 37,499 | $ 4,088,924 | $ 4,088,924 |
| | 2012 | 57,828 | 366,367 | 279,197 | 87,170 | $ 8,097,466 | $ 8,097,466 |
| | 2013 | 74,365 | 607,896 | 447,715 | 160,181 | $ 13,253,529 | $ 13,047,436 |
| | 2014 | 66,202 | 521,699 | 445,349 | 76,350 | $ 13,750,536 | $ 13,475,343 |
| | 2015 | 28,091 | 270,300 | 253,427 | 16,873 | $ 7,018,334 | $ 6,878,027 |
| Singulex Total | | 264,588 | 1,966,689 | 1,585,484 | 381,205 | $ 46,636,106 | $ 46,014,513 |
| Grand Total | | 1,194,109 | 21,369,377 | 15,830,611 | 5,538,766 | $ 566,157,559 | $ 560,107,027 |

*Source: CMS Claims Data*

### c.  TRICARE Patient Referral Data

61. Of the combined total paid by Medicare and TRICARE, TRICARE paid $24.2 million to HDL and $1.4 million to Singulex, related to 55,027 and 11,009 Patient Referrals submitted which were paid during the period November 17, 2009 through August 7, 2015.[66]

62. During that period, approximately 1.3 million and 81,845 individual procedures were submitted to HDL and Singulex, respectively.[67] These procedures were identified by the unique CPT codes corresponding to each line of data. The table below includes a breakdown of these figures by year:[68]

---

[64] *Id.*
[65] *Id.*
[66] *Id.*
[67] *Id.*
[68] *Id.*

HDL and Singulex Annual Patient Referral Statistics - TRICARE

| Entity | Year | Number of Patient Referrals | Lines Submitted | Lines Paid | Lines Not Paid | Total Amount Allowed on Patient Referrals | | Total Amount Paid on Patient Referrals | |
|---|---|---|---|---|---|---|---|---|---|
| HDL | 2009 | 5 | 84 | 83 | 1 | $ | 2,271 | $ | 1,426 |
| | 2010 | 2,925 | 49,014 | 27,812 | 21,202 | $ | 1,062,783 | $ | 968,305 |
| | 2011 | 8,160 | 151,764 | 101,395 | 50,369 | $ | 3,595,343 | $ | 3,271,453 |
| | 2012 | 13,129 | 298,076 | 217,368 | 80,708 | $ | 7,891,029 | $ | 6,907,597 |
| | 2013 | 16,668 | 391,203 | 216,263 | 174,940 | $ | 7,791,418 | $ | 5,773,769 |
| | 2014 | 10,011 | 270,832 | 204,439 | 66,393 | $ | 5,717,333 | $ | 5,187,082 |
| | 2015 | 4,129 | 111,275 | 90,479 | 20,796 | $ | 2,266,766 | $ | 2,077,303 |
| HDL Total | | 55,027 | 1,272,248 | 857,839 | 414,409 | $ | 28,326,942 | $ | 24,186,935 |
| Singulex | 2010 | 290 | 1,463 | 1,010 | 453 | $ | 24,908 | $ | 22,919 |
| | 2011 | 1,454 | 7,776 | 5,276 | 2,500 | $ | 155,337 | $ | 145,892 |
| | 2012 | 2,758 | 16,026 | 9,687 | 6,339 | $ | 289,998 | $ | 272,505 |
| | 2013 | 3,274 | 29,181 | 13,548 | 15,633 | $ | 502,651 | $ | 392,249 |
| | 2014 | 2,293 | 17,795 | 12,983 | 4,812 | $ | 378,201 | $ | 335,590 |
| | 2015 | 940 | 9,604 | 7,835 | 1,769 | $ | 236,669 | $ | 208,992 |
| Singulex Total | | 11,009 | 81,845 | 50,339 | 31,506 | $ | 1,587,764 | $ | 1,378,146 |
| Grand Total | | 66,036 | 1,354,093 | 908,178 | 445,915 | $ | 29,914,706 | $ | 25,565,081 |

*Source: TRICARE Claims Data*

## XI.    Claims Paid by Medicare and TRICARE Associated with Kickbacks by HDL and Singulex to Physicians

63.  I have been asked to evaluate the amount of improper claims paid by the United States related to a scheme by Defendants, HDL and Singulex to pay physicians and physician groups in exchange for blood test referrals. I have been instructed by counsel to make assumptions in determining which claims were improper.

64.  First, I have been asked to assume that Defendants are liable for the actions alleged in the United States' complaint and have violated the FCA and Anti-Kickback Statute.

65.  Second, I have considered the population of claims deemed potentially improper as those arising from services rendered after the effective date of the contracts between BlueWave and HDL (January 2010) and Singulex (June 2010), respectively, until June 25, 2014.

66.  Third, I understand that whether a patient was prescribed a test by a specific physician or any physician in a larger group or practice, the claim was tainted by a P&H payment to any physician in the practice for the purpose of identifying an improper claim.

67.  Fourth, I understand that most physicians had a contract in place with HDL or Singulex (as discussed above) that contemplated that they were to receive P&H payments per referral.

68. My calculations involve restricting the Medicare and TRICARE claims data to those claims associated with doctors receiving P&H payments in exchange for corresponding patient referrals. This analysis requires linking TRICARE and Medicare paid claims data to HDL and Singulex data identifying P&H payments made to physicians.

69. As of the time of completion of my analyses, data made available to me by the DOJ included a limited number of attributes allowing for a link between P&H payments to doctors and the associated claims paid by TRICARE and Medicare for the referrals. Specifically, TRICARE data includes information on referring physician for only a small percentage of the claims records and the Medicare data includes information on referring physician NPI number for all records. TRICARE and Medicare claims records also contain information on patient, testing provider and date of service, among other fields.

70. HDL and Singulex have produced information on P&H payments made to physicians and healthcare providers primarily in summary form.[69] These P&H reports reflect the number of P&H payments received by provider (either physician or practice) by year and/or aggregate dollar value of P&H payments received by provider by year. This summary information does not specifically present each particular test or Patient Referral for which the healthcare provider received a P&H payment, nor does it explicitly link those P&H payments to subsequent claims paid by Medicare or TRICARE.

71. However, as previously noted, I have identified detailed reports (referred to as P&H Detail Reports in Section VI), produced by HDL and Singulex, which include information allowing for P&H payments made to the referring physicians to be linked to the corresponding claims paid by Medicare and TRICARE using physician and patient information. These reports cover the period from approximately October 2011 through December 2012 for HDL and March 2010 through July 2012 for Singulex, and include (1) date of service, (2) patient name and (3) physician/practice name who referred the testing procedures performed for which the physician was paid P&H. Furthermore, summary level P&H information I was provided does identify information on payments made to specific physicians and practices which, in turn, can be linked to Medicare and TRICARE claims data for Patient Referrals tied to those physicians using the referring physician NPI number.

72. Using this information, I first searched the Medicare and TRICARE claims data sets for records with the matching patient and date of service combinations.[70] Where referring physician data was

---

[69] *See* HDL P&H Payment Summary at USADOC685307 and Singulex P&H Payment Summary at USADOC1049396.

[70] The Medicare claims data includes the first six characters of patient name and first initial, therefore patient names were matched using those characters.

available in the Medicare and TRICARE data, I also verified the patient and service date combinations were tied to physicians receiving P&H as per the detailed P&H information. This allowed me to locate those records in the Medicare and TRICARE data relating to claims paid by those programs for testing performed by HDL and Singulex which were connected to P&H payments made to referring physicians.  This identification process was applied to those paid claims related to P&H payments made for the period from October 2011 through December 2012 for HDL and March 2010 through July 2012 for Singulex.

73. In addition, where detailed P&H data was not available, I utilized summary P&H data provided by Defendants, HDL, and Singulex to identify additional claims paid by Medicare and TRICARE associated with kickbacks. The summary level P&H data included information on referring physician or practice, including names and in many cases NPI numbers, as well as amounts and number of Patient Referrals for those physicians by year associated with P&H payments. These reports primarily relate to 2010 through 2014 for HDL and 2010 through the first nine months of 2013 for Singulex.

74. Using this summary information, I identified the population of Medicare and TRICARE claims associated with those physicians using NPI detail included in each agency's respective claims data. I then restricted the population of total physician claims to identify the subset which relates to only the number of Patient Referrals for which each physician received P&H in a given year according to the P&H summary reports provided.  I further reduced the population of Patient Referrals to include only those where the referring physician and patient combination associated with the claim matched the physician and patient combinations noted in the P&H Detail Reports.[71]

75. For example, if the Medicare claims data reflected 50 Patient Referrals and the P&H summary reports indicated that a physician received P&H for only 20 Patient Referrals in a given year, I have selected 20 Patient Referrals from the Medicare data. I used the dollar amount of the first 20 lowest valued paid Patient Referral Claims (improper claims) as the basis to calculate damages. Consequently, in the example previously noted, the largest 30 possible Patient Referral claims would be excluded from my calculation.

76. Based on this analysis and the assumptions discussed above, I have determined that improper claims paid by the United States to Defendants HDL and Singulex related to P&H payments of physicians

[71] Thus, Patient Referral claims relating to physicians listed on the P&H summary reports that cannot be directly linked to a matching patient and physician combination in the P&H details have been excluded from this analysis.

and physician groups amounted to at least $181,144,994. This amount corresponds to 354,002 unique patient and service date combinations or Patient Referrals.[72]

## XII.  Claims Paid by Medicare and TRICARE Associated with Commissions Received by BlueWave, Johnson, Dent and Related Entities from HDL and Singulex

77.  In Section XI above, I calculated improper claims associated with the kickback scheme based on the information available to date. I understand that BlueWave, Johnson and Dent received commissions for arranging for and recommending the prescription of unnecessary blood tests by physicians in exchange of kickbacks. I understand that the HDL territories they were responsible for included the entire United States except for the Commonwealth of Virginia and the District of Columbia.[73]  I also understand that the Singulex territories they were responsible for include Alabama, Florida, Georgia, Mississippi, North Carolina, South Carolina, Tennessee and Texas.[74]

78.  I have been instructed by counsel to identify claims connected to the commission scheme as those claims associated with the kickback scheme occurring in territories other than the Commonwealth of Virginia and the District of Columbia for HDL and in the nine states BlueWave covered for Singulex. Thus, I have excluded those claims where the referring physician location was outside of the respective territories for HDL and Singulex, as well as any claims for which the location of the referring physician was not available in the data.

79.  I applied the same process as described in Section [XI] above, while excluding Patient Referrals in the relevant territories to capture those claims directly related to the alleged actions of Johnson and Dent. Based on this analysis, I have identified improper claims paid by the United States related to the payment of physicians and physician groups of at least $176,543,901. This dollar amount corresponds to 327,956 unique patient and service date combinations or Patient Referrals.[75]

## XIII.  Claims Paid by TRICARE with Waived Co-Pays and Deductibles

80.  I have identified improper claims for which no co-pay or deductible was received by TRICARE. Those such claims totaled $15,467,581. This dollar amount corresponds to 41,993 Patient Referrals.[76]

---

[72] See **Appendix [5]** for schedule of improper claims from kickbacks.
[73] See Corrected BlueWave Roster. [USADOC074958-61]
[74] See, Sales Agreement between Singulex, Inc. and BlueWave Healthcare Consultants, Inc. dated June 1, 2010 at USADOC1440068. [Singulex-0375143-157]
[75] See **Appendix [6]** for schedule of improper claims from commissions.
[76] See **Appendix [7]** for schedule of improper claims from waiver of co-pay.

## XIV.    Calculation of Penalties

81. I have also been asked to calculate potential penalties afforded by law resulting from claims which were tied to Defendants schemes to pay kickbacks, pay illegal commissions and waive co-pays. I understand that such penalties would range from $5,500 to $11,000 per individual false claim made to the United States. For purposes of this analysis, I have used each instance of a Patient Referral as the basis for determining penalties. I have multiplied the count of improper Patient Referrals in each scheme by the low and high end of the penalty range in order to arrive at potential penalties, which results in the following:[77]

| Description | Patient Referral Claims | FCA Penalty Rate | | Penalty Amount |
|---|---|---|---|---|
| Improper Claims from Kickback Scheme | 354,002 | Low | $ 5,500 | $ 1,947,011,000 |
| | | High | $ 11,000 | $ 3,894,022,000 |
| Improper Claims from Commission Scheme | 327,956 | Low | $ 5,500 | $ 1,803,758,000 |
| | | High | $ 11,000 | $ 3,607,516,000 |
| Improper Claims from Co-Pay Waiver Scheme | 41,993 | Low | $ 5,500 | $ 230,961,500 |
| | | High | $ 11,000 | $ 461,923,000 |

*Source: CMS and TRICARE Claims Data*

## XV.    Reservations

82. I reserve the right to supplement and revise my conclusions should new information become available to me, subsequent to the filing of my report. For instance, I have been informed by counsel that I may be asked to calculate damages resulting from the filing of claims with Medicare and TRICARE by HDL and Singulex, in connection with unnecessary procedures.

Eric Hines, CPA, CFF

December 19, 2016

Date

---

[77] *See* **Appendix [8]** for summary calculation of penalties.

# APPENDIX 1



# Eric A. Hines, CPA, CFF

**Partner**

*Complex Business Litigation*
*Forensic Accounting*

75 State Street
Suite 902
Boston, MA 02109

Tel: +1 617 570 3755
Fax: +1 617 830 9819

ehines@stoneturn.com

**Education:**

B.B.A., Accounting,
University of
Massachusetts—
Amherst

Eric Hines, a Partner with StoneTurn Group, brings more than 16 years of experience in forensic accounting and dispute consulting engagements. He serves as a consultant to attorneys and corporations in matters involving complex financial and accounting issues. Eric also has extensive experience working with and for Federal and State Government agencies such as the U.S. Department of Justice (DOJ), U.S. Securities and Exchange Commission (SEC) and State Attorney General's Offices.

Eric has led a variety of matters involving the interpretation and application of U.S. Generally Accepted Accounting Principles (GAAP), International Financial Reporting Standards (IFRS) and Generally Accepted Auditing Standards (GAAS), and often advises counsel and clients on SEC enforcement and financial reporting issues. Eric has significant experience performing forensic accounting investigations and restatements related to such areas as revenue recognition, complex purchase accounting, fair valuation, transfers of financial assets, promotional allowances, inventory, reserves and various other financial reporting issues. His engagements frequently involve the use of forensic data analytics to identify indicators of possible fraudulent, abusive or wasteful activities.

Eric also has a wide range of experience in providing support to counsel on litigation matters involving complex finance and accounting issues such as commercial damages, post-acquisition disputes, False Claims Act (FCA) violations, FINRA claims and accounting / audit malpractice. His significant litigation experience includes pre-trial consulting, attending depositions as counsel's financial and accounting adviser, financial modeling, preparation of reports and providing expert testimony at trial and arbitration. Eric also has experience on corporate monitoring matters and engagements requiring the assessment of internal controls.

Eric has worked with clients across a range of industries, including pharmaceuticals, telecommunications, software, energy, entertainment, financial services, manufacturing, consumer products and healthcare.

Prior to joining StoneTurn, Eric provided forensic and dispute consulting services at Deloitte. He began his career auditing public and private companies. He was also a part-time instructor of postgraduate courses in forensic accounting and fraud examination at Northeastern University in Boston.

Eric is a Certified Public Accountant and Certified in Financial Forensics.

**SELECT PROFESSIONAL EXPERIENCE**

- Eric has investigated various accounting and financial reporting issues at public and private companies, both domestically and abroad. Many of these matters resulted in financial statement restatements and presentations of findings to regulators, audit committees, banks and other relevant parties. These matters have included such topics as revenue recognition, acquisition accounting, promotional allowances, inventory accounting and reserves.

Appendix 1





# Eric A. Hines, CPA, CFF

**Partner**

*Complex Business Litigation*
*Forensic Accounting*

- Eric has served as accounting and financial advisor to companies and their counsel in post-acquisition disputes. Recently, he advised a large international private equity firm on litigation matters involving financial and accounting issues pertaining to its largest portfolio investment, a multibillion dollar public-to-private acquisition.

- Eric has run multiple engagements in which StoneTurn was retained by the DOJ in litigation matters involving analyses of pricing practices of manufacturers in the pharmaceutical industry.

- Eric has experience conducting internal investigations and litigation consulting matters involving the healthcare and life sciences industries and related subjects, including off-label marketing, kickback investigations, calculation of financial damages, False Claims Act violations involving Medicare and Medicaid, and contract compliance reviews.

- Eric has experience testifying as an expert witness and fact witness in matters involving the analysis and interpretation of accounting records, calculation of damages and evaluation of investor claims in securities arbitration.

- Eric led a team engaged to Monitor a large, publicly-traded mortgage servicer in accordance with a regulatory agreement.

- Eric provided financial consulting advice and litigation support to a large law firm representing certain defendants in a multibillion dollar securities suit covering topics such as accounting fraud, auditing, investment banking due diligence and issuance of securities.

- Eric has significant experience with matters involving the design and execution of forensic data analytics to identify indicators of possible fraudulent, abusive or wasteful activities. For example, he recently ran a matter in which StoneTurn was engaged by the Vermont State Auditor's Office, at the direction of the Governor, to conduct a forensic analysis of payroll transactions and perform a review of processes and procedures relating to the reporting of overtime at the Vermont Department of Public Safety.

- Eric led a team engaged as Independent Consultants to evaluate and report on the policies and procedures pertaining to revenue recognition of a large software company pursuant to a settlement with the SEC. This engagement required the approval of the appointment by the SEC and submission of a detailed report to the Staff of the SEC.

- Eric has led multiple engagements assisting counsel with defense of corporations and individuals in matters focused on securities fraud, breach of fiduciary duty, as well as accounting and audit malpractice.

- Eric has led multiple investigations into procurement fraud and asset misappropriation, including matters involving fake vendors, kickback schemes, payroll fraud and expense fraud.

- Eric has assisted multiple corporations with accounting records reconstruction and financial statement restatements in a variety of industries.





# Eric A. Hines, CPA, CFF

**Partner**

*Complex Business Litigation*
*Forensic Accounting*

**PREVIOUS EXPERIENCE**

- Deloitte & Touche LLP (2002 – 2006), Financial Advisory Services, Boston, MA
- Arthur Andersen LLP (2000—2002), Audit, Boston, MA

**PROFESSIONAL AFFILIATIONS / OTHER**

- Certified Public Accountant (CPA), Massachusetts
- Certified in Financial Forensics (CFF), American Institute of Public Accountants (AICPA)
- Member, AICPA
- Member, Massachusetts Society of Certified Public Accountants
- Member, Association of Certified Fraud Examiners (ACFE)



# APPENDIX 2



# Eric A. Hines, CPA, CFF

**Partner**
*Complex Business Litigation*
*Forensic Accounting*

75 State Street
Suite 902
Boston, MA 02109

Tel: + 1 617 570 3755

Fax: +1 617 830 9819

ehines@stoneturn.com

**TESTIMONY EXPERIENCE**

**2013**

*Richard J. Engel and Marise A. Engel v. MML Investors Services, LLC, Brion Scott Collins, Jack Richard Kapinus, Todd William Sivak and Gary Michael Tsoumas*

Arbitration testimony regarding calculation of total profit and loss in connection with FINRA claim

Arbitration Testimony

FINRA

Case Number: 11-03793

**2012**

*Michelle Williamson-Green, as Administratix of the Estate of James W. Williamson IV v. Reliable Roofing and Sheet Metal, LLC, Equipment 4 Rent, Inc., and Grove U.S. LLC.*

Expert testimony regarding economic damages in a wrongful death dispute

Trial Testimony

Superior Court of the Commonwealth of Massachusetts

Civil Action No. 09-1682A



Appendix 2



# APPENDIX 3



# Eric A. Hines, CPA, CFF

**Partner**
*Complex Business Litigation*
*Forensic Accounting*

75 State Street
Suite 902
Boston, MA 02109

Tel: + 1 617 570 3755

Fax: +1 617 830 9819

ehines@stoneturn.com

**CLIENT PUBLICATIONS**

- *Data Analytics of High-Frequency Trading* (April 2014)

Appendix 3



# APPENDIX 4

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| | | | United States' Complaint In Intervention, filed on August 7, 2015 |
| | | | Bankruptcy Complaint, Case No. 15-32919 (KRH) |
| | | | Deposition of Charles Samuel "Sam" Fillingame, D.O., dated November 15, 2016 |
| | | | Related Exhibits of Deposition of Charles Samuel "Sam" Fillingame, D.O., dated November 15, 2016 |
| | | | BlueWave Health Consultants, Inc. - 2012 Tax Return |
| | | | BlueWave Health Consultants, Inc. - 2013 Tax Return |
| | | | CMS Claim Data - Data Dictionary |
| USADOC | 074958 | 074961 | BlueWave Sales Representative Roster |
| BWFIN | 000004 | 000006 | Financial Statement of Corporate Debtor, United States of America, U.S. Department of Justice Commercial Litigation Branch - Civil Frauds |
| BlueWave | 003803 | 003812 | Singulex and BlueWave Sales Agreement, dated June 1, 2010 |
| BlueWave | 003793 | 003802 | HDL and BlueWave Sales Agreement, dated January 4, 2010 |
| USADOC | 1049232 | 1049237 | BlueWave 1099 Vendor Report (Year 2013) |
| USADOC | 1484370 | 1484370 | CMS Claim Data for Year 2009-2015 (HDL & Singulex) |
| USADOC | 005194 | 005196 | Draw and Accession Documents |
| USADOC | 005474 | 005475 | Draw and Accession Documents |
| USADOC | 005839 | 005840 | Draw and Accession Documents |
| USADOC | 005843 | 005845 | Draw and Accession Documents |
| USADOC | 005848 | 005850 | Draw and Accession Documents |
| USADOC | 005853 | 005855 | Draw and Accession Documents |
| USADOC | 005873 | 005874 | Draw and Accession Documents |
| USADOC | 006154 | 006155 | Draw and Accession Documents |
| USADOC | 006171 | 006174 | Draw and Accession Documents |
| USADOC | 006189 | 006190 | Draw and Accession Documents |
| USADOC | 006209 | 006213 | Draw and Accession Documents |
| USADOC | 006216 | 006217 | Draw and Accession Documents |
| USADOC | 006391 | 006393 | Draw and Accession Documents |
| USADOC | 006417 | 006419 | Draw and Accession Documents |
| USADOC | 006426 | 006431 | Draw and Accession Documents |
| USADOC | 006457 | 006458 | Draw and Accession Documents |
| USADOC | 006465 | 006466 | Draw and Accession Documents |
| USADOC | 006477 | 006478 | Draw and Accession Documents |
| USADOC | 006493 | 006496 | Draw and Accession Documents |
| USADOC | 009344 | 009345 | Draw and Accession Documents |
| USADOC | 015537 | 015541 | Draw and Accession Documents |
| USADOC | 017252 | 017253 | Draw and Accession Documents |
| USADOC | 052396 | 052409 | Draw and Accession Documents |
| USADOC | 052411 | 052416 | Draw and Accession Documents |
| USADOC | 052668 | 052710 | Draw and Accession Documents |
| USADOC | 054144 | 054145 | Draw and Accession Documents |
| USADOC | 054286 | 054286 | Draw and Accession Documents |
| USADOC | 055082 | 055082 | Draw and Accession Documents |
| USADOC | 055093 | 055093 | Draw and Accession Documents |
| USADOC | 055095 | 055095 | Draw and Accession Documents |
| USADOC | 055265 | 055265 | Draw and Accession Documents |
| USADOC | 055578 | 055578 | Draw and Accession Documents |
| USADOC | 055653 | 055653 | Draw and Accession Documents |
| USADOC | 060257 | 060257 | Draw and Accession Documents |
| USADOC | 060709 | 060709 | Draw and Accession Documents |
| USADOC | 060800 | 060800 | Draw and Accession Documents |
| USADOC | 060819 | 060819 | Draw and Accession Documents |
| USADOC | 060856 | 060856 | Draw and Accession Documents |
| USADOC | 061297 | 061298 | Draw and Accession Documents |
| USADOC | 061300 | 061301 | Draw and Accession Documents |
| USADOC | 061304 | 061314 | Draw and Accession Documents |
| USADOC | 061325 | 061325 | Draw and Accession Documents |
| USADOC | 064491 | 064492 | Draw and Accession Documents |
| USADOC | 068828 | 068834 | Draw and Accession Documents |
| USADOC | 068837 | 068843 | Draw and Accession Documents |
| USADOC | 068847 | 068848 | Draw and Accession Documents |
| USADOC | 068864 | 068865 | Draw and Accession Documents |
| USADOC | 068868 | 068869 | Draw and Accession Documents |
| USADOC | 068875 | 068876 | Draw and Accession Documents |
| USADOC | 068881 | 068886 | Draw and Accession Documents |
| USADOC | 070318 | 070319 | Draw and Accession Documents |
| USADOC | 0980671 | 0980672 | Draw and Accession Documents |
| USADOC | 0980833 | 0980835 | Draw and Accession Documents |
| USADOC | 0981153 | 0981155 | Draw and Accession Documents |
| USADOC | 0981991 | 0981992 | Draw and Accession Documents |
| USADOC | 0982295 | 0982296 | Draw and Accession Documents |
| USADOC | 0982544 | 0982545 | Draw and Accession Documents |
| USADOC | 0983150 | 0983155 | Draw and Accession Documents |
| USADOC | 0983875 | 0983883 | Draw and Accession Documents |
| USADOC | 0984048 | 0984052 | Draw and Accession Documents |
| USADOC | 0984115 | 0984121 | Draw and Accession Documents |
| USADOC | 0984126 | 0984136 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|-------|-------|-----|-------------|
| USADOC | 0984187 | 0984191 | Draw and Accession Documents |
| USADOC | 0984237 | 0984241 | Draw and Accession Documents |
| USADOC | 0984250 | 0984254 | Draw and Accession Documents |
| USADOC | 0984262 | 0984265 | Draw and Accession Documents |
| USADOC | 0984303 | 0984310 | Draw and Accession Documents |
| USADOC | 0984315 | 0984323 | Draw and Accession Documents |
| USADOC | 0984420 | 0984425 | Draw and Accession Documents |
| USADOC | 0984441 | 0984446 | Draw and Accession Documents |
| USADOC | 0984456 | 0984478 | Draw and Accession Documents |
| USADOC | 0984489 | 0984494 | Draw and Accession Documents |
| USADOC | 0984515 | 0984545 | Draw and Accession Documents |
| USADOC | 0984553 | 0984587 | Draw and Accession Documents |
| USADOC | 0984615 | 0984619 | Draw and Accession Documents |
| USADOC | 0984631 | 0984647 | Draw and Accession Documents |
| USADOC | 0984654 | 0984662 | Draw and Accession Documents |
| USADOC | 0984716 | 0984727 | Draw and Accession Documents |
| USADOC | 0984770 | 0984788 | Draw and Accession Documents |
| USADOC | 0984816 | 0984827 | Draw and Accession Documents |
| USADOC | 0984848 | 0984852 | Draw and Accession Documents |
| USADOC | 0984859 | 0984874 | Draw and Accession Documents |
| USADOC | 0984879 | 0984883 | Draw and Accession Documents |
| USADOC | 0984927 | 0984931 | Draw and Accession Documents |
| USADOC | 0984936 | 0984940 | Draw and Accession Documents |
| USADOC | 0984949 | 0984953 | Draw and Accession Documents |
| USADOC | 0984958 | 0984972 | Draw and Accession Documents |
| USADOC | 0984979 | 0984999 | Draw and Accession Documents |
| USADOC | 0985011 | 0985017 | Draw and Accession Documents |
| USADOC | 0985040 | 0985051 | Draw and Accession Documents |
| USADOC | 0985063 | 0985088 | Draw and Accession Documents |
| USADOC | 0985108 | 0985113 | Draw and Accession Documents |
| USADOC | 0985119 | 0985122 | Draw and Accession Documents |
| USADOC | 0985131 | 0985137 | Draw and Accession Documents |
| USADOC | 0985149 | 0985156 | Draw and Accession Documents |
| USADOC | 0985161 | 0985178 | Draw and Accession Documents |
| USADOC | 0985192 | 0985208 | Draw and Accession Documents |
| USADOC | 0985227 | 0985243 | Draw and Accession Documents |
| USADOC | 0985290 | 0985297 | Draw and Accession Documents |
| USADOC | 0985306 | 0985309 | Draw and Accession Documents |
| USADOC | 0985334 | 0985348 | Draw and Accession Documents |
| USADOC | 0985353 | 0985359 | Draw and Accession Documents |
| USADOC | 0985388 | 0985391 | Draw and Accession Documents |
| USADOC | 0985422 | 0985432 | Draw and Accession Documents |
| USADOC | 0985437 | 0985440 | Draw and Accession Documents |
| USADOC | 0985448 | 0985451 | Draw and Accession Documents |
| USADOC | 0985463 | 0985490 | Draw and Accession Documents |
| USADOC | 0985518 | 0985550 | Draw and Accession Documents |
| USADOC | 0985555 | 0985558 | Draw and Accession Documents |
| USADOC | 0985563 | 0985596 | Draw and Accession Documents |
| USADOC | 0985608 | 0985613 | Draw and Accession Documents |
| USADOC | 0985618 | 0985624 | Draw and Accession Documents |
| USADOC | 0985629 | 0985660 | Draw and Accession Documents |
| USADOC | 0985671 | 0985674 | Draw and Accession Documents |
| USADOC | 0985686 | 0985696 | Draw and Accession Documents |
| USADOC | 0985701 | 0985705 | Draw and Accession Documents |
| USADOC | 0985727 | 0985741 | Draw and Accession Documents |
| USADOC | 0985746 | 0985759 | Draw and Accession Documents |
| USADOC | 0985766 | 0985786 | Draw and Accession Documents |
| USADOC | 0985793 | 0985796 | Draw and Accession Documents |
| USADOC | 0985801 | 0985804 | Draw and Accession Documents |
| USADOC | 0985863 | 0985867 | Draw and Accession Documents |
| USADOC | 0985913 | 0985923 | Draw and Accession Documents |
| USADOC | 0985928 | 0985959 | Draw and Accession Documents |
| USADOC | 0985978 | 0985982 | Draw and Accession Documents |
| USADOC | 0985987 | 0985991 | Draw and Accession Documents |
| USADOC | 0986011 | 0986018 | Draw and Accession Documents |
| USADOC | 0986023 | 0986029 | Draw and Accession Documents |
| USADOC | 0986044 | 0986054 | Draw and Accession Documents |
| USADOC | 0986063 | 0986069 | Draw and Accession Documents |
| USADOC | 0986074 | 0986095 | Draw and Accession Documents |
| USADOC | 0986108 | 0986154 | Draw and Accession Documents |
| USADOC | 0986164 | 0986173 | Draw and Accession Documents |
| USADOC | 0986197 | 0986207 | Draw and Accession Documents |
| USADOC | 0986219 | 0986227 | Draw and Accession Documents |
| USADOC | 0994461 | 0994466 | Draw and Accession Documents |
| USADOC | 0996582 | 0996584 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|-------|-------|-----|-------------|
| USADOC | 0996647 | 0996649 | Draw and Accession Documents |
| USADOC | 0996990 | 0996993 | Draw and Accession Documents |
| USADOC | 0997879 | 0997880 | Draw and Accession Documents |
| USADOC | 1005137 | 1005140 | Draw and Accession Documents |
| USADOC | 1009772 | 1009774 | Draw and Accession Documents |
| USADOC | 1013872 | 1013912 | Draw and Accession Documents |
| USADOC | 1014012 | 1014038 | Draw and Accession Documents |
| USADOC | 1014610 | 1014635 | Draw and Accession Documents |
| USADOC | 1014659 | 1014676 | Draw and Accession Documents |
| USADOC | 1021561 | 1021562 | Draw and Accession Documents |
| USADOC | 1049217 | 1049218 | Draw and Accession Documents |
| USADOC | 1049232 | 1049245 | Draw and Accession Documents |
| USADOC | 1049251 | 1049251 | Draw and Accession Documents |
| USADOC | 1049267 | 1049270 | Draw and Accession Documents |
| USADOC | 1049396 | 1049396 | Draw and Accession Documents |
| USADOC | 1050715 | 1050717 | Draw and Accession Documents |
| USADOC | 1052096 | 1052097 | Draw and Accession Documents |
| USADOC | 1057170 | 1057171 | Draw and Accession Documents |
| USADOC | 1057203 | 1057205 | Draw and Accession Documents |
| USADOC | 1059069 | 1059071 | Draw and Accession Documents |
| USADOC | 1067166 | 1067167 | Draw and Accession Documents |
| USADOC | 1067191 | 1067193 | Draw and Accession Documents |
| USADOC | 1067227 | 1067229 | Draw and Accession Documents |
| USADOC | 1067265 | 1067267 | Draw and Accession Documents |
| USADOC | 1067329 | 1067332 | Draw and Accession Documents |
| USADOC | 1067361 | 1067362 | Draw and Accession Documents |
| USADOC | 1067379 | 1067380 | Draw and Accession Documents |
| USADOC | 1067455 | 1067456 | Draw and Accession Documents |
| USADOC | 1067514 | 1067515 | Draw and Accession Documents |
| USADOC | 1067544 | 1067545 | Draw and Accession Documents |
| USADOC | 1067561 | 1067562 | Draw and Accession Documents |
| USADOC | 1069005 | 1069009 | Draw and Accession Documents |
| USADOC | 1069522 | 1069523 | Draw and Accession Documents |
| USADOC | 1069525 | 1069529 | Draw and Accession Documents |
| USADOC | 1069737 | 1069743 | Draw and Accession Documents |
| USADOC | 1069750 | 1069755 | Draw and Accession Documents |
| USADOC | 1075240 | 1075241 | Draw and Accession Documents |
| USADOC | 1075248 | 1075249 | Draw and Accession Documents |
| USADOC | 1075920 | 1075921 | Draw and Accession Documents |
| USADOC | 1075929 | 1075931 | Draw and Accession Documents |
| USADOC | 1075974 | 1075976 | Draw and Accession Documents |
| USADOC | 1076032 | 1076034 | Draw and Accession Documents |
| USADOC | 1076063 | 1076065 | Draw and Accession Documents |
| USADOC | 1076102 | 1076104 | Draw and Accession Documents |
| USADOC | 1076148 | 1076149 | Draw and Accession Documents |
| USADOC | 1076202 | 1076203 | Draw and Accession Documents |
| USADOC | 1076257 | 1076258 | Draw and Accession Documents |
| USADOC | 1076528 | 1076529 | Draw and Accession Documents |
| USADOC | 1076560 | 1076561 | Draw and Accession Documents |
| USADOC | 1076588 | 1076589 | Draw and Accession Documents |
| USADOC | 1076780 | 1076781 | Draw and Accession Documents |
| USADOC | 1077033 | 1077034 | Draw and Accession Documents |
| USADOC | 1080138 | 1080140 | Draw and Accession Documents |
| USADOC | 1082382 | 1082384 | Draw and Accession Documents |
| USADOC | 1087474 | 1087480 | Draw and Accession Documents |
| USADOC | 1092523 | 1092526 | Draw and Accession Documents |
| USADOC | 1092581 | 1092583 | Draw and Accession Documents |
| USADOC | 1092634 | 1092636 | Draw and Accession Documents |
| USADOC | 1092726 | 1092731 | Draw and Accession Documents |
| USADOC | 1092899 | 1092900 | Draw and Accession Documents |
| USADOC | 1092969 | 1092970 | Draw and Accession Documents |
| USADOC | 1093075 | 1093078 | Draw and Accession Documents |
| USADOC | 1093368 | 1093371 | Draw and Accession Documents |
| USADOC | 1093611 | 1093612 | Draw and Accession Documents |
| USADOC | 1093830 | 1093831 | Draw and Accession Documents |
| USADOC | 1093914 | 1093915 | Draw and Accession Documents |
| USADOC | 1094696 | 1094698 | Draw and Accession Documents |
| USADOC | 1094783 | 1094785 | Draw and Accession Documents |
| USADOC | 1095121 | 1095122 | Draw and Accession Documents |
| USADOC | 1095350 | 1095351 | Draw and Accession Documents |
| USADOC | 1095412 | 1095413 | Draw and Accession Documents |
| USADOC | 1103194 | 1103198 | Draw and Accession Documents |
| USADOC | 1106377 | 1106382 | Draw and Accession Documents |
| USADOC | 1106390 | 1106391 | Draw and Accession Documents |
| USADOC | 1106394 | 1106400 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 1106404 | 1106406 | Draw and Accession Documents |
| USADOC | 1106411 | 1106418 | Draw and Accession Documents |
| USADOC | 1106420 | 1106421 | Draw and Accession Documents |
| USADOC | 1106428 | 1106429 | Draw and Accession Documents |
| USADOC | 1107071 | 1107072 | Draw and Accession Documents |
| USADOC | 1107164 | 1107165 | Draw and Accession Documents |
| USADOC | 1107217 | 1107218 | Draw and Accession Documents |
| USADOC | 1107238 | 1107239 | Draw and Accession Documents |
| USADOC | 1107257 | 1107258 | Draw and Accession Documents |
| USADOC | 1107293 | 1107294 | Draw and Accession Documents |
| USADOC | 1107344 | 1107345 | Draw and Accession Documents |
| USADOC | 1107413 | 1107414 | Draw and Accession Documents |
| USADOC | 1107452 | 1107453 | Draw and Accession Documents |
| USADOC | 1107499 | 1107500 | Draw and Accession Documents |
| USADOC | 1112823 | 1112826 | Draw and Accession Documents |
| USADOC | 1112886 | 1112888 | Draw and Accession Documents |
| USADOC | 1112982 | 1112984 | Draw and Accession Documents |
| USADOC | 1112987 | 1112989 | Draw and Accession Documents |
| USADOC | 1113092 | 1113093 | Draw and Accession Documents |
| USADOC | 1113155 | 1113156 | Draw and Accession Documents |
| USADOC | 1113184 | 1113185 | Draw and Accession Documents |
| USADOC | 1113189 | 1113190 | Draw and Accession Documents |
| USADOC | 1113370 | 1113371 | Draw and Accession Documents |
| USADOC | 1113708 | 1113709 | Draw and Accession Documents |
| USADOC | 1115202 | 1115206 | Draw and Accession Documents |
| USADOC | 1115214 | 1115221 | Draw and Accession Documents |
| USADOC | 1115254 | 1115255 | Draw and Accession Documents |
| USADOC | 1115471 | 1115472 | Draw and Accession Documents |
| USADOC | 1115526 | 1115532 | Draw and Accession Documents |
| USADOC | 1115792 | 1115793 | Draw and Accession Documents |
| USADOC | 1116095 | 1116098 | Draw and Accession Documents |
| USADOC | 1116700 | 1116701 | Draw and Accession Documents |
| USADOC | 1117206 | 1117207 | Draw and Accession Documents |
| USADOC | 1117522 | 1117523 | Draw and Accession Documents |
| USADOC | 1117587 | 1117589 | Draw and Accession Documents |
| USADOC | 1117608 | 1117609 | Draw and Accession Documents |
| USADOC | 1117619 | 1117620 | Draw and Accession Documents |
| USADOC | 1117926 | 1117937 | Draw and Accession Documents |
| USADOC | 1117942 | 1117945 | Draw and Accession Documents |
| USADOC | 1118099 | 1118100 | Draw and Accession Documents |
| USADOC | 1118208 | 1118212 | Draw and Accession Documents |
| USADOC | 1119690 | 1119695 | Draw and Accession Documents |
| USADOC | 1120687 | 1120689 | Draw and Accession Documents |
| USADOC | 1120719 | 1120720 | Draw and Accession Documents |
| USADOC | 1121029 | 1121040 | Draw and Accession Documents |
| USADOC | 1121045 | 1121048 | Draw and Accession Documents |
| USADOC | 1121189 | 1121190 | Draw and Accession Documents |
| USADOC | 1121288 | 1121292 | Draw and Accession Documents |
| USADOC | 1145790 | 1145791 | Draw and Accession Documents |
| USADOC | 1159604 | 1159605 | Draw and Accession Documents |
| USADOC | 1159619 | 1159620 | Draw and Accession Documents |
| USADOC | 1159988 | 1159990 | Draw and Accession Documents |
| USADOC | 1160220 | 1160222 | Draw and Accession Documents |
| USADOC | 1160225 | 1160227 | Draw and Accession Documents |
| USADOC | 1160289 | 1160291 | Draw and Accession Documents |
| USADOC | 1160396 | 1160398 | Draw and Accession Documents |
| USADOC | 1160463 | 1160467 | Draw and Accession Documents |
| USADOC | 1160528 | 1160530 | Draw and Accession Documents |
| USADOC | 1160706 | 1160707 | Draw and Accession Documents |
| USADOC | 1160947 | 1160948 | Draw and Accession Documents |
| USADOC | 1161530 | 1161531 | Draw and Accession Documents |
| USADOC | 1161533 | 1161534 | Draw and Accession Documents |
| USADOC | 1161838 | 1161839 | Draw and Accession Documents |
| USADOC | 1162040 | 1162041 | Draw and Accession Documents |
| USADOC | 1162207 | 1162208 | Draw and Accession Documents |
| USADOC | 1162586 | 1162587 | Draw and Accession Documents |
| USADOC | 1162870 | 1162871 | Draw and Accession Documents |
| USADOC | 1162978 | 1162983 | Draw and Accession Documents |
| USADOC | 1163514 | 1163515 | Draw and Accession Documents |
| USADOC | 1163572 | 1163573 | Draw and Accession Documents |
| USADOC | 1163695 | 1163697 | Draw and Accession Documents |
| USADOC | 1163822 | 1163824 | Draw and Accession Documents |
| USADOC | 1163838 | 1163839 | Draw and Accession Documents |
| USADOC | 1164108 | 1164109 | Draw and Accession Documents |
| USADOC | 1164725 | 1164726 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|-------|-------|-----|-------------|
| USADOC | 1165295 | 1165296 | Draw and Accession Documents |
| USADOC | 1166128 | 1166130 | Draw and Accession Documents |
| USADOC | 1166749 | 1166751 | Draw and Accession Documents |
| USADOC | 1167924 | 1167925 | Draw and Accession Documents |
| USADOC | 1169704 | 1169705 | Draw and Accession Documents |
| USADOC | 1170692 | 1170720 | Draw and Accession Documents |
| USADOC | 1171092 | 1171094 | Draw and Accession Documents |
| USADOC | 1171353 | 1171358 | Draw and Accession Documents |
| USADOC | 1171563 | 1171565 | Draw and Accession Documents |
| USADOC | 1171572 | 1171574 | Draw and Accession Documents |
| USADOC | 1171577 | 1171579 | Draw and Accession Documents |
| USADOC | 1171740 | 1171742 | Draw and Accession Documents |
| USADOC | 1171838 | 1171839 | Draw and Accession Documents |
| USADOC | 1171925 | 1171927 | Draw and Accession Documents |
| USADOC | 1172132 | 1172133 | Draw and Accession Documents |
| USADOC | 1172344 | 1172346 | Draw and Accession Documents |
| USADOC | 1172672 | 1172677 | Draw and Accession Documents |
| USADOC | 1172851 | 1172853 | Draw and Accession Documents |
| USADOC | 1173109 | 1173110 | Draw and Accession Documents |
| USADOC | 1173250 | 1173251 | Draw and Accession Documents |
| USADOC | 1177079 | 1177081 | Draw and Accession Documents |
| USADOC | 1178093 | 1178094 | Draw and Accession Documents |
| USADOC | 1180977 | 1180979 | Draw and Accession Documents |
| USADOC | 1181237 | 1181242 | Draw and Accession Documents |
| USADOC | 1181448 | 1181450 | Draw and Accession Documents |
| USADOC | 1181461 | 1181463 | Draw and Accession Documents |
| USADOC | 1181466 | 1181468 | Draw and Accession Documents |
| USADOC | 1181628 | 1181630 | Draw and Accession Documents |
| USADOC | 1181722 | 1181723 | Draw and Accession Documents |
| USADOC | 1181818 | 1181820 | Draw and Accession Documents |
| USADOC | 1182025 | 1182026 | Draw and Accession Documents |
| USADOC | 1182258 | 1182260 | Draw and Accession Documents |
| USADOC | 1182588 | 1182593 | Draw and Accession Documents |
| USADOC | 1182767 | 1182769 | Draw and Accession Documents |
| USADOC | 1187018 | 1187020 | Draw and Accession Documents |
| USADOC | 1187777 | 1187778 | Draw and Accession Documents |
| USADOC | 1188968 | 1188972 | Draw and Accession Documents |
| USADOC | 1189806 | 1189807 | Draw and Accession Documents |
| USADOC | 1216700 | 1216700 | Draw and Accession Documents |
| USADOC | 1216806 | 1216806 | Draw and Accession Documents |
| USADOC | 1217780 | 1217780 | Draw and Accession Documents |
| USADOC | 1217783 | 1217784 | Draw and Accession Documents |
| USADOC | 1217786 | 1217787 | Draw and Accession Documents |
| USADOC | 1217789 | 1217789 | Draw and Accession Documents |
| USADOC | 1217791 | 1217792 | Draw and Accession Documents |
| USADOC | 1217797 | 1217800 | Draw and Accession Documents |
| USADOC | 1217803 | 1217803 | Draw and Accession Documents |
| USADOC | 1217806 | 1217807 | Draw and Accession Documents |
| USADOC | 1217812 | 1217812 | Draw and Accession Documents |
| USADOC | 1217814 | 1217814 | Draw and Accession Documents |
| USADOC | 1217817 | 1217823 | Draw and Accession Documents |
| USADOC | 1217830 | 1217831 | Draw and Accession Documents |
| USADOC | 1217840 | 1217840 | Draw and Accession Documents |
| USADOC | 1217847 | 1217848 | Draw and Accession Documents |
| USADOC | 1235171 | 1235172 | Draw and Accession Documents |
| USADOC | 1273622 | 1273622 | Draw and Accession Documents |
| USADOC | 1273805 | 1273805 | Draw and Accession Documents |
| USADOC | 1273982 | 1273982 | Draw and Accession Documents |
| USADOC | 1273984 | 1273984 | Draw and Accession Documents |
| USADOC | 1274057 | 1274057 | Draw and Accession Documents |
| USADOC | 1274219 | 1274219 | Draw and Accession Documents |
| USADOC | 1274440 | 1274440 | Draw and Accession Documents |
| USADOC | 1274518 | 1274518 | Draw and Accession Documents |
| USADOC | 1274724 | 1274724 | Draw and Accession Documents |
| USADOC | 1299454 | 1299454 | Draw and Accession Documents |
| USADOC | 1371423 | 1371424 | Draw and Accession Documents |
| USADOC | 1371616 | 1371617 | Draw and Accession Documents |
| USADOC | 1372207 | 1372208 | Draw and Accession Documents |
| USADOC | 150344 | 150350 | Draw and Accession Documents |
| USADOC | 153247 | 153251 | Draw and Accession Documents |
| USADOC | 153283 | 153287 | Draw and Accession Documents |
| USADOC | 153964 | 153966 | Draw and Accession Documents |
| USADOC | 157859 | 157861 | Draw and Accession Documents |
| USADOC | 157896 | 157907 | Draw and Accession Documents |
| USADOC | 158262 | 158290 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 158651 | 158652 | Draw and Accession Documents |
| USADOC | 159593 | 159600 | Draw and Accession Documents |
| USADOC | 159832 | 159835 | Draw and Accession Documents |
| USADOC | 159843 | 159847 | Draw and Accession Documents |
| USADOC | 161145 | 161151 | Draw and Accession Documents |
| USADOC | 161494 | 161496 | Draw and Accession Documents |
| USADOC | 162310 | 162348 | Draw and Accession Documents |
| USADOC | 162801 | 162802 | Draw and Accession Documents |
| USADOC | 163011 | 163013 | Draw and Accession Documents |
| USADOC | 164077 | 164082 | Draw and Accession Documents |
| USADOC | 164093 | 164097 | Draw and Accession Documents |
| USADOC | 165073 | 165096 | Draw and Accession Documents |
| USADOC | 166830 | 166852 | Draw and Accession Documents |
| USADOC | 167062 | 167091 | Draw and Accession Documents |
| USADOC | 167400 | 167410 | Draw and Accession Documents |
| USADOC | 167957 | 167975 | Draw and Accession Documents |
| USADOC | 168169 | 168171 | Draw and Accession Documents |
| USADOC | 168372 | 168414 | Draw and Accession Documents |
| USADOC | 173086 | 173088 | Draw and Accession Documents |
| USADOC | 174701 | 174742 | Draw and Accession Documents |
| USADOC | 180282 | 180284 | Draw and Accession Documents |
| USADOC | 180849 | 180853 | Draw and Accession Documents |
| USADOC | 181183 | 181187 | Draw and Accession Documents |
| USADOC | 182649 | 182653 | Draw and Accession Documents |
| USADOC | 185779 | 185784 | Draw and Accession Documents |
| USADOC | 189304 | 189306 | Draw and Accession Documents |
| USADOC | 189907 | 189913 | Draw and Accession Documents |
| USADOC | 191801 | 191804 | Draw and Accession Documents |
| USADOC | 192495 | 192498 | Draw and Accession Documents |
| USADOC | 192515 | 192517 | Draw and Accession Documents |
| USADOC | 193081 | 193082 | Draw and Accession Documents |
| USADOC | 193165 | 193166 | Draw and Accession Documents |
| USADOC | 193405 | 193406 | Draw and Accession Documents |
| USADOC | 193600 | 193601 | Draw and Accession Documents |
| USADOC | 193940 | 193942 | Draw and Accession Documents |
| USADOC | 194186 | 194188 | Draw and Accession Documents |
| USADOC | 194267 | 194268 | Draw and Accession Documents |
| USADOC | 194281 | 194282 | Draw and Accession Documents |
| USADOC | 194375 | 194376 | Draw and Accession Documents |
| USADOC | 194385 | 194386 | Draw and Accession Documents |
| USADOC | 194564 | 194565 | Draw and Accession Documents |
| USADOC | 194684 | 194685 | Draw and Accession Documents |
| USADOC | 194813 | 194814 | Draw and Accession Documents |
| USADOC | 195260 | 195262 | Draw and Accession Documents |
| USADOC | 195331 | 195333 | Draw and Accession Documents |
| USADOC | 202824 | 202825 | Draw and Accession Documents |
| USADOC | 203034 | 203035 | Draw and Accession Documents |
| USADOC | 203199 | 203225 | Draw and Accession Documents |
| USADOC | 203446 | 203469 | Draw and Accession Documents |
| USADOC | 204166 | 204192 | Draw and Accession Documents |
| USADOC | 204711 | 204712 | Draw and Accession Documents |
| USADOC | 205537 | 205539 | Draw and Accession Documents |
| USADOC | 205744 | 205748 | Draw and Accession Documents |
| USADOC | 206230 | 206250 | Draw and Accession Documents |
| USADOC | 208361 | 208381 | Draw and Accession Documents |
| USADOC | 208615 | 208616 | Draw and Accession Documents |
| USADOC | 209331 | 209332 | Draw and Accession Documents |
| USADOC | 209719 | 209720 | Draw and Accession Documents |
| USADOC | 209992 | 209993 | Draw and Accession Documents |
| USADOC | 210114 | 210118 | Draw and Accession Documents |
| USADOC | 210347 | 210348 | Draw and Accession Documents |
| USADOC | 211103 | 211105 | Draw and Accession Documents |
| USADOC | 211227 | 211229 | Draw and Accession Documents |
| USADOC | 211299 | 211305 | Draw and Accession Documents |
| USADOC | 212485 | 212488 | Draw and Accession Documents |
| USADOC | 213318 | 213321 | Draw and Accession Documents |
| USADOC | 214416 | 214425 | Draw and Accession Documents |
| USADOC | 214459 | 214464 | Draw and Accession Documents |
| USADOC | 214519 | 214525 | Draw and Accession Documents |
| USADOC | 214628 | 214632 | Draw and Accession Documents |
| USADOC | 214733 | 214736 | Draw and Accession Documents |
| USADOC | 214761 | 214768 | Draw and Accession Documents |
| USADOC | 214777 | 214784 | Draw and Accession Documents |
| USADOC | 214796 | 214813 | Draw and Accession Documents |
| USADOC | 214895 | 214899 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 214916 | 214924 | Draw and Accession Documents |
| USADOC | 214929 | 214933 | Draw and Accession Documents |
| USADOC | 215202 | 215206 | Draw and Accession Documents |
| USADOC | 215333 | 215342 | Draw and Accession Documents |
| USADOC | 215677 | 215692 | Draw and Accession Documents |
| USADOC | 215725 | 215732 | Draw and Accession Documents |
| USADOC | 215741 | 215750 | Draw and Accession Documents |
| USADOC | 215759 | 215764 | Draw and Accession Documents |
| USADOC | 215778 | 215788 | Draw and Accession Documents |
| USADOC | 215979 | 215991 | Draw and Accession Documents |
| USADOC | 216084 | 216092 | Draw and Accession Documents |
| USADOC | 216097 | 216101 | Draw and Accession Documents |
| USADOC | 216124 | 216134 | Draw and Accession Documents |
| USADOC | 216144 | 216147 | Draw and Accession Documents |
| USADOC | 216156 | 216164 | Draw and Accession Documents |
| USADOC | 216186 | 216190 | Draw and Accession Documents |
| USADOC | 216201 | 216205 | Draw and Accession Documents |
| USADOC | 216214 | 216241 | Draw and Accession Documents |
| USADOC | 216251 | 216261 | Draw and Accession Documents |
| USADOC | 216274 | 216283 | Draw and Accession Documents |
| USADOC | 216293 | 216304 | Draw and Accession Documents |
| USADOC | 216309 | 216333 | Draw and Accession Documents |
| USADOC | 216345 | 216369 | Draw and Accession Documents |
| USADOC | 216375 | 216381 | Draw and Accession Documents |
| USADOC | 216424 | 216432 | Draw and Accession Documents |
| USADOC | 216437 | 216443 | Draw and Accession Documents |
| USADOC | 216472 | 216475 | Draw and Accession Documents |
| USADOC | 216521 | 216530 | Draw and Accession Documents |
| USADOC | 216550 | 216555 | Draw and Accession Documents |
| USADOC | 216573 | 216577 | Draw and Accession Documents |
| USADOC | 216617 | 216623 | Draw and Accession Documents |
| USADOC | 216632 | 216647 | Draw and Accession Documents |
| USADOC | 216679 | 216682 | Draw and Accession Documents |
| USADOC | 216701 | 216706 | Draw and Accession Documents |
| USADOC | 216742 | 216747 | Draw and Accession Documents |
| USADOC | 216783 | 216786 | Draw and Accession Documents |
| USADOC | 216823 | 216829 | Draw and Accession Documents |
| USADOC | 216834 | 216838 | Draw and Accession Documents |
| USADOC | 216875 | 216898 | Draw and Accession Documents |
| USADOC | 216907 | 216912 | Draw and Accession Documents |
| USADOC | 216933 | 216941 | Draw and Accession Documents |
| USADOC | 216953 | 216961 | Draw and Accession Documents |
| USADOC | 216971 | 216995 | Draw and Accession Documents |
| USADOC | 217025 | 217031 | Draw and Accession Documents |
| USADOC | 217071 | 217080 | Draw and Accession Documents |
| USADOC | 217089 | 217112 | Draw and Accession Documents |
| USADOC | 217120 | 217132 | Draw and Accession Documents |
| USADOC | 217137 | 217143 | Draw and Accession Documents |
| USADOC | 217160 | 217163 | Draw and Accession Documents |
| USADOC | 217184 | 217187 | Draw and Accession Documents |
| USADOC | 217271 | 217274 | Draw and Accession Documents |
| USADOC | 217288 | 217291 | Draw and Accession Documents |
| USADOC | 217328 | 217331 | Draw and Accession Documents |
| USADOC | 217349 | 217352 | Draw and Accession Documents |
| USADOC | 217400 | 217408 | Draw and Accession Documents |
| USADOC | 217458 | 217463 | Draw and Accession Documents |
| USADOC | 217502 | 217509 | Draw and Accession Documents |
| USADOC | 217545 | 217557 | Draw and Accession Documents |
| USADOC | 217728 | 217747 | Draw and Accession Documents |
| USADOC | 217752 | 217799 | Draw and Accession Documents |
| USADOC | 217805 | 217819 | Draw and Accession Documents |
| USADOC | 217824 | 217846 | Draw and Accession Documents |
| USADOC | 217855 | 217862 | Draw and Accession Documents |
| USADOC | 217878 | 217886 | Draw and Accession Documents |
| USADOC | 217894 | 217898 | Draw and Accession Documents |
| USADOC | 217910 | 217954 | Draw and Accession Documents |
| USADOC | 217967 | 217974 | Draw and Accession Documents |
| USADOC | 217980 | 218064 | Draw and Accession Documents |
| USADOC | 218079 | 218190 | Draw and Accession Documents |
| USADOC | 218210 | 218218 | Draw and Accession Documents |
| USADOC | 218298 | 218301 | Draw and Accession Documents |
| USADOC | 218308 | 218312 | Draw and Accession Documents |
| USADOC | 218335 | 218346 | Draw and Accession Documents |
| USADOC | 218372 | 218400 | Draw and Accession Documents |
| USADOC | 218409 | 218414 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 218491 | 218508 | Draw and Accession Documents |
| USADOC | 218545 | 218549 | Draw and Accession Documents |
| USADOC | 218561 | 218564 | Draw and Accession Documents |
| USADOC | 218577 | 218581 | Draw and Accession Documents |
| USADOC | 218599 | 218603 | Draw and Accession Documents |
| USADOC | 218668 | 218672 | Draw and Accession Documents |
| USADOC | 218681 | 218689 | Draw and Accession Documents |
| USADOC | 218768 | 218771 | Draw and Accession Documents |
| USADOC | 218780 | 218784 | Draw and Accession Documents |
| USADOC | 218789 | 218793 | Draw and Accession Documents |
| USADOC | 218817 | 218824 | Draw and Accession Documents |
| USADOC | 218833 | 218843 | Draw and Accession Documents |
| USADOC | 218849 | 218854 | Draw and Accession Documents |
| USADOC | 218917 | 218922 | Draw and Accession Documents |
| USADOC | 218942 | 218945 | Draw and Accession Documents |
| USADOC | 219002 | 219026 | Draw and Accession Documents |
| USADOC | 219047 | 219050 | Draw and Accession Documents |
| USADOC | 219060 | 219065 | Draw and Accession Documents |
| USADOC | 219081 | 219092 | Draw and Accession Documents |
| USADOC | 219105 | 219122 | Draw and Accession Documents |
| USADOC | 219127 | 219136 | Draw and Accession Documents |
| USADOC | 219155 | 219158 | Draw and Accession Documents |
| USADOC | 219179 | 219182 | Draw and Accession Documents |
| USADOC | 219241 | 219281 | Draw and Accession Documents |
| USADOC | 219286 | 219298 | Draw and Accession Documents |
| USADOC | 219319 | 219324 | Draw and Accession Documents |
| USADOC | 219329 | 219351 | Draw and Accession Documents |
| USADOC | 219356 | 219368 | Draw and Accession Documents |
| USADOC | 219379 | 219398 | Draw and Accession Documents |
| USADOC | 219403 | 219412 | Draw and Accession Documents |
| USADOC | 219441 | 219445 | Draw and Accession Documents |
| USADOC | 219466 | 219470 | Draw and Accession Documents |
| USADOC | 219479 | 219483 | Draw and Accession Documents |
| USADOC | 219488 | 219496 | Draw and Accession Documents |
| USADOC | 219502 | 219508 | Draw and Accession Documents |
| USADOC | 219513 | 219516 | Draw and Accession Documents |
| USADOC | 219521 | 219528 | Draw and Accession Documents |
| USADOC | 219535 | 219547 | Draw and Accession Documents |
| USADOC | 219556 | 219560 | Draw and Accession Documents |
| USADOC | 219565 | 219579 | Draw and Accession Documents |
| USADOC | 219585 | 219591 | Draw and Accession Documents |
| USADOC | 219597 | 219608 | Draw and Accession Documents |
| USADOC | 219636 | 219652 | Draw and Accession Documents |
| USADOC | 219676 | 219702 | Draw and Accession Documents |
| USADOC | 219707 | 219715 | Draw and Accession Documents |
| USADOC | 219724 | 219732 | Draw and Accession Documents |
| USADOC | 219743 | 219755 | Draw and Accession Documents |
| USADOC | 219840 | 219859 | Draw and Accession Documents |
| USADOC | 219880 | 219883 | Draw and Accession Documents |
| USADOC | 219892 | 219910 | Draw and Accession Documents |
| USADOC | 219924 | 219928 | Draw and Accession Documents |
| USADOC | 219952 | 219967 | Draw and Accession Documents |
| USADOC | 219977 | 219980 | Draw and Accession Documents |
| USADOC | 219990 | 219993 | Draw and Accession Documents |
| USADOC | 220062 | 220066 | Draw and Accession Documents |
| USADOC | 220089 | 220093 | Draw and Accession Documents |
| USADOC | 220098 | 220101 | Draw and Accession Documents |
| USADOC | 220110 | 220120 | Draw and Accession Documents |
| USADOC | 220148 | 220153 | Draw and Accession Documents |
| USADOC | 220193 | 220201 | Draw and Accession Documents |
| USADOC | 220219 | 220249 | Draw and Accession Documents |
| USADOC | 220276 | 220279 | Draw and Accession Documents |
| USADOC | 220284 | 220319 | Draw and Accession Documents |
| USADOC | 220372 | 220376 | Draw and Accession Documents |
| USADOC | 220383 | 220387 | Draw and Accession Documents |
| USADOC | 220395 | 220406 | Draw and Accession Documents |
| USADOC | 220463 | 220472 | Draw and Accession Documents |
| USADOC | 220478 | 220496 | Draw and Accession Documents |
| USADOC | 220505 | 220508 | Draw and Accession Documents |
| USADOC | 220526 | 220529 | Draw and Accession Documents |
| USADOC | 220542 | 220545 | Draw and Accession Documents |
| USADOC | 220563 | 220566 | Draw and Accession Documents |
| USADOC | 220600 | 220603 | Draw and Accession Documents |
| USADOC | 220638 | 220641 | Draw and Accession Documents |
| USADOC | 220650 | 220654 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 220693 | 220722 | Draw and Accession Documents |
| USADOC | 220753 | 220758 | Draw and Accession Documents |
| USADOC | 220767 | 220773 | Draw and Accession Documents |
| USADOC | 220814 | 220822 | Draw and Accession Documents |
| USADOC | 220851 | 220861 | Draw and Accession Documents |
| USADOC | 220891 | 220906 | Draw and Accession Documents |
| USADOC | 220962 | 220969 | Draw and Accession Documents |
| USADOC | 220982 | 220993 | Draw and Accession Documents |
| USADOC | 220998 | 221002 | Draw and Accession Documents |
| USADOC | 221035 | 221057 | Draw and Accession Documents |
| USADOC | 221091 | 221094 | Draw and Accession Documents |
| USADOC | 221104 | 221108 | Draw and Accession Documents |
| USADOC | 221117 | 221146 | Draw and Accession Documents |
| USADOC | 221179 | 221182 | Draw and Accession Documents |
| USADOC | 221205 | 221216 | Draw and Accession Documents |
| USADOC | 221225 | 221230 | Draw and Accession Documents |
| USADOC | 221371 | 221377 | Draw and Accession Documents |
| USADOC | 221422 | 221430 | Draw and Accession Documents |
| USADOC | 221455 | 221478 | Draw and Accession Documents |
| USADOC | 221509 | 221519 | Draw and Accession Documents |
| USADOC | 221524 | 221542 | Draw and Accession Documents |
| USADOC | 221547 | 221550 | Draw and Accession Documents |
| USADOC | 221558 | 221561 | Draw and Accession Documents |
| USADOC | 221675 | 221680 | Draw and Accession Documents |
| USADOC | 221717 | 221722 | Draw and Accession Documents |
| USADOC | 221745 | 221749 | Draw and Accession Documents |
| USADOC | 221754 | 221757 | Draw and Accession Documents |
| USADOC | 221766 | 221774 | Draw and Accession Documents |
| USADOC | 221791 | 221800 | Draw and Accession Documents |
| USADOC | 221819 | 221852 | Draw and Accession Documents |
| USADOC | 221879 | 221891 | Draw and Accession Documents |
| USADOC | 221928 | 221931 | Draw and Accession Documents |
| USADOC | 221936 | 221939 | Draw and Accession Documents |
| USADOC | 221959 | 221963 | Draw and Accession Documents |
| USADOC | 221972 | 221989 | Draw and Accession Documents |
| USADOC | 221994 | 222004 | Draw and Accession Documents |
| USADOC | 222030 | 222034 | Draw and Accession Documents |
| USADOC | 222064 | 222076 | Draw and Accession Documents |
| USADOC | 222114 | 222118 | Draw and Accession Documents |
| USADOC | 222123 | 222126 | Draw and Accession Documents |
| USADOC | 222163 | 222168 | Draw and Accession Documents |
| USADOC | 222183 | 222186 | Draw and Accession Documents |
| USADOC | 222244 | 222247 | Draw and Accession Documents |
| USADOC | 222268 | 222275 | Draw and Accession Documents |
| USADOC | 222284 | 222287 | Draw and Accession Documents |
| USADOC | 222354 | 222360 | Draw and Accession Documents |
| USADOC | 222383 | 222387 | Draw and Accession Documents |
| USADOC | 222514 | 222520 | Draw and Accession Documents |
| USADOC | 222564 | 222567 | Draw and Accession Documents |
| USADOC | 222580 | 222587 | Draw and Accession Documents |
| USADOC | 222597 | 222609 | Draw and Accession Documents |
| USADOC | 222625 | 222630 | Draw and Accession Documents |
| USADOC | 222662 | 222665 | Draw and Accession Documents |
| USADOC | 222684 | 222701 | Draw and Accession Documents |
| USADOC | 222728 | 222732 | Draw and Accession Documents |
| USADOC | 222806 | 222809 | Draw and Accession Documents |
| USADOC | 222838 | 222841 | Draw and Accession Documents |
| USADOC | 222846 | 222858 | Draw and Accession Documents |
| USADOC | 222905 | 222908 | Draw and Accession Documents |
| USADOC | 222988 | 222993 | Draw and Accession Documents |
| USADOC | 222998 | 223001 | Draw and Accession Documents |
| USADOC | 223021 | 223027 | Draw and Accession Documents |
| USADOC | 223032 | 223040 | Draw and Accession Documents |
| USADOC | 223056 | 223059 | Draw and Accession Documents |
| USADOC | 223064 | 223084 | Draw and Accession Documents |
| USADOC | 223151 | 223156 | Draw and Accession Documents |
| USADOC | 223189 | 223192 | Draw and Accession Documents |
| USADOC | 223212 | 223219 | Draw and Accession Documents |
| USADOC | 223237 | 223241 | Draw and Accession Documents |
| USADOC | 223290 | 223297 | Draw and Accession Documents |
| USADOC | 223331 | 223338 | Draw and Accession Documents |
| USADOC | 223356 | 223369 | Draw and Accession Documents |
| USADOC | 223374 | 223382 | Draw and Accession Documents |
| USADOC | 223388 | 223391 | Draw and Accession Documents |
| USADOC | 223403 | 223408 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 223429 | 223434 | Draw and Accession Documents |
| USADOC | 223439 | 223443 | Draw and Accession Documents |
| USADOC | 223468 | 223475 | Draw and Accession Documents |
| USADOC | 223504 | 223511 | Draw and Accession Documents |
| USADOC | 223516 | 223519 | Draw and Accession Documents |
| USADOC | 223525 | 223529 | Draw and Accession Documents |
| USADOC | 223557 | 223565 | Draw and Accession Documents |
| USADOC | 223570 | 223575 | Draw and Accession Documents |
| USADOC | 223587 | 223591 | Draw and Accession Documents |
| USADOC | 223623 | 223626 | Draw and Accession Documents |
| USADOC | 223671 | 223675 | Draw and Accession Documents |
| USADOC | 223724 | 223740 | Draw and Accession Documents |
| USADOC | 223745 | 223750 | Draw and Accession Documents |
| USADOC | 223759 | 223763 | Draw and Accession Documents |
| USADOC | 223768 | 223772 | Draw and Accession Documents |
| USADOC | 223783 | 223797 | Draw and Accession Documents |
| USADOC | 223826 | 223853 | Draw and Accession Documents |
| USADOC | 223875 | 223881 | Draw and Accession Documents |
| USADOC | 223890 | 223896 | Draw and Accession Documents |
| USADOC | 223917 | 223922 | Draw and Accession Documents |
| USADOC | 223943 | 223963 | Draw and Accession Documents |
| USADOC | 223974 | 223977 | Draw and Accession Documents |
| USADOC | 223996 | 223999 | Draw and Accession Documents |
| USADOC | 224074 | 224080 | Draw and Accession Documents |
| USADOC | 224101 | 224105 | Draw and Accession Documents |
| USADOC | 224128 | 224135 | Draw and Accession Documents |
| USADOC | 224188 | 224195 | Draw and Accession Documents |
| USADOC | 224308 | 224314 | Draw and Accession Documents |
| USADOC | 224330 | 224334 | Draw and Accession Documents |
| USADOC | 224353 | 224362 | Draw and Accession Documents |
| USADOC | 224367 | 224375 | Draw and Accession Documents |
| USADOC | 224404 | 224415 | Draw and Accession Documents |
| USADOC | 224445 | 224452 | Draw and Accession Documents |
| USADOC | 224457 | 224460 | Draw and Accession Documents |
| USADOC | 224493 | 224507 | Draw and Accession Documents |
| USADOC | 224549 | 224557 | Draw and Accession Documents |
| USADOC | 224572 | 224579 | Draw and Accession Documents |
| USADOC | 224643 | 224646 | Draw and Accession Documents |
| USADOC | 224685 | 224688 | Draw and Accession Documents |
| USADOC | 224693 | 224702 | Draw and Accession Documents |
| USADOC | 224711 | 224717 | Draw and Accession Documents |
| USADOC | 224726 | 224729 | Draw and Accession Documents |
| USADOC | 224734 | 224750 | Draw and Accession Documents |
| USADOC | 224780 | 224783 | Draw and Accession Documents |
| USADOC | 224805 | 224808 | Draw and Accession Documents |
| USADOC | 224817 | 224831 | Draw and Accession Documents |
| USADOC | 224836 | 224840 | Draw and Accession Documents |
| USADOC | 224857 | 224860 | Draw and Accession Documents |
| USADOC | 224867 | 224876 | Draw and Accession Documents |
| USADOC | 224885 | 224903 | Draw and Accession Documents |
| USADOC | 224953 | 224956 | Draw and Accession Documents |
| USADOC | 224961 | 224973 | Draw and Accession Documents |
| USADOC | 224983 | 224992 | Draw and Accession Documents |
| USADOC | 225032 | 225039 | Draw and Accession Documents |
| USADOC | 225044 | 225047 | Draw and Accession Documents |
| USADOC | 225091 | 225095 | Draw and Accession Documents |
| USADOC | 225105 | 225108 | Draw and Accession Documents |
| USADOC | 225121 | 225124 | Draw and Accession Documents |
| USADOC | 225181 | 225185 | Draw and Accession Documents |
| USADOC | 225218 | 225229 | Draw and Accession Documents |
| USADOC | 225238 | 225242 | Draw and Accession Documents |
| USADOC | 225248 | 225348 | Draw and Accession Documents |
| USADOC | 225358 | 225361 | Draw and Accession Documents |
| USADOC | 225379 | 225382 | Draw and Accession Documents |
| USADOC | 225387 | 225399 | Draw and Accession Documents |
| USADOC | 225404 | 225414 | Draw and Accession Documents |
| USADOC | 225427 | 225434 | Draw and Accession Documents |
| USADOC | 225460 | 225543 | Draw and Accession Documents |
| USADOC | 225548 | 225551 | Draw and Accession Documents |
| USADOC | 225589 | 225596 | Draw and Accession Documents |
| USADOC | 225601 | 225609 | Draw and Accession Documents |
| USADOC | 225631 | 225634 | Draw and Accession Documents |
| USADOC | 225655 | 225663 | Draw and Accession Documents |
| USADOC | 225668 | 225671 | Draw and Accession Documents |
| USADOC | 225681 | 225684 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 225771 | 225774 | Draw and Accession Documents |
| USADOC | 225818 | 225824 | Draw and Accession Documents |
| USADOC | 225845 | 225855 | Draw and Accession Documents |
| USADOC | 225860 | 225866 | Draw and Accession Documents |
| USADOC | 225889 | 225893 | Draw and Accession Documents |
| USADOC | 225914 | 225918 | Draw and Accession Documents |
| USADOC | 225927 | 225951 | Draw and Accession Documents |
| USADOC | 225957 | 225970 | Draw and Accession Documents |
| USADOC | 226042 | 226052 | Draw and Accession Documents |
| USADOC | 226116 | 226125 | Draw and Accession Documents |
| USADOC | 226135 | 226148 | Draw and Accession Documents |
| USADOC | 226717 | 226718 | Draw and Accession Documents |
| USADOC | 239826 | 239829 | Draw and Accession Documents |
| USADOC | 242254 | 242256 | Draw and Accession Documents |
| USADOC | 243003 | 243077 | Draw and Accession Documents |
| USADOC | 243096 | 243121 | Draw and Accession Documents |
| USADOC | 243248 | 243250 | Draw and Accession Documents |
| USADOC | 243307 | 243310 | Draw and Accession Documents |
| USADOC | 243323 | 243343 | Draw and Accession Documents |
| USADOC | 243346 | 243349 | Draw and Accession Documents |
| USADOC | 243410 | 243424 | Draw and Accession Documents |
| USADOC | 243583 | 243584 | Draw and Accession Documents |
| USADOC | 243590 | 243592 | Draw and Accession Documents |
| USADOC | 243595 | 243605 | Draw and Accession Documents |
| USADOC | 243627 | 243628 | Draw and Accession Documents |
| USADOC | 244449 | 244456 | Draw and Accession Documents |
| USADOC | 244490 | 244499 | Draw and Accession Documents |
| USADOC | 248490 | 248494 | Draw and Accession Documents |
| USADOC | 251708 | 251711 | Draw and Accession Documents |
| USADOC | 252371 | 252384 | Draw and Accession Documents |
| USADOC | 253200 | 253203 | Draw and Accession Documents |
| USADOC | 255369 | 255379 | Draw and Accession Documents |
| USADOC | 256017 | 256028 | Draw and Accession Documents |
| USADOC | 259140 | 259141 | Draw and Accession Documents |
| USADOC | 259291 | 259296 | Draw and Accession Documents |
| USADOC | 259825 | 259828 | Draw and Accession Documents |
| USADOC | 259972 | 259978 | Draw and Accession Documents |
| USADOC | 261428 | 261433 | Draw and Accession Documents |
| USADOC | 262373 | 262374 | Draw and Accession Documents |
| USADOC | 262578 | 262579 | Draw and Accession Documents |
| USADOC | 262588 | 262591 | Draw and Accession Documents |
| USADOC | 262601 | 262602 | Draw and Accession Documents |
| USADOC | 263363 | 263366 | Draw and Accession Documents |
| USADOC | 263578 | 263580 | Draw and Accession Documents |
| USADOC | 263606 | 263610 | Draw and Accession Documents |
| USADOC | 264421 | 264424 | Draw and Accession Documents |
| USADOC | 264528 | 264529 | Draw and Accession Documents |
| USADOC | 264739 | 264740 | Draw and Accession Documents |
| USADOC | 265611 | 265613 | Draw and Accession Documents |
| USADOC | 265837 | 265850 | Draw and Accession Documents |
| USADOC | 267753 | 267757 | Draw and Accession Documents |
| USADOC | 267826 | 267829 | Draw and Accession Documents |
| USADOC | 268038 | 268040 | Draw and Accession Documents |
| USADOC | 268377 | 268378 | Draw and Accession Documents |
| USADOC | 272652 | 272658 | Draw and Accession Documents |
| USADOC | 273365 | 273372 | Draw and Accession Documents |
| USADOC | 273871 | 273896 | Draw and Accession Documents |
| USADOC | 275831 | 275877 | Draw and Accession Documents |
| USADOC | 279897 | 279899 | Draw and Accession Documents |
| USADOC | 280010 | 280014 | Draw and Accession Documents |
| USADOC | 307329 | 307380 | Draw and Accession Documents |
| USADOC | 363231 | 363248 | Draw and Accession Documents |
| USADOC | 366617 | 366622 | Draw and Accession Documents |
| USADOC | 366882 | 366889 | Draw and Accession Documents |
| USADOC | 367247 | 367261 | Draw and Accession Documents |
| USADOC | 367516 | 367518 | Draw and Accession Documents |
| USADOC | 367608 | 367609 | Draw and Accession Documents |
| USADOC | 368497 | 368503 | Draw and Accession Documents |
| USADOC | 381622 | 381623 | Draw and Accession Documents |
| USADOC | 381772 | 381778 | Draw and Accession Documents |
| USADOC | 381853 | 381857 | Draw and Accession Documents |
| USADOC | 383730 | 383732 | Draw and Accession Documents |
| USADOC | 387305 | 387309 | Draw and Accession Documents |
| USADOC | 387676 | 387680 | Draw and Accession Documents |
| USADOC | 388463 | 388466 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 388657 | 388658 | Draw and Accession Documents |
| USADOC | 388693 | 388699 | Draw and Accession Documents |
| USADOC | 389056 | 389058 | Draw and Accession Documents |
| USADOC | 389391 | 389395 | Draw and Accession Documents |
| USADOC | 389665 | 389672 | Draw and Accession Documents |
| USADOC | 389792 | 389797 | Draw and Accession Documents |
| USADOC | 390164 | 390166 | Draw and Accession Documents |
| USADOC | 390257 | 390262 | Draw and Accession Documents |
| USADOC | 408923 | 408928 | Draw and Accession Documents |
| USADOC | 408930 | 408930 | Draw and Accession Documents |
| USADOC | 409315 | 409325 | Draw and Accession Documents |
| USADOC | 409328 | 409328 | Draw and Accession Documents |
| USADOC | 409404 | 409414 | Draw and Accession Documents |
| USADOC | 409417 | 409417 | Draw and Accession Documents |
| USADOC | 410777 | 410778 | Draw and Accession Documents |
| USADOC | 414371 | 414372 | Draw and Accession Documents |
| USADOC | 416307 | 416308 | Draw and Accession Documents |
| USADOC | 417924 | 417925 | Draw and Accession Documents |
| USADOC | 418189 | 418193 | Draw and Accession Documents |
| USADOC | 418195 | 418200 | Draw and Accession Documents |
| USADOC | 422190 | 422190 | Draw and Accession Documents |
| USADOC | 422192 | 422230 | Draw and Accession Documents |
| USADOC | 443124 | 443125 | Draw and Accession Documents |
| USADOC | 443127 | 443127 | Draw and Accession Documents |
| USADOC | 459441 | 459441 | Draw and Accession Documents |
| USADOC | 459443 | 459443 | Draw and Accession Documents |
| USADOC | 461636 | 461637 | Draw and Accession Documents |
| USADOC | 542624 | 542626 | Draw and Accession Documents |
| USADOC | 542628 | 542628 | Draw and Accession Documents |
| USADOC | 543026 | 543028 | Draw and Accession Documents |
| USADOC | 543031 | 543031 | Draw and Accession Documents |
| USADOC | 544097 | 544097 | Draw and Accession Documents |
| USADOC | 544100 | 544100 | Draw and Accession Documents |
| USADOC | 552224 | 552224 | Draw and Accession Documents |
| USADOC | 552227 | 552227 | Draw and Accession Documents |
| USADOC | 556113 | 556116 | Draw and Accession Documents |
| USADOC | 556119 | 556119 | Draw and Accession Documents |
| USADOC | 569789 | 569791 | Draw and Accession Documents |
| USADOC | 569794 | 569794 | Draw and Accession Documents |
| USADOC | 571080 | 571085 | Draw and Accession Documents |
| USADOC | 571088 | 571088 | Draw and Accession Documents |
| USADOC | 601528 | 601528 | Draw and Accession Documents |
| USADOC | 601530 | 601530 | Draw and Accession Documents |
| USADOC | 611116 | 611116 | Draw and Accession Documents |
| USADOC | 611118 | 611118 | Draw and Accession Documents |
| USADOC | 628866 | 628867 | Draw and Accession Documents |
| USADOC | 628869 | 628869 | Draw and Accession Documents |
| USADOC | 630676 | 630678 | Draw and Accession Documents |
| USADOC | 630680 | 630680 | Draw and Accession Documents |
| USADOC | 665608 | 665608 | Draw and Accession Documents |
| USADOC | 666330 | 666336 | Draw and Accession Documents |
| USADOC | 666361 | 666364 | Draw and Accession Documents |
| USADOC | 666401 | 666407 | Draw and Accession Documents |
| USADOC | 666416 | 666421 | Draw and Accession Documents |
| USADOC | 666559 | 666579 | Draw and Accession Documents |
| USADOC | 666584 | 666587 | Draw and Accession Documents |
| USADOC | 666655 | 666661 | Draw and Accession Documents |
| USADOC | 666667 | 666679 | Draw and Accession Documents |
| USADOC | 666690 | 666701 | Draw and Accession Documents |
| USADOC | 666787 | 666800 | Draw and Accession Documents |
| USADOC | 666805 | 666842 | Draw and Accession Documents |
| USADOC | 666865 | 666869 | Draw and Accession Documents |
| USADOC | 666883 | 666886 | Draw and Accession Documents |
| USADOC | 666909 | 666912 | Draw and Accession Documents |
| USADOC | 666946 | 666967 | Draw and Accession Documents |
| USADOC | 667009 | 667019 | Draw and Accession Documents |
| USADOC | 667024 | 667028 | Draw and Accession Documents |
| USADOC | 667112 | 667123 | Draw and Accession Documents |
| USADOC | 667147 | 667151 | Draw and Accession Documents |
| USADOC | 667189 | 667199 | Draw and Accession Documents |
| USADOC | 667224 | 667249 | Draw and Accession Documents |
| USADOC | 667259 | 667262 | Draw and Accession Documents |
| USADOC | 667271 | 667274 | Draw and Accession Documents |
| USADOC | 667288 | 667295 | Draw and Accession Documents |
| USADOC | 667300 | 667304 | Draw and Accession Documents |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 4 - Information and Documents Considered*

| Bates | Begin | End | Description |
|---|---|---|---|
| USADOC | 667341 | 667351 | Draw and Accession Documents |
| USADOC | 667363 | 667366 | Draw and Accession Documents |
| USADOC | 667371 | 667376 | Draw and Accession Documents |
| USADOC | 667385 | 667389 | Draw and Accession Documents |
| USADOC | 667403 | 667407 | Draw and Accession Documents |
| USADOC | 667441 | 667448 | Draw and Accession Documents |
| USADOC | 667482 | 667492 | Draw and Accession Documents |
| USADOC | 667497 | 667502 | Draw and Accession Documents |
| USADOC | 667528 | 667538 | Draw and Accession Documents |
| USADOC | 667578 | 667582 | Draw and Accession Documents |
| USADOC | 667611 | 667615 | Draw and Accession Documents |
| USADOC | 667641 | 667645 | Draw and Accession Documents |
| USADOC | 674283 | 674313 | Draw and Accession Documents |
| USADOC | 678482 | 678484 | Draw and Accession Documents |
| USADOC | 678640 | 678644 | Draw and Accession Documents |
| USADOC | 678647 | 678654 | Draw and Accession Documents |
| USADOC | 678670 | 678687 | Draw and Accession Documents |
| USADOC | 678717 | 678720 | Draw and Accession Documents |
| USADOC | 678731 | 678738 | Draw and Accession Documents |
| USADOC | 683235 | 683368 | Draw and Accession Documents |
| USADOC | 685307 | 685307 | Draw and Accession Documents |
| USADOC | 714909 | 714911 | Draw and Accession Documents |
| USADOC | 715079 | 715099 | Draw and Accession Documents |
| USADOC | 715258 | 715264 | Draw and Accession Documents |
| USADOC | 725110 | 725118 | Draw and Accession Documents |
| USADOC | 727686 | 727689 | Draw and Accession Documents |
| USADOC | 732458 | 732462 | Draw and Accession Documents |
| USADOC | 736444 | 736448 | Draw and Accession Documents |
| USADOC | 738447 | 738457 | Draw and Accession Documents |
| USADOC | 740324 | 740327 | Draw and Accession Documents |
| USADOC | 743203 | 743211 | Draw and Accession Documents |
| USADOC | 744338 | 744341 | Draw and Accession Documents |
| USADOC | 745032 | 745039 | Draw and Accession Documents |
| USADOC | 745322 | 745326 | Draw and Accession Documents |
| USADOC | 792513 | 792517 | Draw and Accession Documents |
| USADOC | 803944 | 803955 | Draw and Accession Documents |
| USADOC | 805219 | 805222 | Draw and Accession Documents |
| USADOC | 851387 | 851390 | Draw and Accession Documents |
| USADOC | 1025194 | 1025250 | Entities Owned by Brad Johnson and/or Cal Dent |
| USADOC | 062867 | 062869 | HDL-Provider P&H Agreements |
| USADOC | 070943 | 070946 | HDL-Provider P&H Agreements |
| USADOC | 070964 | 070966 | HDL-Provider P&H Agreements |
| USADOC | 071010 | 071023 | HDL-Provider P&H Agreements |
| USADOC | 071041 | 071045 | HDL-Provider P&H Agreements |
| USADOC | 071063 | 071066 | HDL-Provider P&H Agreements |
| USADOC | 071082 | 071085 | HDL-Provider P&H Agreements |
| USADOC | 071105 | 071108 | HDL-Provider P&H Agreements |
| USADOC | 071139 | 071147 | HDL-Provider P&H Agreements |
| USADOC | 071156 | 071163 | HDL-Provider P&H Agreements |
| USADOC | 071189 | 071193 | HDL-Provider P&H Agreements |
| USADOC | 071199 | 071207 | HDL-Provider P&H Agreements |
| USADOC | 071243 | 071254 | HDL-Provider P&H Agreements |
| USADOC | 071276 | 071283 | HDL-Provider P&H Agreements |
| USADOC | 071292 | 071308 | HDL-Provider P&H Agreements |
| USADOC | 071350 | 071364 | HDL-Provider P&H Agreements |
| USADOC | 071369 | 071383 | HDL-Provider P&H Agreements |
| USADOC | 071405 | 071410 | HDL-Provider P&H Agreements |
| USADOC | 1029664 | 1029667 | HDL-Provider P&H Agreements |
| USADOC | 1029674 | 1029678 | HDL-Provider P&H Agreements |
| USADOC | 1029681 | 1029689 | HDL-Provider P&H Agreements |
| USADOC | 1029703 | 1029705 | HDL-Provider P&H Agreements |
| USADOC | 1029738 | 1029742 | HDL-Provider P&H Agreements |
| USADOC | 1029758 | 1029770 | HDL-Provider P&H Agreements |
| USADOC | 1029772 | 1029783 | HDL-Provider P&H Agreements |
| USADOC | 1029788 | 1029791 | HDL-Provider P&H Agreements |
| USADOC | 1029793 | 1029796 | HDL-Provider P&H Agreements |
| USADOC | 1029798 | 1029809 | HDL-Provider P&H Agreements |
| USADOC | 1029811 | 1029826 | HDL-Provider P&H Agreements |
| USADOC | 001259 | 001271 | Sales Agreement between Health Diagnostic Laboratory, Inc. and BlueWave Healthcare Consultants, Inc., dated January 4, 2010 |
| USADOC | 1440068 | 1440082 | Sales Agreement between Singulex, Inc. and BlueWave Healthcare Consultants, Inc., dated June 1, 2010 |
| USADOC | 001846 | 001883 | Singulex-Provider P&H Agreements |
| USADOC | 001886 | 001897 | Singulex-Provider P&H Agreements |
| USADOC | 000261 | 000279 | Tricare Claim Data and Data Dictionary |
| USAFIN | 0000000 | 0009767 | Bank of America, Cadence Bank, and Southern First Bank Documents |
| USAFIN | 0011488 | 0011535 | BlueWave Health Consultants, Inc. - 2011 Tax Return |

13

# APPENDIX 5

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 5 - HDL and Singulex Quarterly Improper Claims from Kickback Scheme (Medicare and TRICARE)*

| | | *A* | *B* | *C* | *D* | *E = A + C* | *F = B + D* |
|---|---|---|---|---|---|---|---|
| | | **Medicare** | | **TRICARE** | | **TOTAL** | |
| **Entity** | **Quarter** | **Number of Patient Referrals** | **Total Amount Paid on Patient Referrals** | **Number of Patient Referrals** | **Total Amount Paid on Patient Referrals** | **Number of Patient Referrals** | **Total Amount Paid on Patient Referrals** |
| **HDL** | 2010-Q1 | 301 | $   155,801 | - | $        - | 301 | $   155,801 |
| | 2010-Q2 | 573 | 289,760 | - | - | 573 | 289,760 |
| | 2010-Q3 | 990 | 434,194 | - | - | 990 | 434,194 |
| | 2010-Q4 | 1,330 | 437,112 | - | - | 1,330 | 437,112 |
| | 2011-Q1 | 2,564 | 1,019,358 | - | - | 2,564 | 1,019,358 |
| | 2011-Q2 | 6,858 | 3,095,672 | - | - | 6,858 | 3,095,672 |
| | 2011-Q3 | 12,519 | 5,601,451 | - | - | 12,519 | 5,601,451 |
| | 2011-Q4 | 23,992 | 14,217,400 | - | - | 23,992 | 14,217,400 |
| | 2012-Q1 | 30,232 | 20,824,169 | - | - | 30,232 | 20,824,169 |
| | 2012-Q2 | 35,486 | 24,600,642 | - | - | 35,486 | 24,600,642 |
| | 2012-Q3 | 38,565 | 27,119,579 | 2 | 1,091 | 38,567 | 27,120,670 |
| | 2012-Q4 | 39,887 | 27,115,257 | 11 | 7,174 | 39,898 | 27,122,430 |
| | 2013-Q1 | 22,013 | 9,980,236 | - | - | 22,013 | 9,980,236 |
| | 2013-Q2 | 20,720 | 9,731,965 | - | - | 20,720 | 9,731,965 |
| | 2013-Q3 | 18,082 | 8,852,456 | - | - | 18,082 | 8,852,456 |
| | 2013-Q4 | 16,505 | 8,196,354 | 1 | 267 | 16,506 | 8,196,620 |
| | 2014-Q1 | 14,105 | 6,698,519 | - | - | 14,105 | 6,698,519 |
| | 2014-Q2 | 12,307 | 5,822,948 | 2 | 696 | 12,309 | 5,823,644 |
| **HDL Total** | | **297,029** | **$ 174,192,873** | **16** | **$    9,227** | **297,045** | **$ 174,202,100** |
| **Singulex** | 2010-Q2 | 24 | $     3,159 | - | $        - | 24 | $     3,159 |
| | 2010-Q3 | 330 | 25,329 | - | - | 330 | 25,329 |
| | 2010-Q4 | 502 | 39,322 | - | - | 502 | 39,322 |
| | 2011-Q1 | 740 | 65,219 | - | - | 740 | 65,219 |
| | 2011-Q2 | 1,659 | 222,876 | - | - | 1,659 | 222,876 |
| | 2011-Q3 | 2,667 | 402,758 | - | - | 2,667 | 402,758 |
| | 2011-Q4 | 4,973 | 708,434 | - | - | 4,973 | 708,434 |
| | 2012-Q1 | 5,033 | 677,979 | - | - | 5,033 | 677,979 |
| | 2012-Q2 | 6,221 | 778,175 | - | - | 6,221 | 778,175 |
| | 2012-Q3 | 7,933 | 852,793 | - | - | 7,933 | 852,793 |
| | 2012-Q4 | 8,369 | 902,132 | - | - | 8,369 | 902,132 |
| | 2013-Q1 | 5,147 | 604,994 | - | - | 5,147 | 604,994 |
| | 2013-Q2 | 4,773 | 587,402 | - | - | 4,773 | 587,402 |
| | 2013-Q3 | 4,432 | 545,987 | - | - | 4,432 | 545,987 |
| | 2013-Q4 | 4,154 | 526,334 | - | - | 4,154 | 526,334 |
| **Singulex Total** | | **56,957** | **$   6,942,894** | **-** | **$        -** | **56,957** | **$   6,942,894** |
| **Grand Total** | | **353,986** | **$ 181,135,767** | **16** | **$    9,227** | **354,002** | **$ 181,144,994** |

*Source: CMS and TRICARE Claims Data*

# APPENDIX 6

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 6 - HDL and Singulex Quarterly Improper Claims from Commission Scheme (Medicare and TRICARE)*

| | | A | B | C | D | E = A + C | F = B + D |
|---|---|---|---|---|---|---|---|
| | | Medicare | | TRICARE | | TOTAL | |
| Entity | Quarter | Number of Patient Referrals | Total Amount Paid on Patient Referrals | Number of Patient Referrals | Total Amount Paid on Patient Referrals | Number of Patient Referrals | Total Amount Paid on Patient Referrals |
| HDL | 2010-Q1 | 295 | $ 154,166 | - | $ - | 295 | $ 154,166 |
| | 2010-Q2 | 566 | 287,876 | - | - | 566 | 287,876 |
| | 2010-Q3 | 973 | 429,108 | - | - | 973 | 429,108 |
| | 2010-Q4 | 1,302 | 432,770 | - | - | 1,302 | 432,770 |
| | 2011-Q1 | 2,511 | 1,008,157 | - | - | 2,511 | 1,008,157 |
| | 2011-Q2 | 6,650 | 3,036,579 | - | - | 6,650 | 3,036,579 |
| | 2011-Q3 | 12,296 | 5,533,335 | - | - | 12,296 | 5,533,335 |
| | 2011-Q4 | 23,609 | 14,069,442 | - | - | 23,609 | 14,069,442 |
| | 2012-Q1 | 29,504 | 20,470,927 | - | - | 29,504 | 20,470,927 |
| | 2012-Q2 | 34,538 | 24,146,379 | - | - | 34,538 | 24,146,379 |
| | 2012-Q3 | 37,775 | 26,787,134 | 2 | 1,091 | 37,777 | 26,788,225 |
| | 2012-Q4 | 38,938 | 26,764,416 | 11 | 7,174 | 38,949 | 26,771,590 |
| | 2013-Q1 | 21,526 | 9,860,477 | - | - | 21,526 | 9,860,477 |
| | 2013-Q2 | 20,151 | 9,629,480 | - | - | 20,151 | 9,629,480 |
| | 2013-Q3 | 17,580 | 8,766,240 | - | - | 17,580 | 8,766,240 |
| | 2013-Q4 | 16,014 | 8,117,627 | 1 | 267 | 16,015 | 8,117,893 |
| | 2014-Q1 | 13,679 | 6,625,749 | - | - | 13,679 | 6,625,749 |
| | 2014-Q2 | 11,895 | 5,735,456 | 2 | 696 | 11,897 | 5,736,152 |
| **HDL Total** | | **289,802** | **$ 171,855,320** | **16** | **$ 9,227** | **289,818** | **$ 171,864,547** |
| Singulex | 2010-Q2 | 16 | $ 1,548 | - | $ - | 16 | $ 1,548 |
| | 2010-Q3 | 259 | 17,920 | - | - | 259 | 17,920 |
| | 2010-Q4 | 309 | 20,019 | - | - | 309 | 20,019 |
| | 2011-Q1 | 484 | 36,484 | - | - | 484 | 36,484 |
| | 2011-Q2 | 1,014 | 134,931 | - | - | 1,014 | 134,931 |
| | 2011-Q3 | 1,715 | 260,664 | - | - | 1,715 | 260,664 |
| | 2011-Q4 | 3,143 | 464,442 | - | - | 3,143 | 464,442 |
| | 2012-Q1 | 3,299 | 464,626 | - | - | 3,299 | 464,626 |
| | 2012-Q2 | 4,175 | 538,550 | - | - | 4,175 | 538,550 |
| | 2012-Q3 | 5,581 | 618,951 | - | - | 5,581 | 618,951 |
| | 2012-Q4 | 5,382 | 590,242 | - | - | 5,382 | 590,242 |
| | 2013-Q1 | 3,303 | 389,797 | - | - | 3,303 | 389,797 |
| | 2013-Q2 | 3,383 | 407,336 | - | - | 3,383 | 407,336 |
| | 2013-Q3 | 3,094 | 372,357 | - | - | 3,094 | 372,357 |
| | 2013-Q4 | 2,981 | 361,486 | - | - | 2,981 | 361,486 |
| **Singulex Total** | | **38,138** | **$ 4,679,353** | **-** | **$ -** | **38,138** | **$ 4,679,353** |
| **Grand Total** | | **327,940** | **$ 176,534,674** | **16** | **$ 9,227** | **327,956** | **$ 176,543,901** |

*Source: CMS and TRICARE Claims Data*

1

# APPENDIX 7

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 7 - HDL and Singulex Improper Claims from Co-Pay Waiver Scheme (TRICARE)*

| | A | B | C | D | E = A + C | F = B + D |
|---|---|---|---|---|---|---|
| | **HDL** | | **Singulex** | | **TOTAL** | |
| **Quarter** | **Number of Patient Referrals** | **Total Amount Paid on Patient Referrals** | **Number of Patient Referrals** | **Total Amount Paid on Patient Referrals** | **Number of Patient Referrals** | **Total Amount Paid on Patient Referrals** |
| 2010-Q1 | 297 | $ 78,786 | - | $ - | 297 | $ 78,786 |
| 2010-Q2 | 398 | 140,860 | 13 | 1,483 | 411 | 142,343 |
| 2010-Q3 | 772 | 254,685 | 70 | 6,717 | 842 | 261,401 |
| 2010-Q4 | 883 | 320,500 | 119 | 8,539 | 1,002 | 329,039 |
| 2011-Q1 | 1,371 | 465,862 | 160 | 12,179 | 1,531 | 478,041 |
| 2011-Q2 | 1,568 | 559,390 | 217 | 22,114 | 1,785 | 581,504 |
| 2011-Q3 | 1,722 | 732,962 | 399 | 47,037 | 2,121 | 779,999 |
| 2011-Q4 | 1,825 | 805,570 | 379 | 39,512 | 2,204 | 845,082 |
| 2012-Q1 | 2,357 | 1,245,756 | 505 | 54,183 | 2,862 | 1,299,939 |
| 2012-Q2 | 2,634 | 1,364,996 | 559 | 57,157 | 3,193 | 1,422,153 |
| 2012-Q3 | 2,745 | 1,482,691 | 646 | 65,758 | 3,391 | 1,548,449 |
| 2012-Q4 | 2,391 | 1,275,105 | 489 | 48,730 | 2,880 | 1,323,835 |
| 2013-Q1 | 2,600 | 1,046,678 | 498 | 52,190 | 3,098 | 1,098,868 |
| 2013-Q2 | 5,781 | 1,097,646 | 987 | 88,565 | 6,768 | 1,186,211 |
| 2013-Q3 | 2,559 | 1,181,023 | 595 | 89,967 | 3,154 | 1,270,990 |
| 2013-Q4 | 1,801 | 847,278 | 487 | 73,925 | 2,288 | 921,203 |
| 2014-Q1 | 1,658 | 879,346 | 448 | 55,630 | 2,106 | 934,976 |
| 2014-Q2 | 1,621 | 904,028 | 439 | 60,733 | 2,060 | 964,761 |
| **Total** | **34,983** | **$ 14,683,164** | **7,010** | **$ 784,417** | **41,993** | **$ 15,467,581** |

*Source: TRICARE Claims Data*

# APPENDIX 8

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 8 - Calculation of Penalties*

| Description | Patient Referral Claims | FCA Penalty Rate | | Penalty Amount | |
|---|---|---|---|---|---|
| Improper Claims from Kickback Scheme | 354,002 | *Low* | $ 5,500 | $ | 1,947,011,000 |
| | | *High* | $ 11,000 | $ | 3,894,022,000 |
| Improper Claims from Commission Scheme | 327,956 | *Low* | $ 5,500 | $ | 1,803,758,000 |
| | | *High* | $ 11,000 | $ | 3,607,516,000 |
| Improper Claims from Co-Pay Waiver Scheme | 41,993 | *Low* | $ 5,500 | $ | 230,961,500 |
| | | *High* | $ 11,000 | $ | 461,923,000 |

*Source: CMS and TRICARE Claims Data*

1

# APPENDIX 9

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 9 - Summary of Inflows to BlueWave Bank Account*

| Payor | 2010 | 2011 | 2012 | 2013 | 2014 | Q1 '15 | Grand Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Health Diagnostic Laboratory Inc | $ 6,898,661 | $ 21,191,383 | $ 71,974,994 | $ 66,294,464 | $ 53,976,744 | $ - | $ 220,336,248 | 86.0% |
| Singulex Inc | 534,358 | 3,084,935 | 7,347,354 | 7,658,831 | 5,737,822 | 237,416 | 24,600,716 | 9.6% |
| Intercompany | - | - | - | - | 4,932,093 | - | 4,932,093 | 1.9% |
| Johnson & Dent | 80,000 | - | - | 1,004,824 | 600 | 2,400,000 | 3,485,424 | 1.4% |
| Other Vendors | 1,500,210 | 116,457 | - | 17,226 | 77,512 | - | 1,711,405 | 0.7% |
| Sales Representatives & Contractors | - | - | - | - | 382 | 1,200,000 | 1,200,382 | 0.5% |
| Law Firm | 5,210 | - | - | - | - | 10,000 | 15,210 | 0.0% |
| Affiliated Entities | - | - | - | - | 850 | - | 850 | 0.0% |
| Local, State or Federal Taxes and Fees | - | - | - | 126 | - | - | 126 | 0.0% |
| **Total** | **$ 9,018,440** | **$ 24,392,774** | **$ 79,322,348** | **$ 74,975,471** | **$ 64,726,004** | **$ 3,847,416** | **$ 256,282,453** | **100.0%** |

*Source: Cadence Bank statements and related activity support for account #5000524230*

1

# APPENDIX 10

*United States v. BlueWave, Dent, Johnson, and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 10: BlueWave Commission Overview*



*Source: Cadence Bank statements and related activity support for account #5000524230*

# APPENDIX 11



***United States v. BlueWave, Dent, Johnson and Mallory***
***Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF***
***Appendix 11: Simplified Scheme Overview***

Note: Cash flow amounts above reflect information available for the respective time periods for each source

# APPENDIX 12

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
**Appendix 12 - Intercompany Transactions Between BlueWave, Cobalt, and Royal Blue**

| Type | Payor | Payee | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 * | Grand Total |
|------|-------|-------|------|------|------|------|------|--------|-------------|
| Outflow | BlueWave | Royal Blue | $ (5,065) | $ (787,310) | $ (1,749,187) | $ (1,688,598) | $ (1,442,250) | $ (250,100) | $ (5,922,510) |
| Outflow | BlueWave | Cobalt | - | - | - | (600,000) | (4,881,000) | - | (5,481,000) |
| Outflow | Cobalt | BlueWave | - | - | - | - | (4,928,093) | (9,762) | (4,937,855) |
| Outflow | Cobalt | Royal Blue | - | - | - | - | (21,451) | (22,607) | (44,058) |
| Outflow | Royal Blue | BlueWave | - | - | - | - | (4,000) | | (4,000) |
| Outflow | Royal Blue | Cobalt | - | - | - | - | | (7,746) | (7,746) |
| Inflow | BlueWave | Royal Blue | 5,065 | 787,310 | 1,749,187 | 1,688,598 | 1,442,250 | 266,228 | 5,938,638 |
| Inflow | BlueWave | Cobalt | - | - | - | 600,000 | 4,881,000 | - | 5,481,000 |
| Inflow | Cobalt | BlueWave | - | - | - | - | 4,928,093 | - | 4,928,093 |
| Inflow | Cobalt | Royal Blue | - | - | - | - | 21,451 | 22,607 | 44,058 |
| Inflow | Royal Blue | BlueWave | - | - | - | - | 4,000 | - | 4,000 |
| Inflow | Royal Blue | Cobalt | - | - | - | - | - | 7,746 | 7,746 |
| **Total** | | | $ - | $ - | $ - | $ 0 | $ 0 | $ 6,366 | $ 6,366 |

* BlueWave fund flow data received through February 2015, Royal Blue and Cobalt fund flow data received through April 2015

*Source: Cadence Bank statements and related activity support for account #5000524230 (BlueWave), #5001006450 (Cobalt), and #5000421155 (Royal Blue)*

# APPENDIX 13

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 13 - Entities Owned by Brad Johnson and/or Cal Dent*

Entities Owned by Brad Johnson and/or Cal Dent

Brad Johnson

Active

- BlueWave Healthcare Consultants, Inc. – 50% ownership
- Cobalt Healthcare Consultants, Inc. – 50% ownership
  - Cobalt owns 33% of Innovative Diagnostic Laboratory, LLP
- Royal Blue Medical, Inc. – 100% ownership
- Eagle Pharmacy, Inc. – 1/3 ownership
- Health Diagnostic Laboratory, Inc. – 1.3% ownership
- Singulex, Inc. – non-vested options
- GeneNews Ltd – 8.2% ownership
  - Canadian company traded on the Toronto Stock Exchange

Inactive

- Lister Radiology Montgomery, LLC – corporate entity formed 2008; it exists on records of Alabama Secretary of State but does not operate
- Forse Medical, Inc. – formed 2002, dissolved in 2011; marketing compounded pharmaceuticals

2.   Cal Dent

- BlueWave Healthcare Consultants, Inc. – 50% ownership
- Cobalt Healthcare Consultants, Inc. – 50% ownership
  - Cobalt owns 33% of Innovative Diagnostic Laboratory, LLP
- HISWay of South Carolina, Inc. – 50% ownership
- Health Diagnostic Laboratory, Inc. – 1.3% ownership
- Singulex, Inc. – non-vested options
- GeneNews Ltd – 6.8% ownership
  - Option to purchase 75,000 shares (some but not all options are vested)
  - Canadian company traded on the Toronto Stock Exchange

*Source: USADOC1025201*

# APPENDIX 14

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
**Appendix 14 - Summary of Outflows from BlueWave Bank Account**

| Payee | 2010 | 2011 | 2012 | 2013 | 2014 | Q1 '15 | Grand Total | % of Total |
|---|---|---|---|---|---|---|---|---|
| Floyd Calhoun Dent | $ (1,202,861) | $ (4,855,048) | $ (19,746,354) | $ (12,730,748) | $ (13,405,689) | $ (1,221,576) | $ (53,162,277) | 20.8% |
| Brad Johnson | (1,326,249) | (5,338,233) | (19,282,678) | (15,432,547) | (10,800,461) | (18,996) | (52,199,163) | 20.4% |
| Sales Representatives & Contractors | (1,376,348) | (6,230,261) | (17,904,239) | (19,427,759) | (15,638,800) | (1,132,609) | (61,710,015) | 24.1% |
| Local, State or Federal Taxes and Fees | (957,586) | (3,422,928) | (13,857,484) | (13,579,491) | (16,214,012) | (3,312,188) | (51,343,689) | 20.1% |
| Affiliated Entities | (179,024) | (1,475,408) | (3,429,473) | (3,577,571) | (2,925,632) | (530,987) | (12,118,096) | 4.7% |
| Intercompany | (5,065) | (787,310) | (1,749,187) | (2,288,598) | (6,323,250) | (250,100) | (11,403,510) | 4.5% |
| Undetermined | (1,620,471) | (25,885) | (648) | (1,014,333) | (2,566,528) | (2,126,363) | (7,354,229) | 2.9% |
| Law Firm | (153,879) | (599,185) | (3,166,536) | (795,485) | (422,465) | (144,887) | (5,282,437) | 2.1% |
| Health & Medical Related Personnel/Companies | (19,476) | (22,041) | (5,110) | (91,121) | (544,451) | (6,239) | (688,438) | 0.3% |
| Other Vendors | (70,302) | (100,318) | (69,624) | (152,962) | (221,840) | (12,790) | (627,836) | 0.2% |
| **Total** | **$ (6,911,263)** | **$ (22,856,617)** | **$ (79,211,333)** | **$ (69,090,615)** | **$ (69,063,128)** | **$ (8,756,736)** | **$ (255,889,691)** | **100.0%** |

*Source: Cadence Bank statements and related activity support for account #5000524230*

1

# APPENDIX 15

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 15 - Summary of HDL P&H Payment Data*

| | 2010 | 2011 | 2012 | 2013 | 2014 | Total |
|---|---|---|---|---|---|---|
| Amount of P&H Paid | $ 1,759,441 | $ 7,508,634 | $ 14,096,027 | $ 15,721,685 | $ 8,139,166 | $ 47,224,952 |
| Count of Physicians/Practices | 336 | 1,069 | 2,007 | 2,393 | 2,138 | |
| Average P&H Paid per Physician/Practice | $ 5,236 | $ 7,024 | $ 7,023 | $ 6,570 | $ 3,807 | |

*Source: HDL P&H Payment Summary at USADOC685307*

# APPENDIX 16

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 16 - Summary of Singulex P&H Payment Data*

| | 2010 | 2011 | 2012 | 1Q-3Q 2013 | Total |
|---|---|---|---|---|---|
| Amount of P&H Paid | $ 216,151 | $ 1,251,898 | $ 2,098,440 | $ 1,842,290 | **$ 5,408,779** |
| Count of Physicians/Practices | 48 | 161 | 386 | 500 | |
| Average P&H Paid per Physician/Practice | $ 4,503 | $ 7,776 | $ 5,436 | $ 3,685 | |

*Source: Singulex P&H Payment Summary at USADOC1049396*

1

# APPENDIX 17

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 17 - Summary of Count of CPT Codes Associated with Medicare Patient Referrals Submitted and Related Amounts Paid*

| Count of CPT Codes in Patient Referral | Associated Number of Patient Referrals Submitted | Associated Total Amount Paid | % of Total Amount Paid | Average Amount Paid per Patient Referral |
|---|---|---|---|---|
| 28 | 34,915 | $  27,045,636 | 4.8% | $          775 |
| 26 | 34,150 | 25,594,841 | 4.6% | 749 |
| 29 | 31,347 | 25,447,080 | 4.5% | 812 |
| 23 | 37,430 | 24,983,531 | 4.5% | 667 |
| 27 | 32,687 | 24,280,167 | 4.3% | 743 |
| 20 | 41,572 | 23,606,816 | 4.2% | 568 |
| 25 | 31,768 | 22,954,743 | 4.1% | 723 |
| 24 | 31,444 | 21,620,076 | 3.9% | 688 |
| 21 | 36,878 | 21,613,542 | 3.9% | 586 |
| 19 | 39,913 | 20,952,294 | 3.7% | 525 |
| 22 | 32,725 | 20,615,436 | 3.7% | 630 |
| 31 | 23,292 | 20,590,522 | 3.7% | 884 |
| 30 | 24,387 | 20,326,065 | 3.6% | 833 |
| 18 | 36,342 | 17,891,075 | 3.2% | 492 |
| 32 | 18,766 | 17,114,462 | 3.1% | 912 |
| 34 | 15,920 | 15,632,967 | 2.8% | 982 |
| 17 | 34,994 | 15,627,005 | 2.8% | 447 |
| 33 | 16,314 | 15,213,669 | 2.7% | 933 |
| 35 | 12,686 | 12,354,237 | 2.2% | 974 |
| 15 | 30,130 | 11,076,461 | 2.0% | 368 |
| 16 | 27,113 | 11,063,246 | 2.0% | 408 |
| 36 | 10,770 | 10,497,361 | 1.9% | 975 |
| 13 | 33,546 | 10,173,230 | 1.8% | 303 |
| 14 | 30,000 | 10,123,454 | 1.8% | 337 |
| 37 | 9,301 | 9,353,309 | 1.7% | 1,006 |
| 6 | 56,437 | 9,167,643 | 1.6% | 162 |
| 12 | 29,979 | 8,978,090 | 1.6% | 299 |
| 10 | 33,261 | 8,452,303 | 1.5% | 254 |
| 38 | 7,108 | 7,105,547 | 1.3% | 1,000 |
| 11 | 23,093 | 6,262,050 | 1.1% | 271 |
| 39 | 5,704 | 5,725,498 | 1.0% | 1,004 |
| 9 | 23,359 | 5,540,883 | 1.0% | 237 |
| 5 | 39,120 | 5,215,354 | 0.9% | 133 |
| 2 | 94,127 | 5,102,405 | 0.9% | 54 |
| 8 | 21,296 | 4,612,600 | 0.8% | 217 |
| 40 | 4,385 | 4,467,611 | 0.8% | 1,019 |
| 4 | 38,429 | 3,932,274 | 0.7% | 102 |
| 7 | 21,619 | 3,694,533 | 0.7% | 171 |
| 41 | 3,302 | 3,386,282 | 0.6% | 1,026 |
| 3 | 38,708 | 3,331,266 | 0.6% | 86 |
| 42 | 2,781 | 2,874,955 | 0.5% | 1,034 |
| 43 | 2,406 | 2,511,947 | 0.4% | 1,044 |
| 44 | 2,014 | 2,154,260 | 0.4% | 1,070 |
| 45 | 1,836 | 1,967,458 | 0.4% | 1,072 |
| 46 | 1,473 | 1,647,414 | 0.3% | 1,118 |
| 47 | 1,108 | 1,233,949 | 0.2% | 1,114 |
| 1 | 29,158 | 970,945 | 0.2% | 33 |
| 48 | 823 | 937,261 | 0.2% | 1,139 |
| 49 | 738 | 868,015 | 0.2% | 1,176 |
| 50 | 566 | 666,933 | 0.1% | 1,178 |

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 17 - Summary of Count of CPT Codes Associated with Medicare Patient Referrals Submitted and Related Amounts Paid*

| Count of CPT Codes in Patient Referral | Associated Number of Patient Referrals Submitted | Associated Total Amount Paid | % of Total Amount Paid | Average Amount Paid per Patient Referral |
|---|---|---|---|---|
| 51 | 494 | 585,083 | 0.1% | 1,184 |
| 52 | 383 | 451,617 | 0.1% | 1,179 |
| 53 | 354 | 418,564 | 0.1% | 1,182 |
| 54 | 232 | 270,413 | 0.0% | 1,166 |
| 55 | 211 | 244,582 | 0.0% | 1,159 |
| 57 | 153 | 198,534 | 0.0% | 1,298 |
| 56 | 153 | 181,683 | 0.0% | 1,187 |
| 58 | 138 | 178,620 | 0.0% | 1,294 |
| 60 | 109 | 143,008 | 0.0% | 1,312 |
| 59 | 107 | 135,778 | 0.0% | 1,269 |
| 61 | 95 | 114,550 | 0.0% | 1,206 |
| 62 | 62 | 81,181 | 0.0% | 1,309 |
| 63 | 60 | 78,006 | 0.0% | 1,300 |
| 65 | 42 | 54,407 | 0.0% | 1,295 |
| 76 | 34 | 49,485 | 0.0% | 1,455 |
| 64 | 39 | 47,956 | 0.0% | 1,230 |
| 66 | 25 | 35,139 | 0.0% | 1,406 |
| 71 | 25 | 32,706 | 0.0% | 1,308 |
| 75 | 22 | 31,924 | 0.0% | 1,451 |
| 78 | 22 | 27,655 | 0.0% | 1,257 |
| 67 | 19 | 27,337 | 0.0% | 1,439 |
| 77 | 18 | 27,166 | 0.0% | 1,509 |
| 70 | 17 | 25,560 | 0.0% | 1,504 |
| 74 | 16 | 23,650 | 0.0% | 1,478 |
| 72 | 12 | 17,985 | 0.0% | 1,499 |
| 73 | 9 | 13,344 | 0.0% | 1,483 |
| 79 | 7 | 11,272 | 0.0% | 1,610 |
| 69 | 8 | 10,080 | 0.0% | 1,260 |
| 81 | 5 | 8,234 | 0.0% | 1,647 |
| 68 | 6 | 7,530 | 0.0% | 1,255 |
| 80 | 4 | 6,947 | 0.0% | 1,737 |
| 82 | 5 | 6,671 | 0.0% | 1,334 |
| 83 | 3 | 1,659 | 0.0% | 553 |
| **Total** | **1,194,109** | **$    560,107,027** | **100.0%** | **$    469** |

*Source: Analysis of Panels in Claims Data*

2

# APPENDIX 18

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 18 - Summary of Count of CPT Codes Associated with TRICARE Patient Referrals Submitted and Related Amounts Paid*

| Count of CPT Codes in Patient Referral | Associated Number of Patient Referrals Submitted | Associated Total Amount Paid | % of Total Amount Paid | Average Amount Paid per Patient Referral |
|---|---|---|---|---|
| 20 | 2,707 | $ 1,173,285 | 4.6% | $ 433 |
| 26 | 2,297 | 1,106,634 | 4.3% | 482 |
| 23 | 2,359 | 1,095,055 | 4.3% | 464 |
| 29 | 1,730 | 1,087,569 | 4.3% | 629 |
| 27 | 1,813 | 1,083,020 | 4.2% | 597 |
| 30 | 1,649 | 1,071,395 | 4.2% | 650 |
| 25 | 1,900 | 1,038,008 | 4.1% | 546 |
| 28 | 1,754 | 1,007,619 | 3.9% | 574 |
| 21 | 2,171 | 1,005,719 | 3.9% | 463 |
| 24 | 1,859 | 1,003,106 | 3.9% | 540 |
| 31 | 1,409 | 943,355 | 3.7% | 670 |
| 17 | 2,640 | 869,994 | 3.4% | 330 |
| 22 | 1,882 | 857,180 | 3.4% | 455 |
| 18 | 2,285 | 792,308 | 3.1% | 347 |
| 19 | 2,139 | 783,289 | 3.1% | 366 |
| 32 | 1,043 | 715,310 | 2.8% | 686 |
| 33 | 984 | 702,320 | 2.7% | 714 |
| 34 | 894 | 640,283 | 2.5% | 716 |
| 35 | 714 | 516,553 | 2.0% | 723 |
| 15 | 1,673 | 474,938 | 1.9% | 284 |
| 38 | 585 | 444,321 | 1.7% | 760 |
| 36 | 613 | 440,158 | 1.7% | 718 |
| 14 | 1,523 | 416,762 | 1.6% | 274 |
| 16 | 1,433 | 402,606 | 1.6% | 281 |
| 37 | 517 | 386,252 | 1.5% | 747 |
| 6 | 3,054 | 377,073 | 1.5% | 123 |
| 39 | 482 | 370,041 | 1.4% | 768 |
| 13 | 2,088 | 356,547 | 1.4% | 171 |
| 40 | 408 | 347,928 | 1.4% | 853 |
| 41 | 389 | 320,587 | 1.3% | 824 |
| 12 | 1,385 | 294,191 | 1.2% | 212 |
| 43 | 338 | 291,499 | 1.1% | 862 |
| 10 | 1,462 | 274,042 | 1.1% | 187 |
| 44 | 303 | 255,364 | 1.0% | 843 |
| 42 | 330 | 249,346 | 1.0% | 756 |
| 11 | 948 | 193,477 | 0.8% | 204 |
| 45 | 209 | 178,521 | 0.7% | 854 |
| 7 | 1,324 | 174,952 | 0.7% | 132 |
| 5 | 1,569 | 158,518 | 0.6% | 101 |
| 9 | 902 | 150,053 | 0.6% | 166 |
| 8 | 863 | 143,661 | 0.6% | 166 |
| 2 | 3,671 | 133,862 | 0.5% | 36 |
| 46 | 149 | 124,502 | 0.5% | 836 |
| 4 | 1,459 | 112,062 | 0.4% | 77 |
| 47 | 97 | 90,711 | 0.4% | 935 |
| 48 | 96 | 88,895 | 0.3% | 926 |
| 49 | 80 | 72,114 | 0.3% | 901 |
| 3 | 1,233 | 68,022 | 0.3% | 55 |
| 51 | 67 | 62,470 | 0.2% | 932 |
| 50 | 60 | 57,297 | 0.2% | 955 |
| 65 | 35 | 43,819 | 0.2% | 1,252 |
| 52 | 41 | 43,120 | 0.2% | 1,052 |
| 53 | 40 | 42,490 | 0.2% | 1,062 |
| 1 | 2,065 | 32,818 | 0.1% | 16 |
| 64 | 25 | 32,340 | 0.1% | 1,294 |
| 58 | 20 | 25,252 | 0.1% | 1,263 |
| 54 | 22 | 23,667 | 0.1% | 1,076 |
| 62 | 16 | 22,195 | 0.1% | 1,387 |
| 63 | 18 | 21,647 | 0.1% | 1,203 |
| 60 | 18 | 20,765 | 0.1% | 1,154 |
| 79 | 13 | 19,803 | 0.1% | 1,523 |
| 61 | 16 | 19,031 | 0.1% | 1,189 |
| 56 | 15 | 17,917 | 0.1% | 1,194 |
| 55 | 17 | 17,184 | 0.1% | 1,011 |
| 72 | 12 | 14,900 | 0.1% | 1,242 |
| 66 | 10 | 13,249 | 0.1% | 1,325 |
| 70 | 10 | 13,114 | 0.1% | 1,311 |
| 80 | 7 | 13,086 | 0.1% | 1,869 |
| 59 | 11 | 12,689 | 0.0% | 1,153 |
| 76 | 9 | 12,540 | 0.0% | 1,393 |

1

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 18 - Summary of Count of CPT Codes Associated with TRICARE Patient Referrals Submitted and Related Amounts Paid*

| Count of CPT Codes in Patient Referral | Associated Number of Patient Referrals Submitted | Associated Total Amount Paid | % of Total Amount Paid | Average Amount Paid per Patient Referral |
|---|---|---|---|---|
| 71 | 11 | 12,109 | 0.0% | 1,101 |
| 69 | 8 | 10,646 | 0.0% | 1,331 |
| 57 | 10 | 10,318 | 0.0% | 1,032 |
| 73 | 9 | 8,780 | 0.0% | 976 |
| 67 | 6 | 8,338 | 0.0% | 1,390 |
| 81 | 4 | 6,488 | 0.0% | 1,622 |
| 78 | 4 | 6,211 | 0.0% | 1,553 |
| 84 | 4 | 6,096 | 0.0% | 1,524 |
| 75 | 4 | 5,997 | 0.0% | 1,499 |
| 77 | 5 | 5,970 | 0.0% | 1,194 |
| 74 | 4 | 5,815 | 0.0% | 1,454 |
| 82 | 3 | 5,409 | 0.0% | 1,803 |
| 68 | 3 | 4,712 | 0.0% | 1,571 |
| 85 | 2 | 3,798 | 0.0% | 1,899 |
| **Total** | **66,036** | **$ 25,565,081** | **100.0%** | **$ 387** |

*Source: Analysis of Panels in Claims Data*

2

# APPENDIX 19

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 19 - Summary of Medicare and TRICARE CPT Codes per Patient Referral*

Summary of CMS Tests per Panel

| Number of CPT Codes | Associated Number of Patient Referrals | Associated Number of Patient Referrals % | Associated Amounts Paid | Associated Amounts Paid % |
|---|---|---|---|---|
| 1 - 10 | 395,514 | 33.1% | $   50,020,206 | 8.9% |
| 11 - 20 | 326,682 | 27.4% | 135,753,721 | 24.2% |
| 21 - 30 | 327,731 | 27.4% | 234,481,117 | 41.9% |
| 31 - 40 | 124,246 | 10.4% | 118,055,182 | 21.1% |
| 41 - 50 | 17,047 | 1.4% | 18,248,475 | 3.3% |
| 51 - 60 | 2,334 | 0.2% | 2,807,883 | 0.5% |
| 60 - 70 | 373 | 0.0% | 481,745 | 0.1% |
| 71 - 80 | 169 | 0.0% | 242,135 | 0.0% |
| 81 - 83 | 13 | 0.0% | 16,564 | 0.0% |
| **Total** | **1,194,109** | **100.0%** | **$  560,107,027** | **100.0%** |

*Source: CMS claims data*

Summary of TRICARE Tests per Panel

| Number of CPT Codes | Associated Number of Patient Referrals | Associated Number of Patient Referrals % | Associated Amounts Paid | Associated Amounts Paid % |
|---|---|---|---|---|
| 1 - 10 | 17,602 | 26.7% | $   1,625,061 | 6.4% |
| 11 - 20 | 18,821 | 28.5% | 5,757,397 | 22.5% |
| 21 - 30 | 19,414 | 29.4% | 10,355,304 | 40.5% |
| 31 - 40 | 7,649 | 11.6% | 5,506,520 | 21.5% |
| 41 - 50 | 2,051 | 3.1% | 1,728,837 | 6.8% |
| 51 - 60 | 261 | 0.4% | 275,868 | 1.1% |
| 60 - 70 | 147 | 0.2% | 189,092 | 0.7% |
| 71 - 80 | 78 | 0.1% | 105,210 | 0.4% |
| 81 - 85 | 13 | 0.0% | 21,791 | 0.1% |
| **Total** | **66,036** | **100.0%** | **$   25,565,081** | **100.0%** |

*Source: TRICARE claims data*

1

# APPENDIX 20

*United States v. BlueWave, Dent, Johnson and Mallory*
*Re: Rule 26(b) Expert Report of Eric Hines, CPA, CFF*
*Appendix 20 - HDL and Singulex Annual Patient Referral Claims Statistics (Medicare and TRICARE)*

HDL and Singulex Annual Patient Referral Statistics - Medicare

| Entity | Year | Number of Patient Referrals | Lines Submitted | Lines Paid | Lines Not Paid | Total Amount Allowed on Patient Referrals | Total Amount Paid on Patient Referrals |
|---|---|---|---|---|---|---|---|
| HDL | 2009 | 97 | 2,340 | 1,194 | 1,146 | $ 29,940 | $ 29,712 |
| | 2010 | 42,002 | 608,818 | 447,673 | 161,145 | 17,022,003 | 17,010,784 |
| | 2011 | 120,017 | 2,465,518 | 1,547,082 | 918,436 | 57,281,939 | 57,281,476 |
| | 2012 | 218,805 | 4,631,073 | 3,393,154 | 1,237,919 | 139,731,700 | 139,713,562 |
| | 2013 | 257,116 | 5,364,667 | 4,134,984 | 1,229,683 | 154,907,980 | 152,569,930 |
| | 2014 | 214,268 | 4,834,888 | 3,512,191 | 1,322,697 | 117,214,785 | 114,829,886 |
| | 2015 | 77,216 | 1,495,384 | 1,208,849 | 286,535 | 33,333,106 | 32,657,164 |
| **HDL Total** | | **929,521** | **19,402,688** | **14,245,127** | **5,157,561** | **$ 519,521,453** | **$ 514,092,514** |
| Singulex | 2010 | 5,985 | 21,715 | 18,583 | 3,132 | $ 427,318 | $ 427,318 |
| | 2011 | 32,117 | 178,712 | 141,213 | 37,499 | 4,088,924 | 4,088,924 |
| | 2012 | 57,828 | 366,367 | 279,197 | 87,170 | 8,097,466 | 8,097,466 |
| | 2013 | 74,365 | 607,896 | 447,715 | 160,181 | 13,253,529 | 13,047,436 |
| | 2014 | 66,202 | 521,699 | 445,349 | 76,350 | 13,750,536 | 13,475,343 |
| | 2015 | 28,091 | 270,300 | 253,427 | 16,873 | 7,018,334 | 6,878,027 |
| **Singulex Total** | | **264,588** | **1,966,689** | **1,585,484** | **381,205** | **$ 46,636,106** | **$ 46,014,513** |
| **Grand Total** | | **1,194,109** | **21,369,377** | **15,830,611** | **5,538,766** | **$ 566,157,559** | **$ 560,107,027** |

*Source: CMS Claims Data*

HDL and Singulex Annual Patient Referral Statistics - TRICARE

| Entity | Year | Number of Patient Referrals | Lines Submitted | Lines Paid | Lines Not Paid | Total Amount Allowed on Patient Referrals | Total Amount Paid on Patient Referrals |
|---|---|---|---|---|---|---|---|
| HDL | 2009 | 5 | 84 | 83 | 1 | $ 2,271 | $ 1,426 |
| | 2010 | 2,925 | 49,014 | 27,812 | 21,202 | 1,062,783 | 968,305 |
| | 2011 | 8,160 | 151,764 | 101,395 | 50,369 | 3,595,343 | 3,271,453 |
| | 2012 | 13,129 | 298,076 | 217,368 | 80,708 | 7,891,029 | 6,907,597 |
| | 2013 | 16,668 | 391,203 | 216,263 | 174,940 | 7,791,418 | 5,773,769 |
| | 2014 | 10,011 | 270,832 | 204,439 | 66,393 | 5,717,333 | 5,187,082 |
| | 2015 | 4,129 | 111,275 | 90,479 | 20,796 | 2,266,766 | 2,077,303 |
| **HDL Total** | | **55,027** | **1,272,248** | **857,839** | **414,409** | **$ 28,326,942** | **$ 24,186,935** |
| Singulex | 2010 | 290 | 1,463 | 1,010 | 453 | $ 24,908 | $ 22,919 |
| | 2011 | 1,454 | 7,776 | 5,276 | 2,500 | 155,337 | 145,892 |
| | 2012 | 2,758 | 16,026 | 9,687 | 6,339 | 289,998 | 272,505 |
| | 2013 | 3,274 | 29,181 | 13,548 | 15,633 | 502,651 | 392,249 |
| | 2014 | 2,293 | 17,795 | 12,983 | 4,812 | 378,201 | 335,590 |
| | 2015 | 940 | 9,604 | 7,835 | 1,769 | 236,669 | 208,992 |
| **Singulex Total** | | **11,009** | **81,845** | **50,339** | **31,506** | **$ 1,587,764** | **$ 1,378,146** |
| **Grand Total** | | **66,036** | **1,354,093** | **908,178** | **445,915** | **$ 29,914,706** | **$ 25,565,081** |

*Source: TRICARE Claims Data*

| **Combined Grand Total** | **1,260,145** | **22,723,470** | **16,738,789** | **5,984,681** | **$ 596,072,265** | **$ 585,672,108** |
|---|---|---|---|---|---|---|

*Source: CMS and TRICARE Claims Data*