# EXHIBIT

# 22

## Detail of Services

| Date | Timekeeper | Hours | Description | Amount |
|---|---|---|---|---|
| 02/28/14 | Romig, J. | 1.20 | additional questions.<br>Prepare for and participate in conference call with C. Moundas regarding breach issues; email with D. Gersh regarding same; review final regulations and commentary regarding laboratory guidance. | 658.80 |
| | **Total Hours** | **98.40** | | **Total Amount $ 60,508.35** |

## Timekeeper Fee Summary

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Gersh, Deborah L. | 27.60 | 837.00 | 23,101.20 |
| Guo, Lisa | 1.50 | 427.50 | 641.25 |
| Moundas, Christine | 8.30 | 558.00 | 4,631.40 |
| Romig, Jennifer | 56.70 | 549.00 | 31,128.30 |
| D'Imperio, Joseph A. | 4.30 | 234.00 | 1,006.20 |
| **Total Hours** | **98.40** | **Total Amount $** | **60,508.35** |

|  |  |  |
|---|---|---|
| Services | $ | 60,508.35 |
| Total Due | $ | 60,508.35 |

Our Reference No.: 110129-0001



ROPES & GRAY LLP
191 NORTH WACKER DRIVE
32nd FLOOR
CHICAGO, ILLINOIS 60606-4302
312-845-1200  F 312-845-5500
WWW.ROPESGRAY.COM

Invoice No.: 849484
Invoice Date: March 17, 2014
Federal Tax ID: 04-2233412

Health Diagnostic Laboratory, Inc.
737 N. 5th Street
Suite 103
Richmond, VA 23219
Attn: Douglas Sbertoli

Re: HIPAA Compliance Program Matters

| | |
|---|---|
| Services | $ 60,508.35 |
| TOTAL DUE THIS INVOICE | $ 60,508.35 |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA 02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA 02110-2624<br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA 02110-2624<br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |

Our Reference No.: 110129-0001

SUBJECT TO AGREEMENT ON ALLOWANCE OF PROOF
OF PREPETITION CLAIM AND SUBJECT MATTER WAIVER

HDL00843865




ROPES & GRAY LLP
191 NORTH WACKER DRIVE
32nd FLOOR
CHICAGO, ILLINOIS 60606-4302
312-845-1200  F 312-845-5500
WWW.ROPESGRAY.COM

Invoice No.: 849485
Invoice Date: March 17, 2014
Federal Tax ID: 04-2233412

Health Diagnostic Laboratory, Inc.
737 N. 5th Street
Suite 103
Richmond, VA 23219
Attn: Douglas Sbertoli

Re: South Carolina USAO Investigation

FOR PROFESSIONAL SERVICES rendered through February 28, 2014.

| | |
|---|---:|
| Services | $ 203,437.45 |
| Total Disbursements and Charges | 279.47 |
| TOTAL | $ 203,716.92 |

| Payment Instructions | | |
|---|---|---|
| **Mail checks to:** | **ACH Fund Transfers:** | **Federal Wire Transfers:** |
| Ropes & Gray LLP<br>P.O. Box 414265<br>Boston, MA 02241-4265 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA 02110-2624<br>ABA No.: 011000138 | Ropes & Gray LLP<br>Account No. 479-19002<br>c/o Bank of America<br>100 Federal Street<br>Boston, MA 02110-2624<br>ABA No.: 0260-0959-3 (Domestic)<br>Swift Code: BOFAUS3N (Foreign) |



RECEIVED
MAR 28 2014
BY: _____

Our Reference No.: 110129-0002

SUBJECT TO AGREEMENT ON ALLOWANCE OF PROOF
OF PREPETITION CLAIM AND SUBJECT MATTER WAIVER

HDL00843866