IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia, and Wisconsin, ex rel. Scarlett Lutz, Kayla Webster, Dr. Michael Mayes, and Chris Reidel,<br><br>       Plaintiffs,<br><br>  v.<br><br>Berkeley Heartlab, Inc., BlueWave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III, and Robert Bradford Johnson,<br><br>       Defendants. | C/A No.: 9:14-cv-0230-RMG<br>(Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2485-RMG) |

## **BLUEWAVE DEFENDANTS' REQUEST FOR SUPPLEMENTAL JURY CHARGE # 56**

   Defendants BlueWave Healthcare Consultants, Inc., Floyd Calhoun Dent, III, and Robert Bradford Johnson (together referred to as "BlueWave") request the attached supplemental jury charge # 56. The BlueWave Defendants believe a recent ruling in the case of United States ex rel. Groat v. Boston Diagnostics Corporation, C.A. No. 15-487-RBW, 2017 WL 6327540, *8-9 (D.D.C. December 11, 2017), cited in the proposed jury instruction, is applicable to the case at bar in that it holds that a laboratory "is not required to independently determine the medical necessity of tests ordered by physicians" and "may rely on the ordering physician's determination of medical necessity." Id. The proposed jury instruction and Boston Diagnostics order are attached.

January 28, 2018                    Respectfully submitted,

                                                 s/Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esquire (Fed.I.D. # 2473)
Joe Griffith Law Firm, LLC
Seven State Street
Charleston, South Carolina 29401
(843) 225-5563 (tel)
(843) 722-6254 (fax)
joegriffithjr@hotmail.com
www.joegriffith.com

s/Bradley B. Banias
Bradley B. Banias, Esquire (Fed.I.D. # 11585bb)
M. Dawes Cooke, Esquire (Fed.I.D. # 288)
Christopher M. Kovach, Esquire (Fed.I.D. # 10751)
Barnwell Whaley Patterson & Helms, L.L.C.
288 Meeting St., Ste 200 (29401)
Post Office Drawer H
Charleston, South Carolina 29402
(843) 577-7700 (tel)
(843) 577-7708 (fax)
mdc@barnwell-whaley.com
bbanias@barnwell-whaley.com
ckovach@barnwell-whaley.com

Attorneys for Defendants BlueWave, Dent and Johnson

Certificate of Service

I declare that I filed the foregoing on the court's electronic filing system, which forwarded an electronic copy to all counsel.

January 28, 2018                    Respectfully submitted,

s/Joseph P. Griffith, Jr.
Joseph P. Griffith, Jr., Esquire (Fed.I.D. # 2473)
Joe Griffith Law Firm, LLC
Seven State Street
Charleston, South Carolina 29401
(843) 225-5563 (tel)
(843) 722-6254 (fax)
joegriffithjr@hotmail.com
www.joegriffith.com

2

<div style="margin-left: 40%;">

<u>s/Bradley B. Banias</u>
Bradley B. Banias, Esquire (Fed.I.D. # 11585bb)
M. Dawes Cooke, Esquire (Fed.I.D. # 288)
Christopher Kovach (Fed.I.D. # 10751)
Barnwell Whaley Patterson & Helms, L.L.C.
288 Meeting Street, Suite 200 (29401)
Post Office Drawer H
Charleston, South Carolina 29402
(843) 577-7700 (tel)
(843) 577-7708 (fax)
mdc@barnwell-whaley.com
bbanias@barnwell-whaley.com
ckovach@barnwell-whaley.com

Attorneys for Defendants BlueWave, Dent and Johnson

</div>