**DEFENDANTS' REQUEST FOR JURY INSTRUCTION NUMBER 56**

A laboratory "is not required to independently determine the medical necessity of tests ordered by physicians" and "may rely on the ordering physician's determination of medical necessity."

**AUTHORITY:**

<u>United States ex rel. Groat v. Boston Diagnostics Corporation</u>, C.A. No. 15-487-RBW, 2017 WL 6327540, *8-9 (D.D.C. December 11, 2017).

**GOVERNMENT'S OBJECTION:**