# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rel*. Scarlett Lutz,  Kayla Webster, Dr. Michael Mayes and Chris Reidel, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) ) |
| vs. | ) ) |
| Berkeley Heartlab, Inc., Bluewave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III and Robert Bradford Johnson, | ) ) ) ) ) |
| Defendants. | ) ) |

**CA No.**: **9:14-cv-00230-RMG**
(Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2485-RMG)

## UNITED STATES' ADDITIONAL PROPOSED JURY INSTRUCTIONS

During the January 30, 2018 charge conference, the United States requested the attached jury instructions which had not previously been filed with the Court.  The Court considered and declined to adopt the proposed instructions.

Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General
Civil Division

LANCE CRICK
Acting United States Attorney
First Assistant United States Attorney

2

By:   s/James C. Leventis, Jr.
      JAMES C. LEVENTIS, JR. (#9406)
      JENNIFER J. ALDRICH (#6035)
      Assistant United States Attorneys
      1441 Main Street, Suite 500
      Columbia, S.C. 29201
      Telephone (803) 929-3000
      James.Leventis@usdoj.gov

      MICHAEL D. GRANSTON
      PATRICIA L. HANOWER
      ELIZABETH STRAWN
      MICHAEL EDMUND SHAHEEN
      CHRISTOPHER TERRANOVA
      MICHAEL KASS
      Attorneys, Civil Division
      United States Department of Justice
      P.O. Box 261, Ben Franklin Station
      Washington, DC  20044
      Telephone:  (202) 616-4203
      Christopher.Terranova@usdoj.gov

January 31, 2018

### 3.4. Remuneration [United States]

Under the Anti-Kickback Statute, the term "remuneration" includes any payment or other benefit, including the waiver of a financial obligation. As used in the Anti-Kickback Statute, the term "remuneration" means the transfer of anything of value from one person or entity to another person or entity. Remuneration can be direct or indirect, in cash or in kind.

### 7.1     Corporate Liability for Acts of Agents [United States]

A corporation under the law is a person, but it can act only through its employees, agents, directors, or officers. The law therefore holds a corporation responsible for the acts of its employees, agents, directors, and officers performed within the scope of authority. An agent is a person who performs services for another person under an express or implied agreement and who is subject to the other's control or right to control the manner and means of performing the services. The other person is called a principal. An agent is acting within the scope of authority if the agent is engaged in the performance of duties which were expressly or impliedly assigned to the agent by the principal.