## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## BEAUFORT DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 9:14-230-RMG |
| vs. | ) | |
| | ) | |
| BlueWave Healthcare Consultants, Inc., | ) | |
| Latonya Mallory, Floyd Calhoun Dent, | ) | |
| III, and Robert Bradford Johnson, | ) | **VERDICT FORM** |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

We, the jury, unanimously find as follows:

1. For claims for services by Health Diagnostics Laboratories (HDL), has the United States proven by a preponderance of the evidence that one or more of the following Defendants violated the False Claims Act?

| | | |
|---|---|---|
| BlueWave Healthcare Consultants, Inc. | ___ Yes | ✓ No |
| Floyd Calhoun Dent, III | ✓ Yes | ___ No |
| Robert Bradford Johnson | ✓ Yes | ___ No |
| Latonya Mallory | ✓ Yes | ___ No |

*If you responded "Yes" regarding one or more Defendants, proceed to Question No. 2.*
*If you responded "No" regarding all Defendants, proceed to Question No. 4.*

-1-

2.    How many claims for services by HDL violated the False Claims Act?

35,074

*Proceed to Question 3.*

3.    What is the total value of the claims listed in response to Question 2 above?

Sixteen Million, Six hundred and one thousand, Five hundred ninety one ⁰⁰/₁₀₀

$ 16,601,591.⁰⁰

*Proceed to Question 4.*

4.    For claims for services by Singulex, has the United States proven by a preponderance of

the evidence that one or more of the following Defendants violated the False Claims Act?

| | | |
|---|---|---|
| BlueWave Healthcare Consultants, Inc. | ___ Yes | ✓ No |
| Floyd Calhoun Dent, III | ✓ Yes | ___ No |
| Robert Bradford Johnson | ✓ Yes | ___ No |

*If you responded "Yes" regarding one or more Defendants, proceed to Question 5.*
*If you responded "No" regarding all Defendants, the Foreperson should sign and*
*date the Verdict Form and advise the Court Security Officer that you have reached*
*a verdict.*

5.    How many claims for services by Singulex violated the False Claims Act?

_3813_

*Proceed to Question 6*

6.    What is the total value of the claims listed in response to Question 5 above?

Four hundred sixty seven thousand nine hundred + thirty five ₀₀/₁₀₀

$ 467,935.⁰⁰

*Your Foreperson should sign and date the Verdict Form and advise the Court Security Officer that you have reached a verdict.*

_____
Foreperson

January 31, 2018