# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# BEAUFORT DIVISION

| | |
|---|---|
| United States of America, | **ORDER** |
| Government, | |
| vs. | CA. NO. 9:14-cv-00230-RMG |
| Bluewave Healthcare Consultants, Inc., Latonya Mallory | |
| Defendants, | |

The Jury having rendered its decision in the above referenced case, the Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

**IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time for filing an appeal has expired and if an appeal is filed, until the final disposition of any appeal.

**IT IS SO ORDERED**.

RICHARD M. GERGEL
UNITED STATES DISTRICT JUDGE

Charleston, South Carolina
January 31, 2018