# EXHIBIT A

**Philippe Goix**                                                          **INVOICE**

*Sole Proprietorship*

210 Sunnyside Avenue                          **INVOICE #** 01-26-2018
Piedmont CA 94611                                **DATE** 03-01-18
510-812-9201
pjgoix@gmail.com

TO
Chris Kovach
Barnwell and Whaley
288 Meeting Street, suite 200
Charleston SC 29402
843-577-7700 ckovach@barnwell-whaley.com

| **Description** | **Amount** |
|---|---|
| 25th of January testimony day requested presence Full Day $2000/Day | $2000.00 |
| Travel time to get to Charleston back to SFO 14 hours $2000/Day 24th-26th Jan | $2000.00 |
| **Total** | **$4000.00** |

Make all checks payable to Philippe Goix
Payment is due within 30 days.
If you have any questions concerning this invoice, contact Philippe Goix | 510-812-9201 | pjgoix@gmail.com

THANK YOU FOR YOUR BUSINESS!