# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rel.* Scarlett Lutz, Kayla Webster, Dr. Michael Mayes and Reidel, <br><br>　　　　Plaintiffs, <br><br>　　　　v. <br><br>Berkeley Heartlab, Inc., BlueWave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III and Robert Bradford Johnson, <br><br>　　　　Defendants. | Case No. 9:14-cv-00230-RMG <br>(Consolidated with 9:11-cv-1593 and 9:15-cv-2485-RMG) <br><br>**REQUEST FOR PROTECTION** |

Pursuant to Local Rule 6.02, the undersigned requests protection from this case being called for hearing for the week of July 2, 2018 through July 6, 2018 and October 23, 2018 through October 30, 2018. Defendant's counsel has long standing vacation plans.

Accordingly, the undersigned respectfully request that he be granted protection for the dates referenced herein.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ Beattie B. Ashmore
　　　　　　　　　　　　　　　　　　Beattie B. Ashmore, #5215
　　　　　　　　　　　　　　　　　　Beattie B. Ashmore, P.A.
　　　　　　　　　　　　　　　　　　650 E. Washington Street
　　　　　　　　　　　　　　　　　　Greenville, S.C. 29601
　　　　　　　　　　　　　　　　　　T: (864) 467-1001   F: (864) 672-1406
　　　　　　　　　　　　　　　　　　Beattie@BeattieAshmore.com

April 20, 2018
Greenville, South Carolina