# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| The United States of America and the States of North Carolina, California, Colorado, Delaware, Florida, Georgia, Illinois, Indiana, Iowa, Louisiana, Michigan, Minnesota, New Jersey, New York, Tennessee, Texas, Virginia and Wisconsin, *ex rel.* Scarlett Lutz, Kayla Webster, Dr. Michael Mayes and Chris Reidel, | ) ) ) **CA No.**: **9:14-cv-00230-RMG** ) (Consolidated with 9:11-cv-1593-RMG ) and 9:15-cv-2485-RMG) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **REQUEST FOR PROTECTION** ) |
| Berkeley Heartlab, Inc., BlueWave Healthcare Consultants, Inc., Latonya Mallory, Floyd Calhoun Dent, III and Robert Bradford Johnson, | ) ) ) ) ) |
| Defendants. | ) |

Pursuant to Local Rule 6.02, the undersigned requests protection from this case being called for hearing for the week of July 13, 2018 through July 27, 2018. Plaintiff's counsel has long standing vacation plans out of the country.

Accordingly, the undersigned respectfully requests that he be granted protection for the dates referenced herein.

Respectfully submitted,

s/James C. Leventis, Jr.
JAMES C. LEVENTIS, JR. (#9406)
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, S.C. 29201
Telephone (803) 929-3000
James.Leventis@usdoj.gov

May 4, 2018