AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   9:14-cv-230-RMG |
| BlueWave Healthcare Consultants Inc, Latonya Mallory, Floyd Calhoun Dent, III, Robert Bradford Johnson | ) ) ) |
| *Defendants* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

■ the plaintiff  The United State of America  recover from the defendants Mallory, Dent and Johnson  the amount of One Hundred Eleven Million One Hundred Nine Thousand Six Hundred Fifty-five and 30/100  dollars ($ 111,109,655.30 ) for the HDL claims, and from the defendants Dent and Johnson  the amount of Three Million Thirty Nine Thousand Six and 56/100  dollars ($ 3,039,006.56 ) for the Singulex claims, under Rule 54b subject to findings regarding treble damages, set-offs, and statutory penalties.

This action was

■ tried by a jury, the Honorable Richard M. Gergel, United States District Judge  presiding, and the jury has rendered a verdict.

Date:  May 23, 2018                           *CLERK OF COURT*    Robin L. Blume

                                                              s/Sandra Shealy

                                                              *Signature of Clerk or Deputy Clerk*