**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION**

| | |
|---|---|
| United States of America, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> *ex rel.* Scarlett Lutz, *et al.*, ) <br> ) <br> Plaintiffs-Relators, ) <br> ) <br> ) <br> v. ) <br> ) <br> BlueWave Healthcare Consultants, Inc., ) <br> Floyd Calhoun Dent, III, Robert Bradford ) <br> Johnson, and Latonya Mallory, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 9:14-cv-00230-RMG <br> (Consolidated with 9:11-cv-1593-RMG and 9:15-cv-2458-RMG) |

On May 23, 2018, the Court entered judgment in favor of the United States on Counts I, II, and III of the United States' complaint-in-intervention as to all Defendants. Although judgment has not yet been rendered on Relators' claims or the United States' equitable claims, the Court finds no just reason for delay in entry of a final judgment as to Counts I, II, and III of the United States' complaint-in-intervention. Therefore, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court **ORDERS** that the judgment entered on May 23, 2018 judgment (Dkt. No. 911) is a final judgment as to Counts I, II, and III of the United States' complaint-in-intervention.

**AND IT IS SO ORDERED.**

_____
Richard Mark Gergel
United States District Court Judge

May 23, 2018
Charleston, South Carolina

-1-