# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | |
|---|---|
| The United States of America, et al., ) | |
| ) | |
| vs. ) | C.A. No. 9:14-230-RMG |
| ) | (Consolidated with 9:11-1593-RMG |
| Berkeley Heartlab, Inc. et al., ) | and 9:15-2485-RMG) |
| ) | |
| Defendants. ) | **ORDER** |
| ) | |

Relators Scarlett Lutz and Kayla Webster have moved for the voluntary dismissal without prejudice of their claims arising under False Claims Acts of Colorado, Florida, Illinois, Indiana, North Carolina, and Virginia. (Dkt. No. 929). No parties have opposed the motion and State Attorneys General in the applicable states have all consented to the dismissal of these claims without prejudice. (*Id.* at 2). For good cause shown, the motion is granted and these state actions are dismissed without prejudice.

AND IT IS SO ORDERED.

Richard Mark Gergel
United States District Judge

October 12, 2018
Charleston, South Carolina